Allison Jacoben
Hunton Andrews Kurth LLP
1445 Ross Avenue, Suite 3700
Dallas, Texas 75202
214-979-3000
ajacobsen@huntonak.com

Christopher C. Kearney
Keker, Van Nest & Peters LLP
663 Battery Street
San Francisco, California 94111
415-391-5400
ckearney@keker.com

W. Hamilton Jordan
Keker, Van Nest & Peters LLP
663 Battery Street
San Francisco, California 94111
415-391-5400
wjordan@keker.com

Jill Jester
Minor & Jester, P.C.
502 W. Oak St #200
Denton, Texas 76201
940-387-7585
jjester@minorandjester.com