**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF TEXAS**

**SHERMAN DIVISION**

| | |
|---|---|
| MICHAEL MOATES, DC CHRONICLE, and DC CHRONICLE LIMITED,<br><br>     Plaintiffs,<br><br> v.<br><br>FACEBOOK, INC. and AT&T INC.,<br><br>     Defendants. | Case No. 4:21-cv-00694 |

<u>**DECLARATION OF JENNY PRICER IN SUPPORT OF NOTICE OF REMOVAL**</u>

I, Jenny Pricer, declare and say that:

1.  My name is Jenny Pricer. I am a Case Manager on the eDiscovery & Information Governance team at Facebook, Inc. ("Facebook").  I have personal knowledge of and am competent to testify as to all matters stated in this Declaration.

2.  Facebook was served with the Complaint and Summons in the above-captioned action on August 5, 2021.

3.  Facebook is, and at all relevant times was, a Delaware corporation with its principal office in California.

4.  I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed this 7th day of September, 2021 in Menlo Park, California.

             */s/ Jenny Pricer*
             JENNY PRICER