# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF TEXAS

### SHERMAN DIVISION

| | |
|---|---|
| MICHAEL MOATES, DC CHRONICLE, and DC CHRONICLE LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC. and AT&T INC.,<br><br>Defendants. | Case No. 4:21-cv-00694 |

## DECLARATION OF W. HAMILTON JORDAN IN SUPPORT OF NOTICE OF REMOVAL

I, W. Hamilton Jordan, declare and say that:

1.       I am an attorney licensed to practice law in the State of California, am associated with the law firm of Keker, Van Nest & Peters LLP, and am outside counsel for Defendant Facebook, Inc. in the above-captioned action (in which *pro hac vice* papers are forthcoming).  I have personal knowledge of the facts set forth herein, and if called upon as a witness thereto, could do so competently under oath.

2.       Attached hereto as **Exhibits 1–7** are true and correct copies of various pleadings filed or served to date in the 431st District Court of Denton County, Texas, including copies of the "process, pleadings, and orders served upon" Facebook, *see* 28 U.S.C. § 1446(a):

| Exhibit Number | Document |
|---|---|
| 1 | Original Petition |
| 2 | Exhibits to Original Petition |
| 3 | Signature Confirmation Page for Certified Mailer (Facebook, Inc.) |
| 4 | Signature Confirmation Page for Certified Mailer (AT&T Inc.) |
| 5 | Amended Petition |
| 6 | Exhibits to Amended Petition |
| 7 | AT&T Inc.'s Verified Denial and Original Answer |

3.      On September 2, 2021, I accessed the "Taxable Entity Search" function available on the public website of the Texas Comptroller of Public Accounts (https://mycpa.cpa.state.tx.us/coa/).  I inputted the phrase "DC Chronicle Limited" into the "Entity Name" field and clicked "search."  The search yielded one result, for a corporation called "DC CHRONICLE LIMITED."  A true and correct copy of the "Franchise Tax Details" page for DC CHRONICLE LIMITED, as it existed on September 2, 2021, is attached here as **Exhibit 8**. The Franchise Tax Details indicate that a corporation called "DC CHRONICLE LIMITED" was formed in Texas and registered on December 6, 2018.

4.      On September 2, 2021, I accessed the "Business Search" function available on the public website of the California Secretary of State (https://businesssearch.sos.ca.gov/).  I inputted the phrase "DC Chronicle Limited" into the "Corporation Name" field and clicked "search." The search yielded no results.

5.      On September 2, 2021, I accessed the "General Information name Search" function available on the public website of the Delaware Department of State: Division of Corporations (https://icis.corp.delaware.gov/ecorp/entitysearch/namesearch.aspx).  I inputted the phrase "DC Chronicle Limited" into the "Entity Name" field and clicked "search."  The search returned no records.

I declare under penalty of perjury that the foregoing is true and correct under the laws of the United States and the State of California.  Executed this 7th day of September, 2021 in Dewey County, South Dakota.

*/s/ W. Hamilton Jordan*
W. HAMILTON JORDAN

# EXHIBIT 1

FILED 7/8/2021 12:44 PM
David Trantham
Denton County District Clerk
By: Jennifer Jones, Deputy

**STATE OF TEXAS – DENTON COUNTY COURTS**

_____ **District Court**

| | |
|---|---|
| Mr. Michael Moates, | Case No.: 21-6407-431 |
| DC Chronicle Limited, | |
| Plaintiff | **Original Petition** |
| v. | **Jury Trial Demanded** |
| Facebook Inc, | |
| AT&T Inc. | |
| Defendants | |

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, Plaintiff, Michael Moates, Pro Se, and files this Original Petition, complaining against Facebook Inc (Referred to as Defendant), and AT&T Inc. (Referred to as 2nd Defendant) and in support thereof would respectfully show the court as follows:

**I. PARTIES**

1. Plaintiff Michael Moates is an individual who resides in Denton County, Texas.

2. Defendant Facebook, Inc. is a corporation and social media. Facebook, Inc. may be served through their registered agent at Corporation Service Company 211 E. 7th Street, Suite 620, Austin, Texas 78701.

3. Defendant AT&T, Inc. is a corporation and mobile phone and service provider. AT&T may be served at CT Corporation System 1999 Bryan St, Ste 900, Dallas, TX 75201.

**VII. DEMAND TO PRESERVE EVIDENCE**

3. Plaintiff demands that all Defendants preserve all evidence that is or may be relevant to the claims and defenses of the allegations made in this complaint including all electronic data of any kind.

**VIII. REQUEST FOR DISCLOSURE**

4. Plaintiff requests that defendants disclose the information and material described in Texas Rule of Civil Procedure 194.2 within the time required by the rule.

**IX. DISCOVERY**

5. Discovery Level 2 of Texas Rules of Civil Procedure applies to this Petition.

**II. JURISDICTION AND VENUE**

6. The damages sought in this case exceed the minimal jurisdictional limits of the Denton County Judicial Courts.

7. Venue is proper in Denton County, Texas, because a) this is the county in which all or a substantial part of the events or omissions giving rise to the claim occurred and b) it is in the county in which the plaintiff resided at the time of the accrual of the cause of action. Tex. Civ. Prac. & Rem. Code § 15.002.

8. Pursuant to Rule 47 of the Texas Rules of Civil Procedure, Plaintiff is seeking relief over $200.

**III. JURY DEMAND**

9. Plaintiff demands a trial by jury.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## IV. FACTUAL SUMMARY

10. Since August 29th, the Plaintiff has invested $10,546 (Exhibit A) on advertising with Facebook Inc. to build a following through likes, followers, and engagement on multiple of his pages that allow him to earn income via engagement of posts. Reach is determined by number of followers and likes. When someone spends money to build an audience they invest, and that money is returned through different types of engagements. In this case, the Plaintiff used the Facebook ad system for their Engagement ads.

11. According to their website, the description of these types of ads is "Get more people to follow your Page or engage with your posts through comments, shares and likes. You can also choose to optimize for more event responses or offer claims. It's important to note that the Plaintiff alleges that the word your implies that he retains ownership of the page that he is investing in. Dictonary.com defines "your" as one's (used to indicate that one belonging to oneself or to any person3) The Plaintiff asserts that he retains ownership of these pages and Facebook is simply a host for these pages. All data, followers, engagement, etc. belongs to the Plaintiff. It's important to note that Facebook is not a free service. You pay for their service in multiple ways. 1) You pay when they use your data for ads. 2) You pay for the right to have an audience when you run ads that build your pa e following and subscribers.

12. On October 7th, 2020, the Plaintiff received an email message and notification on the Facebook website stating that he was not following community standards (See Exhibit B). The Plaintiff, unsure of what he did wrong immediately reached out to Facebook Support. Facebook Support responded that his page was in good standing, (See Exhibit C) acknowledged that this may have cause confusion for the Plaintiff and instructed him have this reported as a bug.

Plaintiff asks the court to note that he does not have access to the email he sent to Facebook support as it was sent using their internal systems and Facebook Inc. has blocked the Plaintiff from access to retrieve anything from his account. The Plaintiff will request this as a part of discovery as it goes to his defense. The Plaintiff also wants the court to recognize that he did file it as a bug as they instructed him, but they never fixed the problem. This was one of the many inaccurate statements made by Facebook during this process.

13. On October 20, 2020, the Defendant disabled access to the Plaintiffs Facebook (See Exhibit D) (which included access to Messages, Profile Data, Groups, Pages and More) and Facebook Business Manager Account (which included Creator Studio, Pages, and Ads). This was done without any notification or explanation and the Plaintiff was made aware when he attempted to access his account, he saw a message that read for more information, or if you think your account was disabled by mistake, please visit the Help Center, on Facebook (See Exhibit D).

14. Shortly thereafter, the Plaintiffs Instagram was disabled (which included all photos, videos, messages, and stories), and a message appeared, Thanks for Providing Your Info. We'll review your info and if we can confirm it, you'll be able to request a review in the Help Center within approximately 24 hours, on Instagram (See Exhibit E).

15. Subsequently, the Plaintiff was unable to access his Oculus, Crowd Tangle, and Messenger accounts due to Facebook disabling Facebook login. Facebook login is a feature that allows you to use your Facebook account to login into 3rd party apps and websites.

16. After all of this took place on October 20th, 2020, the Plaintiff reached out to Carolyn Everson (Vice President, Facebook) who said she So sorry this happened" and hoping for some resolution. She included two of her staff members Meghan Orbe and Conrad Gibson on

her email. Conrad responded very quickly asking for some details and said, I ll be in touch once I have an update from the account team." Conrad responded two days later stating "Apologies for the delay as I worked with our team on your request. I heard back this morning and it seems that your accounts were disabled permanently and, due to policy guidelines, they are unable to share why the accounts were deactivated. I am so sorry this happened to you. I asked for more information, but they were unable to share with me. I wish I could give you a better explanation, but unfortunately, we have these rules in place to protect a user's privacy. I know that you had a lot of photos saved to your accounts that you wanted to access. They provided me with the following information on how to request data from a closed account. The links Conrad provide were broken and did not work. (See Exhibits E) The Plaintiff subsequently reached out and was given a new link. Upon filling out the request in the new link for his data Facebook said, The Facebook account associated with the email address you provided to us has been disabled for violation of our Terms of Service. (See Exhibit G) They did not provide the data they admit belongs to him. There are a couple of important notes here. They claim the Plaintiff violated their Terms of Service but previously in writing stated that it was a bug and Facebook accepted responsibility for a mistake by acknowledging the confusion they caused and when Vice President Carolyn Everson said she was so sorry this happened. The apology above is clearly an admission of guilt. Especially when she says she is working on a resolution. That in itself shows Facebook made a mistake and is working to rectify it but never does.

17. After getting no resolution from Carolyn Everson and her team, on October 23, 2020, the Plaintiff reached out to Fidji Simo (Head of Facebook, Facebook Inc.). He explained the situation again and she said, I want to look into why that happened" and again her colleague would follow up Priya will follow up. Priya emailed that same day saying, Will have some

more info shortly - thanks for your patience here! To date, she has never followed up with the Plaintiff. (See Exhibit H) This was again another misleading statement by Facebook where they made a commitment in writing to the Plaintiff but did not follow through.

18. The Plaintiff reached out to Facebook to see why his account was disabled. Many individuals said that they could not tell him why due to privacy reasons. However, one individual, Lisa-Bart Dolan (Politics and Government Outreach Associate Manager) finally said why the Plaintiff was blocked. She said We will remove any Facebook Pages, Groups and Instagram accounts representing QAnon, even if they contain no violent content. This is an update from the initial policy in August that removed Pages, Groups and Instagram accounts associated with QAnon when they discussed potential violence while imposing a series of restrictions to limit the reach of other Pages, Groups and Instagram accounts associated with the movement. Pages, Groups and Instagram accounts that represent an identified Militarized Social Movement are already prohibited. And we will continue to disable the profiles of admins who manage Pages and Groups removed for violating this policy, as we began doing in August. You can read more about this policy here: https://about.fb.com/news/2020/08/addressin - movementsand-or anizations-tied-to-violence/ See Exhibit Q. The Plaintiff had a page titled QAnon that had no QAnon content on it and was inactive. This seems to be an update to their Community Standards which is part of their Terms of Service. The Plaintiff takes issue with multiple parts of this starting with the fact that they have a duty to notify anyone when they change contractual agreements, which they did not. See Douglas v Talk America. The second issue here is in the initial statement by Facebook they stated Pages, Groups and Instagram accounts associated with these movements and organizations will be removed when they discuss potential violence. Two issues with this statement, first they disabled his accounts across all

platforms even though it doesn't say the entire Facebook account or any other accounts except for Instagram accounts that include this kind of content which is the not. Second, the page that he ran was in active and had not a single piece of violent content on it. This statement was released by Facebook on 19 August 2020.

19. Pages and Groups for QAnon containing discussions of potential violence and over 6,500 Pages and Groups tied to more than 300 Militarized Social Movements. But we believe these efforts need to be strengthened when addressing QAnon. Starting today, we will remove any Facebook Pages, Groups and Instagram accounts representing QAnon, even if they contain no violent content. This is an update from the initial policy in August that removed Pages, Groups and Instagram accounts associated with QAnon when they discussed potential violence while imposing a series of restrictions to limit the reach of other Pages, Groups and Instagram accounts associated with the movement. Pages, Groups and Instagram accounts that represent an identified Militarized Social Movement are already prohibited. And we will continue to disable the profiles of admins who manage Pages and Groups removed for violating this policy, as we began doing in August. Again, it is important to note that they said they were removing Pages, Groups and Instagram accounts associated with the movement in August but never said anything about we will continue to disable the profiles of admins who manage Pages and Groups removed for violating this policy, as we began doing in August.

20. The Plaintiff also asks the court to note that in mid-October he attempted to delete the Qanon page to follow Facebook policy. He did this in good faith after becoming aware of the Policy. Facebook has a safeguard in place that requires you to wait 14 days before you can delete a Facebook pages. See Exhibit R. So, the Plaintiff ultimately had his account disabled even though he was attempting to comply with their policies. It's important to know he was not

required as he was not notified, nor did he consent. This is Facebook unilaterally changing a

contractual agreement without notifying the parties of the agreement. They then seek

to hold the parties accountable to their new requirements even though they never previously

notified, nor did they give time for the Plaintiff to follow new said terms. It's also important to

note that the policy seems to only apply to individuals Facebook seeks to target. Keep in mind

that none of the content on this page was related to QAnon. In fact, the majority of news outlets

that covered the story had more information about this conspiracy theory than the page that

caused the Plaintiffs account to be disabled.

21. Less than a month and a half after initial Facebook ads were bought to invest in a

business page following and audience Facebook disabled the account after making over $10,000

from the Plaintiff. Again, it is important to note that Facebook engaged in a business transaction

in which they sold advertising to build a following on multiple pages owned by the Plaintiff.

Then they took the Plaintiffs access to pages owned by him. They have not refunded the

Plaintiff, in fact they continued to charge him after stealing pages belonging to him.

22. The week before Facebook disabled the account, they charged the Plaintiff $5,137 for

an audience they took away less than 6 days later. Again, pages belonging to the Plaintiff. (See

Exhibit I) As stated in this complaint, Facebook acknowledge the pages belong to the Plaintiff.

23. The Defendant have a history of disabling accounts without any explanation. (See

citations below) It is the belief of many that Facebook changed its policies days before the

election and that is why many of the accounts were disabled. Facebook has not admitted this.

however, it is important to note that the Plaintiff did not agree to any such rules or changes to

any contractual agreements.

24. The Defendant has not shown that the Plaintiff violated any rules on each platform

that he was banned from. In fact, they have stated multiple times that they really can't say why his account was disabled. They claim that he is a threat to their platform but have not provided any evidence to support this. Their actions are in bad faith. For example, the citizen journalism organization Project Veritas was able to uncover that that content moderators remove people without cause based on political view in bad faith. In one video a content moderator can be seen saying "If someone is wearing a MAGA hat, I am going to delete them for terrorism.[1]" This is clearly bad faith. It is also important to note that the Plaintiff alleges Mark Zuckerberg committed perjury before the United States Congress when he said, "none of the changes we make are target in any kind of biased way." Yet here you have someone blocking for wearing a hat.

25. Another example of this, would be when the Plaintiff would get messages such as telling him to kill himself and he would report it to Facebook, and they would not act on these reports. They would say it is not against their community standards. This shows bad faith. Especially since these kinds of messages are against the law. Had the Plaintiff acted on these statements the individuals who sent them could be prosecuted. See Commonwealth v Michelle Carter. She argued that she had the right to free speech and the Supreme Court left in place the Massachusetts Supreme Court ruling that she did not.

26. The final example of acting in bad faith is when Mark Zuckerberg said this to his friend in regard to user data[2]:

> Zuckerberg: Yeah so if you ever need info about anyone at Harvard
>
> Zuckerberg: Just ask.

---

[1] https://www.projectveritas.com/news/facebook-content-moderator-ifsomeone-is-wearing-a-maga-hat-i-am-going-to/

[2] https://www.esquire.conn/uk/latest-news/al9490586/mark-zuckerbergcalled-people-who-handed-over-their-data-dumb-f/

Zuckerberg: I have over 4,000 emails, pictures, addresses, SNS

[Redacted Friend's Name]: What? How'd you manage that one?

Zuckerberg: People just submitted it.

Zuckerberg: I don't know why.

Zuckerberg: They "trust me"

Zuckerberg: Dumb fucks.

Clearly, Mark Zuckerberg thinks the people who use the Facebook products are suckers, and he shows that he has no intentions of engaging in good faith or protecting the user data.

A. For example, Facebook collected the content of Plaintiffs' messages without his consent. The Plaintiff only found this out after looking at their current Terms of Service which he is not bound by as he never consented nor received notification of. See Douglas v Talk America. It is important to note that much of the information sent on Facebook is information that would be protected by HIPPA, FERPA, and many other privacy acts.

B. Here is a list of items Facebook tracked without the Plaintiffs consent (Please note this list only includes items that the Plaintiff is aware of:

    i. Information about his personal devices including (Hardware, Software Versions, Battery Level, Signal Strength, Storage, App, File names, etc.

    ii. Device ID's and Identifiers

    iii. Bluetooth, Wi-Fi, and other information

    iv. Transactions (Both on Facebook products and off) (They track the third-party transactions of the Plaintiff)

    v. Plaintiffs communications with 3rd parties

    vi. Information from third parties (Important to note that Facebook may

get information from advertisers, app developers, and publishers even when someone has not consented to that information being released to Facebook)

C. Facebook exposed millions of people s data including the Plaintiffs information when it allowed for the release of information without consent to Cambridge Analytica. This information included public profile access, page likes, date of birth, current city, newsfeed, timeline, and messages. It was a harvesting scheme to create a profile on subjects from which the data was stolen. It also put people in danger by giving someone their locations. Not only did Facebook not protect users from this scheme when it had a failure to warn but it was negligent by attempting to cover up the scheme. (Important to note that the 9th Circuit Court of Appeals held in Jane Doe No. 14 v Internet Brands, Inc that immunity for claims of negligence does not apply.) They also attempted to mislead the public and journalists about how bad the scheme was.

D. The Defendant allows individuals to track you using personally identifiable information and then use that information to display ads in front of you. See Exhibit N. They do not give you the ability to turn this off nor do they give you the ability to remove this information that was uploaded to their systems without your consent.

34. It's also important to note that when the plaintiff originally bought his Oculus Go device, he did so with the premise that you did not need to have a Facebook account and while he used his Facebook account to login at the time there was a way to set up an account completely separate from Facebook. They took this ability away thereby insuring that the Plaintiff could not use the device he paid for.

35. The Plaintiff has approached the Defendant to attempt to resolve these situations. The Defendant chose to mislead the plaintiff by saying they would respond with more information

and work to seek a resolution and then began ignoring and blowing off the Plaintiff. Evidence will be introduced in court do support this claim.

A. In accordance with the Statement of Rights and Responsibilities, the Plaintiff attempted to contact Facebook to resolve this dispute directly. The terms regarding the Plaintiffs contract with the Defendant states If you have questions or complaints regarding our Data Use Policy or practices, please contact us by mail at 1601 Willow Road, Menlo Park, CA 94025 if you reside in the U.S. or Canada, or at Facebook Ireland Ltd., Hanover Reach, 5-7 Hanover Quay, Dublin 2 Ireland if you live outside the U.S. or Canada. Anyone may also contact us through this help page28. He also attempted to contact them via the form in the agreement which is broken. See Exhibit J.

36. At this time, the Plaintiff seeks to advise the court of a grand jury subpoena issued by the Southern District of New York in response to a criminal investigation where the Plaintiff is a witness. (See Exhibit L, please note the Plaintiff has blurred out identifying information of the investigated parties but is happy to submit to the court and the Defendant under seal to protect the government s investigation) The dada of that Facebook holds is required in order for the Plaintiff to continue cooperating with the government. In addition, the information is vital to any potential defense on the part of the Plaintiff. Facebook says on their website regarding data Parties to litigation may satisfy party and non-party discovery requirements relating to their Facebook accounts by producing and authenticating the content of communications from their accounts and by using Facebook s "Download Your Information" tool, which is accessible through the Settings drop down menu. If a person cannot access their content, Facebook may, to the extent possible, attempt to restore access to deactivated accounts to allow the person to collect and produce their content. However, Facebook cannot restore account content that had

been deleted. Facebook preserves account content only in response to a valid government

request. Facebook has the ability to give the Plaintiff the data that they already admit belong to

the Plaintiff but are refusing to do so. This tool is called Download Your Information.30" Your

Information being the keyword.

37. Facebook is in breach of contract and violation of due process. According to rules set

by Facebook, due process is required People using Facebook s services and Facebook itself

may bring forward content for board review. The board will review and decide on content in

accordance with Facebook's content policies and values. A couple of issues with this whole

process. Facebook disabled the account of the Plaintiff without allowing him to appeal in

violation of their own standards. Facebook admits that the Plaintiff has the right to appeal their

decision in multiple forms.31 This includes disputing the ruling with Facebook (which the

Plaintiff did via email since he did not have access to the support panel anymore), and appealing

to the Oversight Board (which the Plaintiff was not allowed to do although the policy was

already in place when they disabled his account). The bylaws state The board will review cases

where people disagree with the outcome of Facebook s decisions and have exhausted the appeals

process with Facebook. They further state that all content is eligible for review except32:

The following types of content are not available for the board s review, unless

reassessed in the future by Facebook:

> • Content types: content posted through marketplace, fundraisers, Facebook dating,
>
> messages, and spam.
>
> • Decision types: decisions made on reports involving intellectual property
>
> or pursuant to legal obligations.
>
> • Services: content on WhatsApp, Messenger, Instagram Direct, and Oculus.

• Where the underlying content has already been blocked, following the receipt

of a valid report of illegality, and not removed for a Community Standards violation;

• Where the underlying content is criminally unlawful in a jurisdiction with

a connection to the content (such as the jurisdiction of the posting party and/or

the reporting party) and where a board decision to allow the content on the

platform could lead to criminal liability for Facebook, Facebook employees,

the administration, or the board's members; or

• Where the underlying content is unlawful in a jurisdiction with a connection

to the content (such as the jurisdiction of the posting party and/or the reporting

party) and where a board decision to allow the content on the platform could lead

to adverse governmental action against Facebook, Facebook employees, the

administration, or the board's members.

38. Facebook admits that when you create a Facebook group it belongs to you. Again,

this goes back to their statements that it is your group. The allow these groups to be active

even after disabling the Plaintiffs account. See Exhibit M. They take away the ability for the

Plaintiff to control his own groups. They allow others to continue using his groups.

39. Facebook pays third party fact checkers" to check viral misinformation. However,

this is actually not what they do. To start, Facebook hires biased fact checkers to check what is

sometimes conflicting information. For example, by looking up some of the sources you will see

that they favor one side or the other. The Daily Caller s Check Your Fact and the Dispatch favor

conservatives while Science Feedback and USA Today favor liberals.

40. If s important to note that Facebook is liable under the Lachman Act when it competes against newspapers on its platform. They use an algorithm to determine what stories are performing well and then they try to prove them wrong and promote their own self stories. It is important to note that Facebook pays for the fact checking service3435. Not only do they pay these companies to fact check but they then use techniques designed to shrink the reach of publishers by making their algorithm not show posts that they disagree with. The Plaintiff has seen the fact checkers admit were wrong, and it caused the reach of his posts to be cut. This information will come out in discovery. Nieman Lab reported company's fact checking partners received between USD$850-$1790 per fact check in July 201937. Facebook is actively competing against publishers by employing these individuals to censor posts using their algorithm. They are actively conspiring and competing with publishers.

41. TX HB 4390 states (b) A person who conducts business in this state and owns or licenses computerized data that includes sensitive personal information shall disclose any breach of system security, after discovering or receiving notification of the breach, to any individual whose sensitive personal information was, or is reasonably believed to have been, acquired by an unauthorized person. The disclosure shall be made without unreasonable delay and in each case not later than the 60th day after the date on which the person determines that the breach, except as provided by Subsection (d) or as necessary to determine the scope of the breach and restore the reasonable integrity of the data system. Facebook failed to protect the privacy of its users when it allowed millions of account data to be stolen. They violated state law by not informing the Plaintiff or those similarly situated within 90 days.

42. TEXAS BUSINESS AND COMMERCE CODE TITLE 2, CHAPTER 17 DECEPTIVE TRADE PRACTICES says, except as provided in Subsection (d) of this section, the term

"False, misleading, or deceptive acts or practices" includes, but is not limited to, the following acts: (9) advertising goods or services with intent not to sell them as advertised and (7) representing those goods or services are of a particular standard, quality, or grade, or that goods are of a particular style or model, if they are of another." Facebook acted illegally when they sold the oculus device and then rendering it useless based on the disabling of the users account and access to the device.

43. Facebook represented that Moates was banned under their Qanon policy[3]. Admitting they considered Moates to be a member of the Qanon movement. On a press release on 19 January 2021, they called members banned under this policy "Dangerous Individuals," "militarized social movements," and "violence-inducing conspiracy networks, such as Qanon." These statements are libelous. Furthermore, the boast "we also removed about 3,000 Pages, 9,800 groups, 420 events, 16,200 Facebook profiles, and 25,000 Instagram accounts for violating our policy against QAnon.[4]"

44. Plaintiff DC Chronicle was harmed because of the actions taken on Moates' account. The pages they used for their business model and to share news were disabled. The groups they used for their business model were disabled. Their access to Instagram and Crowdtangle were disabled.

45. Plaintiff DC Chronicle was harmed because of the actions taken on Moates' account. The analytical data on their news postings was stolen by Facebook when they disabled the account.

46. Plaintiff DC Chronicle was harmed because of the actions taken on Moates' account. All communications used by DC Chronicle were stolen by Facebook when they disabled the account.

---

[3] https://storage.courtlistener.com/recap/gov.uscourts.txed.202288/gov.uscourts.txed.202288.28.0.pdf
[4] https://about.fb.com/news/2020/08/addressing-movements-and-organizations-tied-to-violence/

# V. CAUSES OF ACTION

## A. DEFMATION OF CHARACTER – LIBEL (Texas CPR, Title 4, Chapter 73)

1. All previous allegations are incorporate herein by reference.

2. Mr. Moates is a private individual who does not hold public office nor is a public figure for any purpose.

3. The foregoing statements made and published by the Defendant were statements made of fact that were false, misleading, or lacked context.

4. The statements made by Defendant directly and indirectly referred to the Plaintiff.

5. The statements made by the Defendant were libelous per se because they have injured Mr. Moates reputation and exposed him to public hatred, contempt, ridicule, and financial injury.

6. The statements made by the Defendant were libelous per se because they injured Mr. Moates in his home, profession, and various occupations.

7. In the alternative, the foregoing statements made and published by the Defendant were libelous through innuendo and implication. The Defendant engaged in the omission of facts and context to frame their narrative. Since the Plaintiff was a former contributor, they had his email on file.

8. Defendant are strictly liable for damages caused by the libel.

9. Alternatively, Defendant knew the foregoing defamatory statements were false or reckless with regard to the accuracy of the statements.

10. Alternatively, Defendant knew or should have known the defamatory statements were false. In addition, they did not do their due diligence.

11. Mr. Moates is entitled to recover nominal damages, general damages, special damages, and exemplary damages.

**B. Breach of Contract – Material Misrepresentation of Fact, Material Breach (Texas Statutory and Common Law)**

1. A legally binding contract was formed between Moates and the Defendant.

2. The offer was accepted by Moates.

3. This contract did not apply to DC Chronicle and to date DC Chronicle has not signed an agreement with the Defendant.

4. The contract is Statement of Rights and Responsibilities from 2014. Moates has not been notified or agreed to any new agreements. According to precedent set by the Supreme Court of the United States, no new terms can apply because Moates has not been notified. See Douglas v Talk America Inc.

5. The Plaintiffs paid for services including but not limited to use of user data for advertising by the Defendant, and monetary exchange.

6. Defendant breached their contract by not providing the platforms and disabling the user accounts without cause. By charging the Plaintiff for services not rendered. By enforcing a contract the Plaintiff did not agree too.

7. The Plaintiffs were damaged monetarily, emotionally, and suffered a loss of important data, reach, and communications.

8. The Defendant breached multiple contracts when they disabled all subsequent accounts including Instagram, Oculus, Crowdtangle, and Whatsapp.

9. The Defendant disabled multiple accounts in violation of the Statement of Rights and Responsibilities. The Statement of Rights and Responsibilities does not have any prevision for the deactivation of Instagram, Oculus, Whatsapp, and Crowdtangle accounts. Furthermore, they deactivated the Facebook account without cause. The contract states "If you violate the letter or

spirit of this Statement, or otherwise create risk or possible legal exposure for us, we can stop providing all or part of Facebook to you." The Defendant did no such thing. Simply having a non-violent page titled Qanon is not legal exposure because any claims brought by the government for simply titling a page Qanon would be protected by the First Amendment.

10. The Defendant breached a contract by making the false representation that "you own all the content and information you post on Facebook." If that is the case why is Facebook holding the Plaintiffs data hostage and not releasing what they admit belongs to the Plaintiffs[5].

11. The Defendants breached a contract by promising to "provide you with seven days notice and an opportunity to comment on changes to this statement." That did not happen.

12. The Defendants subsequent Terms are unenforceable because they say that "any amendment or waiver to the statement must be made in writing and signed by us." None of the future terms are signed.

**C. Texas Deceptive Trade Practices Act**

1. The Plaintiffs were a consumer of the Defendant.

2. The Defendant advertised goods or services with intent not to sell them as advertised. This included selling ads for the pages, selling the Oculus and then rendering it useless, and promising services not provided. This also includes accepting payment of the Plaintiffs data but then not providing the payment of service to them. The Defendant made and continue to make false claims while trying to sell their products including but not limited to stating that they are "your pages," "your groups," and "you can download your data at any time." The Defendant charged the Plaintiff thousands of dollars in the weeks leading up to his disabled account and they

---

[5] https://storage.courtlistener.com/recap/gov.uscourts.txed.202288/gov.uscourts.txed.202288.28.2.pdf

represented he would build a following this way. This was a lie intended to mislead him into their scam of taking money.

3. The Defendant promoted a pyramid promotional scheme, as defined by Section 17.461. The statute says, "A person commits an offense if the person contrives, prepares, establishes, operates, **advertises**, sells, or **promotes a pyramid promotional scheme**." Facebook approved advertising and continues[6] to advertise and promote Advocare. The FTC determined that Advocare was a pyramid scheme and Advocare admitted and settled[7].

4. The Defendant knew at the time that the Plaintiff was advertising that they planned to suspend his account, but they did not notify him. Instead, they continued to bill him for a following they knew they were going to take away. The failure to disclose information concerning goods or services known at the time of the transaction and was used to induce the consumer into a transaction whom otherwise would not have entered had the information been disclosed. It is clear the Plaintiffs would not have paid for a following they did not expect to keep.

5. The Defendants mislead individuals by willingly changing the goals of advertisers without telling them or notifying them. They admit to "we may broaden the targeting criteria you specify.[8]"

**D. Aiding and Encouraging Suicide (PENAL § 22.08. Aiding Suicide)**

1.  Multiple Facebook users had told Plaintiff Moates to kill himself. Each time Moates reported these messages to Facebook and each time after Facebook staff reviewed the comments, they

---

[6] https://www.facebook.com/ads/library/?active_status=all&ad_type=all&country=US&view_all_page_id=258046150625&sort_data[direction]=desc&sort_data[mode]=relevancy_monthly_grouped&search_type=page&media_type=all

[7] https://www.ftc.gov/news-events/press-releases/2019/10/multi-level-marketer-advocare-will-pay-150-million-settle-ftc

[8] https://storage.courtlistener.com/recap/gov.uscourts.txed.202288/gov.uscourts.txed.202288.28.2.pdf

said that it was not against their terms and that no action would be taken. Thereby promoting the message sent by the users.

**E. Data/Cyber Security – (Tex. Bus. & Com. Code § 521.052(a))**

1. Facebook failed to take appropriate actions to protect the data of its users and as a result, the Plaintiffs data was exposed to unauthorized users during the Cambridge Analytica scandal.

2. Facebook failed to notify the public regarding the breach and attempted to cover up how bad it was in violation of the law, Sec 521.053[9]. Facebook accepted responsibility for the mistake, thereby making them liable[10].

3. In September 2018, Facebook again failed to take appropriate actions to protect the data of its users and as a result, the Plaintiffs data was exposed to unauthorized users in which they could see all the Plaintiffs private content. This was right after the Cambridge Analytica scandal.

4. Again, Facebook failed to notify the effected users.

5. In March 2019, Facebook was exposed for storing millions of user's passwords in plain-text files. Any of the thousands of Facebook employees had access to these passwords. This was extremely reckless[11].

6. It was subsequently exposed that Facebook did the same thing for millions of Instagram users[12].

7. Again, in both instances they did not notify affected users.

---

[9] https://www.bbc.com/news/technology-56815478
[10] https://www.politico.com/story/2018/04/04/facebook-cambridge-analytica-data-users-502064
[11] https://krebsonsecurity.com/2019/03/facebook-stored-hundreds-of-millions-of-user-passwords-in-plain-text-for-years/
[12] https://techcrunch.com/2019/04/18/instagram-password-leak-millions/

8. In two separate instances in April and September of 2019, Facebook information was exposed placing user information on a sever giving people access to users phone numbers, names, gender, and locations.

9. Again, in both instances they did not notify affected users[13].

10. In December of 2019, Facebook exposed 300 million users by giving hackers access to their API which allowed them to scrape phone numbers, names, and user ID's which were posted on the dark web[14]. Subsequent information about a second server came out in March 2020.

11. Again, in both instances they did not notify affected users.

12. Facebook failed in multiple instances to "implement and maintain reasonable procedures, including taking any appropriate corrective action, to protect from unlawful use or disclosure any sensitive personal information collected or maintained by the business in the regular course of business" and to "A person who conducts business in this state and owns or licenses computerized data that includes sensitive personal information shall disclose any breach of system security, after discovering or receiving notification of the breach, to any individual whose sensitive personal information was, or is reasonably believed to have been, acquired by an unauthorized person."

13. As alleged above, 2nd Defendants made information accessible to Facebook through the Plaintiffs cell phone including tracking internet browsing data, biometric data, health data, location data, financial data, phone usage data, search history, and identifiers.

---

[13] https://www.technologyreview.com/2019/09/05/133154/facebook-has-leaked-419-million-phone-numbers/
[14] https://newyork.cbslocal.com/2019/12/20/facebook-dark-web-data-breach/

**F. Biometric Data – (Tex. Bus. & Com. Code § 503.001)**

1. At no time has Facebook provide informed consent required for the collection of biometric identifiers as required by law.

2. Facebook ran a program called "Tag Suggestions' which works by scanning photographs uploaded by a user and then identifies faces appearing in those photographs. Tag Suggestions uses proprietary facial recognition software to extract from user-uploaded photographs the unique biometric identifiers (i.e., graphical representations of facial features, also known as facial geometry) associated with people's faces. Facebook did not disclose its biometrics data collection to its users, nor does it even ask users to acknowledge, let alone consent to, these practices

3. From 2015 forward, Instagram collects and stores biometric data of more than 100 million users, without their knowledge or consent. Facebook then uses the data to "bolster its facial recognition abilities across all of its products, including the Facebook application, and shares this information among various entities. Facebook does all of this without providing any of the required notices or disclosures required by Texas law.[15]"

4. At no time did the Plaintiff provide consent to AT&T to transmit said data to Facebook.

**F. Right to Adequate Assurance of Performance (Tex. Bus. & Com. Code § 2.06)**

1. Texas law requires "A contract for sale imposes an obligation on each party that the other's expectation of receiving due performance will not be impaired." Defendant violated the law by impairing the Plaintiff (Moates) access to use the software on his Oculus Quest 2 and Oculus Go.

---

[15] https://www.thedailybeast.com/how-facebook-fights-to-stop-laws-on-facial-recognition

2. When Facebook disabled the accounts of Moates Facebook, Instagram, Crowdtangle, Whatsapp and Messenger, it violated the law by impairing the product to which Moates and DC Chronicle had a reasonable expectation of receiving.

## IV. INJUCTIVE RELIEF

1. Plaintiffs request the court enter a permanent injunction requiring the Defendant to:

    a. Reactivate the accounts;

    b. Provide the Plaintiffs with the data from the accounts;

    c. Reactivate the software on the Oculus devices;

# XI. DAMAGES AND PRAYER

WHEREFORE PREMISES CONSIDERED, Plaintiff Michael Moates asks the court to issue a citation for each Defendants to appear and answer, and that Plaintiff be awarded a judgement against Defendants for the following:

a) Nominal damages;

b) General damages;

c) Actual damages;

d) Special damages;

e) Exemplary damages;

f) Pre and post judgement interest;

g) compensatory damages;

h) injunctive relief

Respectfully Submitted,


/s/ Michael S. Moates

Michael Moates, Pro Se

Michaelsmoates@gmail.com

817-999-7534

2700 Colorado Boulevard #1526

Denton, TX 76210

- 25 -

# EXHIBIT 2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Exhibit A**

FACEBOOK

Michael Moates

Page has been deleted

**Total spent by Page on ads about social issues, elections or politics** ⓘ
May 7, 2018 - Nov 22, 2020
United States

**$9,941**
See spend details

**Recently spent by Page on ads about social issues, elections or politics** ⓘ
7 days • Nov 16 - Nov 22, 2020
United States

**$0**

DC Chronicle News

Page has been deleted

**Total spent by Page on ads about social issues, elections or politics** ⓘ
May 7, 2018 - Nov 22, 2020
United States

**$605**
See spend details

**Recently spent by Page on ads about social issues, elections or politics** ⓘ
7 days • Nov 16 - Nov 22, 2020
United States

**$0**

50

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Exhibit B**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

🖻 Header

Hi Michael,

We found that **DC Chronicle News** didn't follow our Community Standards. It's against our standards to mislead people or Facebook by things like:

- Misrepresenting your Page's identity or purpose
- Using multiple Facebook accounts or sharing accounts between multiple people
- Creating new accounts or taking other actions to avoid restrictions on posting, commenting or sharing too much
- Making it difficult to know your content's origin or making your content seem more popular than it is

We may unpublish, restrict or reduce the distribution of your Page if it goes against these or any of our other Community Standards again. These standards are in place to help keep Facebook safe for everyone.

View Community Standards

Thanks,
The Facebook Team

This message was sent to michael.moates@thenarrativetimes.org

🖻 Header

Facebook Inc, Attention: Community Support, 1 Facebook Way, Menlo Park, CA 94025

52

1

**Exhibit C**

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Facebook** <case++aazqbxwp2fiwm4@support.facebook.com>                    Thu, Oct 8, 3:44 AM
to Michael, me

Hi Michael,

This is Hannah with Facebook Concierge Support. I am writing in regards to your concern about email notifications you are getting from our Facebook Team.

We would like to thank you for sending us the information we recently requested. We were able to investigate and seeing that we the Page https://www.facebook.com/dcchroniclenews/ is in good standing.

I understand that this may have cause confusion on your part and we would like to apologized. Furthermore, please have this reported as a bug by following this link: https://www.facebook.com/help/1126628984024935

You may also review our Community Standards to learn more about our policies: https://www.facebook.com/communitystandards/

I hope that I was still able to answer your questions and addressed your concerns correctly. If you ever need further support, please do not hesitate to reach out to us and we will get back to you soonest possible. You may initiate a new chat via https://www.facebook.com/business/help.

I am really glad that we could at least get some clarity on this matter. Please help us improve by taking a few minutes to complete a survey about your experience with me. We always want to hear from our advertisers about how we can improve the platform. The best way of doing that is by filling out our feedback form: https://www.facebook.com/help/contact/268228883256323. We suggest that you keep an eye on the issue and keep testing to see if a platform change / restores proper functionality to you.

We will proceed to close this ticket now. I hope the above clarifies and I want to thank you for bringing this issue to our attention. To support you better, Facebook's online support hours are from 08:00 to 20:00 UTC+8 (11:00 to 23:00 UTC+11), Mondays to Saturdays.

Thank you for contacting Facebook Concierge Support and we wish you all the best for your business!

Best regards,

Hannah
Concierge | Facebook Support - To learn more about growing your business on Facebook, visit: https://fb.me/learn-blueprint

...

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Exhibit D**

**facebook**                                                                    Log Out

**Your Account Has Been Disabled**

For more information please visit the Help Center.

Your account was disabled on Oct 20, 2020. If you think your account was disabled by mistake you can submit more information via the Help Center for up to 30 days after your account was disabled. After that, your account will be permanently disabled and you will no longer be able to request a review.

Go To Help Center

English (US)  Español  Français (France)  中文(简体)  العربية  Português (Brasil)  한국어  Italiano  Deutsch  हिन्दी  日本語  ✛

Sign Up    Log In    Messenger    Facebook Lite    Watch    People    Pages    Page Categories    Places    Games    Locations    Marketplace    Facebook Pay
Groups    Jobs    Oculus    Portal    Instagram    Local    Fundraisers    Services    Voting Information Center    About    Create Ad    Create Page    Developers
Careers    Privacy    Cookies    Ad Choices▷    Terms    Help

Facebook © 2000

56

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Exhibit E**

1

2

*Instagram*                                                                              Log Into Another Account

3

4

5

6

7

8

9

10

11

12

○

13

14                          Thanks for Providing Your Info

15                    We'll review your info and if we can confirm
                      it, you'll be able to request a review in the
16                    Help Center within approximately 24 hours.

17                                    Done

18

19

20

21

22

23

24

25

26

27

28

58

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Exhibit F**

1

**Help**
To michael.m...

2

**Michael Moates** <michael.moates@thenarrativetimes.org>
To: Carolyn Everson <carolyn@fb.com>

Tue, Oct 20, 2020 at 9:15 PM

3

Carolyn,

First, let me say thank you for all the help you've given me in the past. Tonight I am in tears and my mother was crying earlier. We've lost all of my high school photos because Facebook disabled my account. It's my understanding that this might be an error given some of my colleagues who have had issues and had them restored. Not to mention I had issues with my account last week when I submitted a ticket to media support they said my account was in good standing. Not only have I lost my memories which I hold dear to my heart my page with my fans over 190k is also gone. Can you please help me get this fixed?

4

It's my life, my job, and I am desperate for help.

My accounts are
https://www.facebook.com/realmichaelmoates (profile)
https://www.facebook.com/michaeljrmoates (page)
https://www.instagram.com/michaelvmoates

5

Thanks.

6

M (the...

7

**Carolyn Everson** <carolyn@fb.com>
To: Michael Moates <michael.moates@thenarrativetimes.org>
Cc: Meghan Oribe <morbe@fb.com>, Conrad Gibson <cfg@fb.com>

Wed, Oct 21, 2020 at 6:18 AM

8

Hi

Looking into it as we speak.  Meg, my business lead and Conrad will be on this as well

9

So sorry this happened—hoping for some resolution

C...

10

...

11

**Conrad Gibson** <cfg@fb.com>
To: Michael Moates <michael.moates@thenarrativetimes.org>

Wed, Oct 21, 2020 at 6:30 AM

Carolyn and Meg to BCC

12

Hi Michael, I'll get started on this right away. Can you please advise the email address that was associated with the disabled Facebook account?

Cheers,
Conrad

13

**Conrad Gibson**
Global Business Group

14

225 Park Avenue South, 10th floor, New York, NY 10003
Facebook | Mobile +1 501.485.2434 | Email cfg@fb.com

15

> On Oct 21, 2020, at 7:18 AM, Carolyn Everson <carolyn@fb.com> wrote:

16

> ...

**Michael Moates** <michael.moates@thenarrativetimes.org>
To: Conrad Gibson <cfg@fb.com>

Wed, Oct 21, 2020 at 8:27 AM

17

Michael Moates@thenarrativetimes.org

Thank you so much!!

18

Sent from my iPhone

19

> On Oct 21, 2020, at 6:31 AM, Conrad Gibson <cfg@fb.com> wrote:

> Carolyn and Meg to BCC

20

**Conrad Gibson** <cfg@fb.com>
To: Michael Moates <michael.moates@thenarrativetimes.org>

Wed, Oct 21, 2020 at 8:30 AM

21

Thanks, Michael! I'll be in touch once I have an update from the account team.

22

Conrad Gibson

23

Global Business Group

225 Park Avenue South, 10th floor, New York, NY 10003

24

Facebook | Mobile +1 501.485.2434 | Email cfg@fb.com

25

FACEBOOK

26

27

28

60

1

**Michael Moates** <michael.moates@thenarrativetimes.org>
To: Conrad Gibson <cfg@fb.com>

Wed, Oct 21, 2020 at 9:01 AM

2

Okay. Much appreciated. Do you have an expected time frame? I'm sorry. I really hope it's not something I did. :)

Sent from my iPhone

3

> On Oct 21, 2020, at 8:47 AM, Conrad Gibson <cfg@fb.com> wrote:

4

Thanks, Michael? I'll be in touch once I have an update from the account team.

5

Conrad Gibson

6

Global Business Group

225 Park Avenue South, 13th floor, New York, NY 10003

7

Facebook | Mobile +1 631 461 2431 | Email cfg@fb.com

8

<image001.gif>

9

**Michael Moates** <michael.moates@thenarrativetimes.org>
To: Carolyn Everson <carolyn@fb.com>
Cc: Meghan Orbe <morbe@fb.com>, Conrad Gibson <cfg@fb.com>

Wed, Oct 21, 2020 at 3:01 PM

10

Conrad,

11

Quick question. While we sort this out will all of my data be preserved? Also, do you have an idea on timing?

12

Thanks.

Michael

13

Sent from my iPhone

14

> On Oct 21, 2020, at 6:18 AM, Carolyn Everson <carolyn@fb.com> wrote:

15

16

**Conrad Gibson** <cfg@fb.com>
To: Michael Moates <michael.moates@thenarrativetimes.org>

Wed, Oct 21, 2020 at 4:47 PM

17

Carolyn and Meg to BCC

18

Hi Michael! No updates just yet, but I can assure you the team is working on this and I'll revert back as soon as I have additional information.

19

Cheers,
Conrad

20

Conrad Gibson

Global Business Group

21

225 Park Avenue South, 13th floor, New York, NY 10003

Facebook | Mobile +1 631 461 2431 | Email cfg@fb.com

22

23

**FACEBOOK**

24

**From:** Michael Moates <michael.moates@thenarrativetimes.org>
**Date:** Wednesday, October 21, 2020 at 4:01 PM
**To:** Carolyn Everson <carolyn@fb.com>
**Cc:** Meghan Orbe <morbe@fb.com>, Conrad Gibson <cfg@fb.com>
**Subject:** Re: Help

25

26

27

28

61

1

Michael Moates <michael.moates@thenarrativetimes.org>
To: Conrad Gibson <cfg@fb.com>, Carolyn Everson <carolyn@fb.com>

Fri, Oct 23, 2020 at 5:37 AM

2

Conrad,

I know the team is still working on my account however, I wanted to share a few pieces of information with you.

3

First, I was having issues with my account the week before it was shut down and I submitted a ticket to the media portal asking for assistance to make sure I was in compliance and was told by Facebook's support team that my pages were in "good standing." The support number for your reference is 685631522349360.

Secondly, I spent nearly $10,000 in ads on FB since May of this year. I paid Facebook $1500 the day before my account was disabled and was unable to use the money I paid/invested in ads.

4

Thirdly, around 50 college students who work for my 501(c)3 non-profit charity depend on my ability to have access to our FB pages. They are news interns who write for my organization and get published so they can earn college credits. This has been detrimental to them and me. I am not sure what to tell them or my staff at this time. We are going on day four and I am wondering if I should tell them to seek other opportunities.

I really need an update so I can move forward. Please, please help me get this resolved. It's not only personal to my family and I due to my personal pictures and data but also to my students and organization.

5

Michael

6

Conrad Gibson <cfg@fb.com>
To: Michael Moates <michael.moates@thenarrativetimes.org>
Cc: Meghan Orbe <morbe@fb.com>, Carolyn Everson <carolyn@fb.com>

Fri, Oct 23, 2020 at 11:22 AM

7

8

Hi Michael,

Apologies for the delay as I worked with our team on your request. I heard back this morning and it seems that your accounts were disabled permanently, and, due to policy guidelines, they are unable to share why the accounts were deactivated. I am so sorry this happened to you. I asked for more information, but they were unable to share with me. I wish I could give you a better explanation, but unfortunately we have these rules in place to protect a user's privacy. I know that you had a lot of photos saved to your accounts that you wanted to access. They provided me with the following information on how to request data from a closed account:

9

10

"He can learn about what kinds of data are available to him, and how to access it, via the following links. If he is still having issues accessing his data, he can also contact us through these links and we'd be happy to assist further.

11

· https://www.facebook.com/help/contact/180237685520953
· https://help.instagram.com/contact/505535973176363_'

12

Also attached is a screenshot showing the steps he can take to request data for the accounts using the links above."

13

Again, I am so sorry this happened to your accounts. If there is anything else please let me know.

14

Cheers,
Conrad

15

16

Conrad Gibson

Executive Administrator Carolyn Everson | Global Business Group

17

18

Screen_Shot_2020-10-23_at_12.23.54_PM[3].png
152K

19

20

Michael Moates <michael.moates@thenarrativetimes.org>
To: Conrad Gibson <cfg@fb.com>
Cc: Meghan Orbe <morbe@fb.com>, Carolyn Everson <carolyn@fb.com>

Fri, Oct 23, 2020 at 12:01 PM

21

Conrad,

I have a couple of questions. First, when I click on the links you sent to get my data it says page not found. This doesn't work. Any suggestions on that front?

22

I have to tell you and I mean no disrespect but I don't believe I have done anything wrong. I believe I am being targeted. I haven't done anything questionable. I need to know what the legal service process is for Facebook.

Thanks,

23

Michael

24

Conrad Gibson <cfg@fb.com>
To: Michael Moates <michael.moates@thenarrativetimes.org>

Fri, Oct 23, 2020 at 2:02 PM

25

Hi Michael,

26

I am checking on a new link as well as your second question. I'll circle back with an update ASAP.

27

28

62

1
Conrad Gibson <cfg@fb.com>                                                                    Sat, Oct 24, 2020 at 9:38 AM
To: Michael Moates <michael.moates@thenarrativetimes.org>
2
Cc: Meghan Orbe <morbe@fb.com>, Carolyn Everson <carolyn@fb.com>, Conrad Gibson <cfg@fb.com>

3
Hi Michael,

4
Apologies, these links below are active (the original link had a space on the end that was directing you to the error page):

5
• FB Link: https://www.facebook.com/help/contact/1802376854820953
• IG Link: https://help.instagram.com/contact/505535973176353

6
Regarding an appeal, information should have been emailed to the email address associated with the accounts with instructions to appeal this decision. You can also find that information here as well. __Help Center resources__. Apologies again, but I was not given any specific information as to why the account was disabled as they do not share this information to protect user privacy.

7

8
Cheers,
Conrad

9
Conrad Gibson

10
Executive Assistant to Carolyn Everson | Global Business Group

11
225 Park Avenue South 16th Floor, New York, NY 10003

Facebook | Mobile +1 901.493.9234 | Email cfg@fb.com

12

13

14
From: Michael Moates <michael.moates@thenarrativetimes.org>
Date: Friday, October 23, 2020 at 1:02 PM
15
To: Conrad Gibson <cfg@fb.com>

16

17
Michael Moates <michael.moates@thenarrativetimes.org>                                          Sat, Oct 24, 2020 at 10:36 AM
To: Conrad Gibson <cfg@fb.com>
Cc: Meghan Orbe <morbe@fb.com>, Carolyn Everson <carolyn@fb.com>
18
Conrad,

19
I'm not trying to be difficult but I didn't receive any email about an appeal. :(

Sent from my iPhone

20
Conrad Gibson <cfg@fb.com>                                                                    Sat, Oct 24, 2020 at 11:44 AM
To: Michael Moates <michael.moates@thenarrativetimes.org>
21
Cc: Meghan Orbe <morbe@fb.com>, Carolyn Everson <carolyn@fb.com>

22
Sorry about that, Michael. The information in the help center will have the same information that would have been in the email. You can find it here: __Help Center resources__.

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Exhibit G**

1

**Accessing and Downloading Your Facebook Information #980943342389228**

2

Facebook <case**aazq7483pxd@support.facebook.com>                                                                            Mon, Oct 26, 2020 at 7:54 AM
Reply-To: Facebook <case**aazq7483pxd@support.facebook.com>
To: Michael.moates@thenarrativetimes.org

3

Hi,

We received your request to learn more about your Facebook information. The Facebook account associated with the email address you provided to us has been disabled for violation of our Terms of Service:
https://www.facebook.com/legal/terms/?hl=*CR

4

Please note, our team is unable to help with login or account access questions.

To learn more about why your profile may have been disabled, please visit the Help Center:
https://www.facebook.com/help/103873104304354?hl=*CR

5

If you think your profile may have been disabled by mistake, you can request a review of this decision.

When logging into your account by entering your email address and password, you will be redirected to a page that informs you that your account has been disabled. On-screen instructions can take you through a few steps to request a review

6

If your account hasn't been disabled and you're able to log in, you can access your Facebook information using our self-service tools.

7

You can access specific types of your Facebook information, such as photos, posts, reactions and comments, using the Access Your Information tool:
https://www.facebook.com/your_information/?ref=*CR

8

You can also download a copy of your Facebook information using the Download Your Information tool:
https://www.facebook.com/dyi/?ref=*CR

For more information on how to download your information and what's in your downloaded file, please visit the Help Center:
https://www.facebook.com/help/212802592074644?ref=*CR

9

If you still have questions about getting a copy of your Facebook information, please reply to this email and we'll do our best to help you

Thanks,

Privacy Operations
Facebook

10

>On Sat Oct 24, 2020 14:12:08, Michael Moates wrote:
>My username is real michaelsmoates
>Page is michaelsmoates
>Sent from my iPhone
>> On Oct 24, 2020, at 4:05 PM, Facebook <case**aazq7483pxd@support.facebook.com> wrote:

11

>>
>> Hi,
>>
>> You've mentioned that you are looking for help with your Facebook account.
>> However, it's not clear to us which account you are looking for help with

12

>>
>> Please see the following article for details on how to find your account:
>> https://www.google.com/url?q=https://www.facebook.com/help/277842657223054&source=gmail-imap&ust=1604178312000000&usg=AOvVaw38hnEbC9Vute9V7gnU_8-L
>>
>> If you could then reply back to us with "username" we will then be able to further assist you with your issue

13

>>
>> Thank you,
>> Privacy Operations
>> Facebook

14

>>
>> On Sat Oct 24, 2020 08:26:58, Michael Moates wrote
>>> I can't access my account for the download
>>> On Sat, Oct 24, 2020 at 10:09 AM Facebook <
>>> case**aazq7483pxd@support.facebook.com> wrote

15

>>> Hi,
>>>>
>>>> Thanks for contacting us about accessing your personal data. Please note
>>>> we provide a number of self-service tools that allow you to access and
>>>> download specific information we have about you

16

>>>>
>>>> - Login issues
>>>>
>>>> If you can't access your Facebook account, please follow the instructions
>>>> you see when you try to log in. Find more information about what you can do

17

>>>> in the Help Center https://www.google.com/url?q=https://www.facebook.com/help/263110348866/6832?ref%3Dco&source=gmail-imap&ust=1604178312000000&usg=AOvVaw0fkPCA89KTaTbVAtUMSz
>>>>
>>>> Our team can't assist with issues related to accessing your account

18

>>>>
>>>> - Disable account support
>>>>
>>>> If you can't access your account because it has been disabled by Facebook
>>>> and you believe it has been disabled by mistake, you can request a review
>>>> of this decision.

19

>>>>
>>>> When logging into your account by entering your email address and
>>>> password, you will be redirected to a page that informs you that your
>>>> account has been disabled. On-screen instructions can take you through a
>>>> few steps to request a review.

20

>>>>
>>>> - Deactivated account
>>>>
>>>> If your account is currently deactivated, you'll need to first reactivate
>>>> it in order to access your Facebook account information. You can do this by
>>>> logging back in with your account email and password.

21

>>>>
>>>> Get help with reactivating your Facebook account
>>>> https://www.google.com/url?q=https://www.facebook.com/help/1926661854221699?ref%3Dco&source=gmail-imap&ust=1604178312000000&usg=AOvVaw2z06yYxFSM7sbJ2-NAPqhK

22

>>>>
>>>> Once you've logged into your account, you can use our self-service tools
>>>> to access and download your information.

23

>>>>
>>>> You can access specific types of Facebook information such as photos,
>>>> posts, reactions and comments using the Access Your Information tool

24

>>>>
>>>> https://www.google.com/url?q=https://www.facebook.com/your_information/?ref%3Dco&source=gmail-imap&ust=1604178312000000&usg=AOvVaw0wwnP3DOVCpD+hriM-G23

25

>>>>
>>>> You can also download a copy of the information you have provided to
>>>> Facebook using the Download Your Information tool.

26

27

28

65

>>>>
>>>> https://www.google.com/url?q=https://www.facebook.com/dyi/?ref%3Dcr&source=gmail-imap&ust=1604178312000000&usg=AOvVaw0Kpa-3raRYQ2UOesdZE7XM (https://www.google.com/url?q=https://www.facebook.com/dyi&source=gmail-imap&ust=1604178312000000&usg=AOvVaw0Bph4hnrDJiURgrXK9q4P
>>>>
>>>> You can download your information in an HTML format that is easy to view,
>>>> or in a JSON format, which will allow you to transfer your information to
>>>> another service.
>>>>
>>>> For more information on how to download your information and what's in
>>>> your downloaded file, please visit the Help Center.
>>>>
>>>> https://www.google.com/url?q=https://www.facebook.com/help/212802592074641/?ref%3Dcr&source=gmail-imap&ust=1604178312000000&usg=AOvVaw2eX4Qr6PxdQVe1xy-XPytk
>>>>
>>>> Downloading your information is a password-protected process that only you
>>>> will have access to. Once you've created a file, it will be available for
>>>> download for a few days. Your downloaded file may contain sensitive
>>>> information. You should keep it secure and take precautions when storing,
>>>> sending or uploading it to any other services.
>>>>
>>>> You can also access information about the interests we use to target ads
>>>> to you in Ads Preferences (https://www.google.com/url?q=https://www.facebook.com/ads/preferences&source=gmail-imap&ust=1604178312000000&usg=AOvVaw5H5EsuUDjXsrvD9tWwrLcE), and
>>>> you can manage or disconnect the information that businesses and
>>>> organizations share with Facebook about your interactions on their apps and
>>>> websites by using the off-Facebook activity tool (
>>>> https://www.google.com/url?q=https://www.facebook.com/off_facebook_activity&source=gmail-imap&ust=1604178312000000&usg=AOvVaw3oajkw0p8cjRkXnUcxUn2I).
>>>>
>>>> You can manage the content and information you share when you use Facebook
>>>> through the Activity Log tool.
>>>>
>>>> https://www.google.com/url?q=https://www.facebook.com/help/437430572945092&source=gmail-imap&ust=1604178312000000&usg=AOvVaw0eJoETZrRisrirKJ03-pzC9.
>>>>
>>>> To learn more about the categories of your Facebook information available
>>>> to you, please visit the Help Center:
>>>>
>>>> https://www.google.com/url?q=https://www.facebook.com/help/930396703570627ref%3Dcr&source=gmail-imap&ust=1604178312000000&usg=AOvVaw1O9TdvwnUyZBgYE-S4jA72
>>>>
>>>> Finally, we also encourage you to review our Data Policy, which provides a
>>>> description of the information we collect and how it is used and shared.
>>>> https://www.google.com/url?q=https://www.facebook.com/policy.php?ref%3Dcr&source=gmail-imap&ust=1604178312000000&usg=AOvVaw3BJ1_rGd_TO-SOj7eyB1
>>>>
>>>> If you have another question or concern, please visit Privacy Basics (
>>>> https://www.google.com/url?q=https://www.facebook.com/about/basics&source=gmail-imap&ust=1604178312000000&usg=AOvVaw2PQV7eJRdckvgCv3NzhtF65g) or the Help Center (
>>>> https://www.google.com/url?q=https://www.facebook.com/help&source=gmail-imap&ust=1604178312000000&usg=AOvVaw3eAxqN5KV9AJ887Ea6DCGY) for additional information.
>>>>
>>>> If you have more questions about accessing and downloading your
>>>> information, please reply to this message.
>>>>
>>>> Thanks,
>>>> The Facebook Team
>>>>
>>>> --
>>> Michael Moates
>>> A  1201 Cleveland St #1024, Denton, TX 76201
>>> M  817-999-7534   <817-999-7534>E michaelmoates@gmail.com>
>>> <michaelmoates@gmail.com>
>>> W  https://www.google.com/url?q=https://www.michaelmoates.com&source=gmail-imap&ust=1604178312000000&usg=AOvVaw1xLeHxrCIxkAE-u2SrYfXrZB  <https://www.google.com/url?q=https://www.michaelmoates.com&source=gmail-imap&ust=1604178312000000&usg=AOvVaw1zX5VFZqoEcxn3SVrKTvs6Q>
>>> <https://www.google.com/url?q=http://www.facebook.com/realmichaelmoates&source=gmail-imap&ust=1604178312000000&usg=AOvVaw234kXPe8a0GdBzLdvSm8sr>
>>> <https://www.google.com/url?q=http://www.instagram.com/michaelmoates&source=gmail-imap&ust=1604178312000000&usg=AOvVaw3WBA17csPvzAChqLVrb5>
>>> <https://www.google.com/url?q=http://www.facebook.com/michaelsmoates&source=gmail-imap&ust=1604178312000000&usg=AOvVaw3XresDHfkhFa03y6rv8cRiJ>
>>> <https://www.google.com/url?q=http://www.imdb.com/name/nm7941043&source=gmail-imap&ust=1604178312000000&usg=AOvVaw2T45G0xxJq6OE14i5XkPizr>
>>> <https://www.google.com/url?q=http://www.youtube.com/channel/UC0ririfixnhPJ7pgUHuRkY3ZSRO&source=gmail-imap&ust=1604178312000000&usg=AOvVaw9 kPLn5iSTnQpiXnjy5VVyA>
>>> <https://www.google.com/url?q=http://www.linkedin.com/in/michaelsmoates&source=gmail-imap&ust=1604178312000000&usg=AOvVaw2BCL-e5BRgPtPhY5FPANJ4>
>>> <https://www.google.com/url?q=http://www.tiktok.com/michaelsmoates&source=gmail-imap&ust=1604178312000000&usg=AOvVaw0MVJHxyOR3AT36RUr3sK4s>
>>> IMPORTANT: The contents of this email and any attachments are confidential.
>>> They are intended for the named recipient(s) only. If you have received
>>> this email by mistake, please notify the sender immediately and do not
>>> disclose the contents to anyone or make copies thereof.
>>>
>>

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Exhibit H**

1

**Request for Comment**
Several pages

2

Michael Moates <michael.moates@thenarrativetimes.org>
To: fidji.simo@fb.com
Fri, Oct 23, 2020 at 12:52 PM

3

Fidji,

I wanted to reach out to give you an opportunity to give me a comment for an op-ed I'm writing. I have spoken with a mainstream media source who is going to pick this up and I feel that it's only justified that I talk with you guys first.

4

My Facebook account was disabled this week without warning or explanation. I was charged $1500 by FB the night before and have spent nearly $10k during the pandemic. FB cut off not only me but my non-profit charity which helps college students who want to learn about journalism to get published.

5

Last week, I got a warning from FB and I emailed support through the media support panel and was told that I was "in good standing" and that this seemed to be a bug. It seems as though it was not a bug.

Like I said I am writing up an op-ed to get published by this source and also have an interview scheduled. I am also exploring options for litigation. Facebook took my livelihood, my memories, and they destroyed any hope these students have of getting published / getting internship credits this late in the semester.

6

I will drop everything if we can get this fixed. I would rather have this fixed then create a storm.

7

Do you want to comment or help?

Thanks.

Michael

8

9

Fidji Simo <fidji.simo@fb.com>
To: Michael Moates <michael.moates@thenarrativetimes.org>
Cc: Priya Monga <priyamonga@fb.com>
Fri, Oct 23, 2020 at 1:00 PM

10

Hi Michael,

I want to look into why that happened – can you give me the email address that was associated with the account that was disabled? And ideally, do you also have the Ad Account ID and the URL to the Page of your charity? Priya will follow up.

11

Thanks!

12

Michael Moates <michael.moates@thenarrativetimes.org>
To: Fidji Simo <fidji.simo@fb.com>
Cc: Priya Monga <priyamonga@fb.com>
Fri, Oct 23, 2020 at 1:04 PM

13

Sure!

It's Michael.moates@thenarrativetimes.org.

14

It's my entire account including my Instagram and all my Facebook pages.

Thank you so much!

15

Sent from my iPhone

16

> On Oct 23, 2020, at 1:01 PM, Fidji Simo <fidji.simo@fb.com> wrote:

17

Michael Moates <michael.moates@thenarrativetimes.org>
To: Fidji Simo <fidji.simo@fb.com>
Cc: Priya Monga <priyamonga@fb.com>
Fri, Oct 23, 2020 at 1:06 PM

18

Just to clarify I don't have access to my ad account anymore but I can see based on the ad library that I've spent close to 10k.

19

My profile is:

https://www.facebook.com/realmichaelmoates

20

My Instagram is:

HTTPS://www.instagram.com/michaelmoates

21

Sent from my iPhone

> On Oct 23, 2020, at 1:01 PM, Fidji Simo <fidji.simo@fb.com> wrote:

22

Hi Michael,

23

24

Priya Monga <priyamonga@fb.com>
To: Michael Moates <michael.moates@thenarrativetimes.org>  Fidji Simo <fidji.simo@fb.com>
Fri, Oct 23, 2020 at 1:19 PM

Thanks Michael. Will have some more info shortly - thanks for your patience here!

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Exhibit I**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Your Facebook Ads Receipt (Account ID: 1970006869971643)**

Facebook Ads Team <advertise-noreply@support.facebook.com>
Reply-To: noreply <noreply@facebookmail.com>
To: Michael Moates <michael.moates@thenarrativetimes.org>

Sat. Oct 10, 2020 at 2:09 PM

Receipt for DCC (Account ID: 1970006869971643)

**Summary**

**$1,404.85 USD**

You made this manual payment.

Oct 1, 2020, 12:00 AM - Oct 9, 2020, 11:59 PM

Facebook Ads

Visa*7979

KDGBAX2CK2

| Misc Freedom - .10 | 13,331 | $1,026.85 |
| Conservative Engagement - .10 | 1,064 | $98.54 |
| DJT, GOP, Moderate - .10 | 3,284 | $280.66 |
| | | $1,404.85 |
| | | $1,404.85 |

Transaction ID: 30855397/251662451543)

Thanks,
The Facebook Ads Team

Manage Your Ads      See Full Receipt

Facebook Ads Team <advertise-noreply@support.facebook.com>
Reply-To: noreply <noreply@facebookmail.com>
To: Michael Moates <michael.moates@thenarrativetimes.org>

Sat. Oct 10, 2020 at 2:09 PM

Receipt for DCC (Account ID: 1970006869971643)

**Summary**

**$73.22 USD**

You made this manual payment.

Oct 9, 2020, 7:30 AM - Oct 10, 2020, 1:00 PM

Facebook Ads

Visa*7979

G03BAX2CK2

| Misc Freedom - .10 | 609 | $55.46 |
| DJT, GOP, Moderate - .10 | 129 | $11.77 |
| Conservative Engagement - .10 | 65 | $5.99 |
| | | $73.22 |
| | | $73.22 |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

M Gmail

Michael Meates <michael.meates@thenarrativetimes.org>

**Your Facebook Ads Receipt (Account ID: 1970006859971643)**

Facebook Ads Team <advertise-noreply@support.facebook.com>
Reply-To: noreply <noreply@facebookmail.com>
To: Michael Meates <michael.meates@thenarrativetimes.org>

Sun, Oct 18, 2020 at 11:38 PM

Receipt for DCC (Account ID: 1970006859971643)

Summary

**$1,421.00 USD**

You made this manual payment.

Oct 9, 2020, 12:00 AM - Oct 18, 2020, 11:38 PM

Facebook Ads

Visa*7979

P6SL7XJCK2

| | | |
|---|---|---|
| Misc Freedom - .10 | 11,600 | $1,048.42 |
| DJT, GOP, Moderate - .10 | 2,531 | $231.96 |
| Conservative Engagement - .10 | 1,543 | $140.62 |
| | | $1,421.00 |
| | | $1,421.00 |

Transaction ID: 336314789596925+6454678

Thanks,
The Facebook Ads Team

Manage Your Ads

See Full Receipt

1 Hacker Way, Menlo Park, CA 94025

71

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Exhibit J**

facebook

**This page isn't available**

The link you followed may be broken, or the page may have been removed.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Exhibit K**

Closed Positions    Manage Dividends

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Overview** | **Dividend View** | **Fund Performance** | | | | | AS OF 12/22/2020 5:11 PM ET | | |

| Symbol | Last Price | Today's Gain/Loss | Total Gain/Loss | Current Value | % of Account | Quantity | Cost Basis | 52-Week Range |
|---|---|---|---|---|---|---|---|---|
| FB FACEBOOK INC-CLASS A | $267.09 -$5.70 | -$3.44 -0.64% | -$3.44 -0.64% | $534.18 | 53.60% | 2 | $537.62 $268.81 / Share | $137.10 ♦ $304.67 |
| Pending Activity | | | | $462.38 | | | | |
| **Account Total** | | -$3.44 -0.34% | -$3.44 -0.64% | **$996.56** | | | | |

75

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Exhibit L**



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 31, 2020

Michael Moates

Re:     Grand Jury Subpoena:

Please be advised that the accompanying grand jury subpoena has been issued in connection with an official criminal investigation of a suspected felony being conducted by a federal grand jury.   The Government hereby requests that you voluntarily refrain from disclosing the existence of the subpoena to any third party.  While you are under no obligation to comply with our request, we are requesting you not to make any disclosure in order to preserve the confidentiality of the investigation and because disclosure of the existence of this investigation might interfere with and impede the investigation.

If you intend to disclose the existence of this Grand Jury Subpoena request to a third party, please let me know before making any such disclosure.

Thank you for your cooperation in this matter.

Very truly yours,

AUDREY STRAUSS
Acting United States Attorney

By:    *Robert B. Sobelman*

Robert B. Sobelman
Assistant United States Attorney
(212) 637-2616

Grand Jury Subpoena

# United States District Court
## SOUTHERN DISTRICT OF NEW YORK

TO:    Michael Moates

GREETINGS:

WE COMMAND YOU that all and singular business and excuses being laid aside, you appear and attend before the GRAND JURY of the people of the United States for the Southern District of New York, at the United States Courthouse, 40 Foley Square, Room 220, in the Borough of Manhattan, City of New York, New York, in the Southern District of New York, at the following date, time and place:

Appearance Date:       September 17, 2020       Appearance Time:   10:00 a.m.

to testify and give evidence in regard to an alleged violation of :

18 U.S.C. §§ 1341, 1343, 1349, 1956, 1957

and not to depart the Grand Jury without leave thereof, or of the United States Attorney, and that you bring with you and produce at the above time and place the following:

**Please see attached rider.**

Failure to attend and produce any items hereby demanded will constitute contempt of court and will subject you to civil sanctions and criminal penalties, in addition to other penalties of the Law.

DATED:   New York, New York
         August 31, 2020

*Audrey Strauss /RBS*
AUDREY STRAUSS
*Acting United States Attorney for the*
*Southern District of New York*

*Robert B. Sobelman*
Robert B. Sobelman

Assistant United States Attorney
One St. Andrew's Plaza
New York, New York 10007
Telephone:    212-637-2616
Email: robert.sobelman@usdoj.gov

rev. 02.01.12

78

1
2
3

**RIDER**
(Grand Jury Subpoena to Michael Moates, dated August 31, 2020)
Ref. No. 2019R01097

**Advice of Rights**

1. You may refuse to answer any question if a truthful answer to the question would tend to incriminate you.

2. Anything that you do say may be used against you by the grand jury or in a subsequent legal proceeding.

3. If you have a lawyer, the grand jury will permit you a reasonable opportunity to step outside the grand jury room to consult with your lawyer if you so desire.

4. If you would like a lawyer but do not have funds to retain one, you may make an application to the United States Magistrate Judge who will decide whether to appoint a lawyer to represent you.

**Instructions and Definitions:**

1. This subpoena calls for the production of categories of documents, records, correspondence, and other written and electronic material, as specified below, in your possession, custody or control. This subpoena covers all responsive documents wherever they may be found, including on computers, email accounts, iCloud accounts, servers, cellphones, and other personal electronic devices, whether in the United States or any foreign jurisdiction.

2. "Documents" refers to any and all documents and records, in whatever form kept, including, but not limited to, writings, emails, text messages, messages sent through "apps" or social media accounts, drawings, graphs, charts, calendar entries, photographs, audio or visual recordings, images, and other data or data compilations, and includes materials on both paper and electronic form.

3. [redacted]

4. [redacted]

5. This subpoena does not call for the production of any documents protected by a valid claim of privilege, although any responsive document over which privilege is being asserted must be preserved. Any documents withheld on grounds of privilege must be specifically identified on a privilege log with descriptions sufficient to identify their dates, authors, recipients, and general subject matter.

1
2
3
4

**Materials to be Produced:**

1. 

** Please provide records in electronic format if possible. **

In lieu of an appearance you may comply with this subpoena by providing the requested information, along with a business records certification pursuant to Fed. R. Evid. 803(6) to Postal Inspector Troy A. Pittenger, United States Postal Inspection Service, tapittenger@uspis.gov, 212-330-2459

**IMPORTANT: REQUEST FOR NON-DISCLOSURE**
**Due to the ongoing nature of the investigation, it is requested that you do not disclose any information relating to this grand jury subpoena to any third party.**

80

1

**Exhibit M**

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

.

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28





1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Exhibit N**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Advertisers Who Uploaded a Contact List With Your Information**

AdjustPro Solutions

Adult Swim

Aetna Better Health

Appleseed's

Audi Omaha

B/R Gridiron

Bakers

Baxter Auto

Baylor St. Luke's Medical Group

Ben & Jerry's

Biiotta Kitchens

Bleacher Report

Carnation Breakfast Essentials

Cartoon Network

CenterPoint Energy

City Market

CNN

CNN Business

CNN Heroes

CNN Sport

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Exhibit O**

Edit Audience
Select the location, age, gender and interests of people you want to reach with your ad.
Gender
All
Men
Women
Age
18
65+
Locations
Locations
Type to add more locations
United States
United States + 25 mi
Detailed Targeting
Detailed Targeting
anxiety
Browse
For adv
Anxiety UK
Interests
Anxiety and Depression Association of America
Interests
High Anxiety
Interests
Specific
Broad
Cancel



1

**Exhibit P**

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5

**Michael Moates** <michael.moates@thenarrativetimes.org>
to Paven

Tue, Dec 1, 6:09 PM

Counselor,

I just wanted to give you an update. Today the court issued an order requiring the Clerk of the Court to serve Facebook. So the waiver is not required. I am also going to ask your client to stop all automatic attempts at charging me until the deposition of this case. Please let me know if you have any questions or need documentation.

Thanks!

...

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

6:39 ⬈

◀ Search

‹  **Credit Builder Transactions**

Available to Spend                    **$2.62**

**Friday, December 4th**

[ $ ]   Facebk U4 Luayjck2              **-$4.11**
        2:14 AM

89

Chime <alerts@account.chime.com>
to me

Sat, Dec 5, 2:15 AM

chime

# Your Credit Card Was Declined

Hi Michael,

Your Chime Credit Builder Visa® Credit Card was declined for $223.36 at Facebk Yzyz9 Yeck2.

Transfer funds to your Credit Builder secured account to increase your spending power.

**Move Money**

Sincerely,
The Chime Team

chime

©2020 Chime. All rights reserved.
PO Box 417, San Francisco, CA 94104

Please do not reply to this email. The account isn't monitored, and we don't want to miss hearing from you.

The **Chime** Credit Builder Secured Account is held by Stride Bank, N.A., Member FDIC. The **Chime** Credit Builder Visa® Credit Card is issued by Stride Bank, N.A., pursuant to a license from Visa U.S.A. Inc. and may be used everywhere Visa credit cards are accepted.

This email was sent to you because you have a Chime account.

90

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Your card was declined    Inbox ×

Chime <alerts@account.chime.com>                                    Wed, Dec 9, 2:15 AM
to me

chime

# Your Credit Card Was Declined

Hi Michael,

Your Chime Credit Builder Visa® Credit Card was declined for $173.19 at Facebk J3 Fztx2 Dk2.

Transfer funds to your Credit Builder secured account to increase your spending power.

**Move Money**

Sincerely,
The Chime Team

chime

©2020 **Chime** All rights reserved
PO Box 417 San Francisco, CA 94104

1

2                                              **Exhibit Q**

3    ◼️ Gmail                                                                    Michael Moates <michael.moates@thenarrativetimes.org>

4    **Account Disabled**
     5 anchisgts

5    Michael Moates <michael.moates@thenarrativetimes.org>                          Tue, Oct 20, 2020 at 10:54 AM
     To: ldolan@fb.com

6    Lisa.

     My FB account has been disabled and I have been given no reason why. I am literally in tears. I don't know what I did. Please help me. I was verified. I spent lots of money on ads and never had any issues. Someone was impersonating me last night
7    and I reported them. Then today I'm locked out.

     My Instagram has no issues. I am pretty sure this is a bug.

8    Please help me.

     Michael

9

10   Liza-Bart Dolan <ldolan@fb.com>                                               Wed, Oct 21, 2020 at 8:39 AM
     To: Michael Moates <michael.moates@thenarrativetimes.org>

     We will remove any Facebook Pages, Groups and Instagram accounts representing QAnon, even if they contain no violent content. This is an update from the initial policy in August that removed Pages, Groups and Instagram accounts associated with
11   QAnon when they discussed potential violence while imposing a series of restrictions to limit the reach of other Pages, Groups and Instagram accounts associated with the movement. Pages, Groups and Instagram accounts that represent an identified
     Militarized Social Movement are already prohibited. And we will continue to disable the profiles of admins who manage Pages and Groups removed for violating this policy, as we began doing in August.

12   You can read more about this policy here: https://about.fb.com/news/2020/08/addressing-movements-and-organizations-tied-to-violence/

13

14   Liza-Bart Dolan
     Politics & Government Outreach

15   e: ldolan@fb.com

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Exhibit R**

st in Multiple Languages    Ability to write posts in multiple languages is turned off

**Delete Page?**

If you delete your Page, you will still be able to restore it within 14 days. After that, you will be asked to confirm that you want to permanently delete it.

Are you sure you want to begin the process of deleting this page?

[Delete Page]    Cancel

rge Pages    Merge duplicate Pages

move Page    Deleting your Page means that nobody will be able to se

# EXHIBIT 3


**UNITED STATES
POSTAL SERVICE**

FILED
AT 2:05 O'CLOCK ___ M

AUG 06 2021

**DISTRICT CLERK**
Denton County, Texas

BY: _____ DEPUTY

August 5, 2021

Dear MAIL MAIL:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9214 8901 0661 5400 0165 1677 50**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Postal Facility |
| **Status Date / Time:** | August 5, 2021, 8:37 am |
| **Location:** | AUSTIN, TX 78701 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | REGISTERED AGENT  CORPORATE SERVICE COMPANY |

## Shipment Details

| | |
|---|---|
| **Weight:** | 13.0oz |

## Recipient Signature



Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

The customer reference information shown below is not validated or endorsed by the United States Postal Service.  It is solely for customer use.

Reference ID: 9214890106615400016516775O
21-6407-431
REGISTERED AGENT: CORPORATE SERVICE COMPANY
FaceBook Inc.
211 E 7th St Ste 620
Austin, TX  78701-3218

# EXHIBIT 4

**UNITED STATES**
**POSTAL SERVICE**

FILED
AT ____ O'CLOCK ____ M

AUG 06 2021

DISTRICT CLERK
Denton County, Texas

BY:_____DEPUTY

August 5, 2021

Dear MAIL MAIL:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9214 8901 0661 5400 0165 1678 11.**

## Item Details

| | |
|---|---|
| **Status:** | Delivered |
| **Status Date / Time:** | August 5, 2021, 8:59 am |
| **Location:** | DALLAS, TX 75201 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | REGISTERED AGENT  CT CORPORATE SYSTEM |

## Shipment Details

| | |
|---|---|
| **Weight:** | 13.0oz |

## Recipient Signature

Signature of Recipient:  *Chris Wells*

Address of Recipient:  *C.T. Corp*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

The customer reference information shown below is not validated or endorsed by the United States Postal Service.  It is solely for customer use.

Reference ID: 92148901066154000165167811
21-6407-431
REGISTERED AGENT: CT CORPORATE SYSTEM
AT&T
1999 Bryan St Ste 900
Dallas, TX  75201-3140

# EXHIBIT 5

FILED 8/23/2021 8:01 AM
David Trantham
Denton County District Clerk
By: Elizabeth Jones, Deputy

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**STATE OF TEXAS – DENTON COUNTY COURTS**

**431st Judicial District Court**

Mr. Michael Moates,

DC Chronicle Limited,

DC Chronicle (sole proprietorship – for

profit)

          Plaintiffs

      v.

Facebook Inc,

AT&T Inc.

Defendants

Case No.:

**21-6407-431**

**Amended Petition**

**Jury Trial Demanded**

**TO THE HONORABLE JUDGE OF SAID COURT:**

      COMES NOW, Plaintiff, Michael Moates, Pro Se, and files this Amended Petition, complaining against Facebook Inc (Referred to as Defendant), and AT&T Inc. (Referred to as 2nd Defendant) and in support thereof would respectfully show the court as follows:

**I. PARTIES**

1. Plaintiff Michael Moates is an individual who resides in Denton County, Texas.

2. Plaintiff DC Chronicle Limited is a non-profit corporation in the State of Texas.

3. Plaintiff DC Chronicle is an unincorporated sole proctorship in the State of Texas.

- 1 -

4. Defendant Facebook, Inc. is a corporation and social media. Facebook, Inc. may be served through their registered agent at Corporation Service Company 211 E. 7th Street, Suite 620, Austin, Texas 78701.

5. Defendant AT&T, Inc.  is a corporation and mobile phone and service provider. AT&T may be served at CT Corporation System 1999 Bryan St, Ste 900, Dallas, TX 75201.

## VII. DEMAND TO PRESERVE EVIDENCE

6. Plaintiff demands that all Defendants preserve all evidence that is or may be relevant to the claims and defenses of the allegations made in this complaint including all electronic data of any kind.

## VIII. REQUEST FOR DISCLOSURE

7. Plaintiff requests that defendants disclose the information and material described in Texas Rule of Civil Procedure 194.2 within the time required by the rule.

## IX. DISCOVERY

8. Discovery Level 3 of Texas Rules of Civil Procedure applies to this Petition.

## II. JURISDICTION AND VENUE

9. The damages sought in this case exceed the minimal jurisdictional limits of the Denton County Judicial Courts.

10. Venue is proper in Denton County, Texas, because a) this is the county in which all or a substantial part of the events or omissions giving rise to the claim occurred and b) it is in the county in which the plaintiff resided at the time of the accrual of the cause of action. Tex. Civ. Prac. & Rem. Code § 15.002.

11. Pursuant to Rule 47 of the Texas Rules of Civil Procedure, Plaintiff is seeking relief over $200.

1

12. The federal courts do not have jurisdiction.

2

### III. JURY DEMAND

3

1. Plaintiff demands a trial by jury.

4

### IV. FACTUAL SUMMARY

5

6

2. Since August 29th, the Plaintiff has invested $10,546 (Exhibit A) on advertising with

7

Facebook Inc. to build a following through likes, followers, and engagement on multiple of his

8

pages that allow him to earn income via engagement of posts. Reach is determined by number of

9

followers and likes. When someone spends money to build an audience they invest, and that

10

money is returned through different types of engagements. In this case, the Plaintiff used the

11

Facebook ad system for their Engagement ads.

12

13

2. According to their website, the description of these types of ads is "Get more people to

14

follow your Page or engage with your posts through comments, shares and likes. You can also

15

choose to optimize for more event responses or offer claims. It's important to note that the

16

Plaintiff alleges that the word your implies that he retains ownership of the page that he is

17

investing in. Dictonary.com defines "your" as one's (used to indicate that one belonging to

18

oneself or to any person3) The Plaintiff asserts that he retains ownership of these pages and

19

Facebook is simply a host for these pages. All data, followers, engagement, etc. belongs to the

20

Plaintiff. It's important to note that Facebook is not a free service. You pay for their service in

21

multiple ways. 1) You pay when they use your data for ads. 2) You pay for the right to have

22

an audience when you run ads that build your page following and subscribers. But they often use

23

24

data they were not entitled to.

25

4. On October 7th, 2020, the Plaintiff received an email message and notification on the

26

Facebook website stating that he was not following community standards (See Exhibit B). The

27

28

Plaintiff, unsure of what he did wrong immediately reached out to Facebook Support. Facebook Support responded that his page was in good standing, (See Exhibit C) acknowledged that this may have cause confusion for the Plaintiff and instructed him have this reported as a bug. Plaintiff asks the court to note that he does not have access to the email he sent to Facebook support as it was sent using their internal systems and Facebook Inc. has blocked the Plaintiff from access to retrieve anything from his account. The Plaintiff will request this as a part of discovery as it goes to his defense. The Plaintiff also wants the court to recognize that he did file it as a bug as they instructed him, but they never fixed the problem. This was one of the many inaccurate statements made by Facebook during this process.

5. On October 20, 2020, the Defendant disabled access to the Plaintiffs Facebook (See Exhibit D) (which included access to Messages, Profile Data, Groups, Pages and More) and Facebook Business Manager Account (which included Creator Studio, Pages, and Ads). This was done without any notification or explanation and the Plaintiff was made aware when he attempted to access his account, he saw a message that read for more information, or if you think your account was disabled by mistake, please visit the Help Center, on Facebook (See Exhibit D).

6. Shortly thereafter, the Plaintiffs Instagram was disabled (which included all photos, videos, messages, and stories), and a message appeared, Thanks for Providing Your Info. We'll review your info and if we can confirm it, you'll be able to request a review in the Help Center within approximately 24 hours, on Instagram (See Exhibit E).

7. Subsequently, the Plaintiff was unable to access his Oculus, Crowd Tangle, and Messenger accounts due to Facebook disabling Facebook login. Facebook login is a feature that allows you to use your Facebook account to login into 3rd party apps and websites.

8. After all of this took place on October 20th, 2020, the Plaintiff reached out to Carolyn Everson (Vice President, Facebook) who said she So sorry this happened" and hoping for some resolution. She included two of her staff members Meghan Orbe and Conrad Gibson on her email. Conrad responded very quickly asking for some details and said, I ll be in touch once I have an update from the account team." Conrad responded two days later stating "Apologies for the delay as I worked with our team on your request. I heard back this morning and it seems that your accounts were disabled permanently and, due to policy guidelines, they are unable to share why the accounts were deactivated. I am so sorry this happened to you. I asked for more information, but they were unable to share with me. I wish I could give you a better explanation, but unfortunately, we have these rules in place to protect a user's privacy. I know that you had a lot of photos saved to your accounts that you wanted to access. They provided me with the following information on how to request data from a closed account. The links Conrad provide were broken and did not work. (See Exhibits E) The Plaintiff subsequently reached out and was given a new link. Upon filling out the request in the new link for his data Facebook said, The Facebook account associated with the email address you provided to us has been disabled for violation of our Terms of Service. (See Exhibit G) They did not provide the data they admit belongs to him. There are a couple of important notes here. They claim the Plaintiff violated their Terms of Service but previously in writing stated that it was a bug and Facebook accepted responsibility for a mistake by acknowledging the confusion they caused and when Vice President Carolyn Everson said she was so sorry this happened. The apology above is clearly an admission of guilt. Especially when she says she is working on a resolution. That in itself shows Facebook made a mistake and is working to rectify it but never does.

9. After getting no resolution from Carolyn Everson and her team, on October 23, 2020,

the Plaintiff reached out to Fidji Simo (Head of Facebook, Facebook Inc.). He explained the situation again and she said, I want to look into why that happened" and again her colleague would follow up Priya will follow up. Priya emailed that same day saying, Will have some more info shortly - thanks for your patience here! To date, she has never followed up with the Plaintiff. (See Exhibit H) This was again another misleading statement by Facebook where they made a commitment in writing to the Plaintiff but did not follow through.

10. The Plaintiff reached out to Facebook to see why his account was disabled. Many individuals said that they could not tell him why due to privacy reasons. However, one individual, Lisa-Bart Dolan (Politics and Government Outreach Associate Manager) finally said why the Plaintiff was blocked. She said we will remove any Facebook Pages, Groups and Instagram accounts representing QAnon, even if they contain no violent content. This is an update from the initial policy in August that removed Pages, Groups and Instagram accounts associated with QAnon when they discussed potential violence while imposing a series of restrictions to limit the reach of other Pages, Groups and Instagram accounts associated with the movement. Pages, Groups and Instagram accounts that represent an identified Militarized Social Movement is already prohibited. And we will continue to disable the profiles of admins who manage Pages and Groups removed for violating this policy, as we began doing in August. You can read more about this policy here: https://about.fb.com/news/2020/08/addressin -movementsand-or anizations-tied-to-violence/ See Exhibit Q. This was not a policy the plaintiff was notified of or consented to. The Plaintiff had a page titled QAnon that had no QAnon content on it and was inactive. This seems to be an update to their Community Standards which is part of their Terms of Service. The Plaintiff takes issue with multiple parts of this starting with the fact that they have a duty to notify anyone when they change contractual agreements, which

they did not. See Douglas v Talk America, Harris v Blockbuster, Inc, and Rodman v Safeway. The second issue here is in the initial statement by Facebook they stated Pages, Groups and Instagram accounts associated with these movements and organizations will be removed when they discuss potential violence. Two issues with this statement, first they disabled his accounts across all platforms even though it doesn't say the entire Facebook account or any other accounts except for Instagram accounts that include this kind of content which is the not. Second, the page that he ran was in active and had not a single piece of violent content on it. This statement was released by Facebook on 19 August 2020.

11. "Pages and Groups for QAnon containing discussions of potential violence and over 6,500 Pages and Groups tied to more than 300 Militarized Social Movements. But we believe these efforts need to be strengthened when addressing QAnon. Starting today, we will remove any Facebook Pages, Groups and Instagram accounts representing QAnon, even if they contain no violent content." This is an update from the initial policy in August that "removed Pages, Groups and Instagram accounts associated with QAnon when they discussed potential violence while imposing a series of restrictions to limit the reach of other Pages, Groups and Instagram accounts associated with the movement. Pages, Groups and Instagram accounts that represent an identified Militarized Social Movement are already prohibited. And we will continue to disable the profiles of admins who manage Pages and Groups removed for violating this policy, as we began doing in August. Again, it is important to note that they said they were removing Pages, Groups and Instagram accounts associated with the movement in August but never said anything about we will continue to disable the profiles of admins who manage Pages and Groups removed for violating this policy, as we began doing in August." They also admit they were removing pages even if "contain no violent content" this was a violation of the terms of service the Plaintiff

signed with Facebook in 2014. According to the Facebook Community Standards in 2013 (the only contract the Plaintiff signed), there were only 11 items that violated the community standards. These were violence and threats, self-harm, bullying and harassment, hate speech, graphic content, nudity, identity and privacy, intellectual property, regulated goods, phishing and spam, and security[1]. Simply having a page titled Qanon, that "contain no violent content" is not a violation of these standards.

12. The Plaintiff also asks the court to note that in mid-October he attempted to delete the Qanon page to follow Facebook policy. He did this in good faith after becoming aware of the Policy through the news. Facebook to date never notified him. Facebook has a safeguard in place that requires you to wait 14 days before you can delete a Facebook page. See Exhibit R. Realistically, Facebook has this policy so they can profit off your data for 14 extra days.  So, the Plaintiff ultimately had his account disabled even though he was attempting to comply with their policies. It's important to know he was not required as he was not notified, nor did he consent. This is Facebook unilaterally changing a contractual agreement without notifying the parties of the agreement. They then seek to hold the parties accountable to their new requirements even though they never previously notified, nor did they give time for the Plaintiff to follow new said terms. It's also important to note that the policy seems to only apply to individuals Facebook seeks to target. Keep in mind that none of the content on this page was related to QAnon. In fact, the majority of news outlets that covered the story had more information about this conspiracy theory than the page that caused the Plaintiffs account to be disabled.

13. Less than a month and a half after initial Facebook ads were bought to invest in a business page following and audience Facebook disabled the account after making over $10,000

---

[1] https://web.archive.org/web/20140731125531/https://www.facebook.com/communitystandards/

from the Plaintiff. Again, it is important to note that Facebook engaged in a business transaction in which they sold advertising to build a following on multiple pages owned by the Plaintiff. Then they took the Plaintiffs access to pages owned by him. They have not refunded the Plaintiff, in fact they continued to charge him after stealing pages belonging to him.

14. The week before Facebook disabled the account, they charged the Plaintiff $5,137 for an audience they took away less than 6 days later. Again, pages belonging to the Plaintiff. (See Exhibit I) As stated in this complaint, Facebook acknowledge the pages belong to the Plaintiff.

15. The Defendant have a history of disabling accounts without any explanation. (See citations below) It is the belief of many that Facebook changed its policies days before the election and that is why many of the accounts were disabled. Facebook has not admitted this. however, it is important to note that the Plaintiff did not agree to any such rules or changes to any contractual agreements.

16. The Defendant has not shown that the Plaintiff violated any rules on each platform that he was banned from. In fact, they have stated multiple times that they really can't say why his account was disabled. They claim that he is a threat to their platform but have not provided any evidence to support this. Their actions are in bad faith. For example, the citizen journalism organization Project Veritas was able to uncover that that content moderators remove people without cause based on political view in bad faith. In one video a content moderator can be seen saying "If someone is wearing a MAGA hat, I am going to delete them for terrorism.[2]" This is clearly bad faith. It is also important to note that the Plaintiff alleges Mark Zuckerberg committed perjury before the United States Congress when he said, "none of the changes we

---

[2] https://www.projectveritas.com/news/facebook-content-moderator-ifsomeone-is-wearing-a-maga-hat-i-am-going-to/

make are target in any kind of biased way." Yet here you have someone blocking for wearing a hat.

17. Another example of this, would be when the Plaintiff would get messages such as telling him to kill himself and he would report it to Facebook, and they would not act on these reports. They would say it is not against their community standards. This shows bad faith. Especially since these kinds of messages are against the law. Had the Plaintiff acted on these statements the individuals who sent them could be prosecuted. See Commonwealth v Michelle Carter. She argued that she had the right to free speech and the Supreme Court left in place the Massachusetts Supreme Court ruling that she did not.

26. The final example of acting in bad faith is when Mark Zuckerberg said this to his friend in regard to user data[3]:

> Zuckerberg: Yeah so if you ever need info about anyone at Harvard
>
> Zuckerberg: Just ask.
>
> Zuckerberg: I have over 4,000 emails, pictures, addresses, SNS
>
> [Redacted Friend's Name]: What? How'd you manage that one?
>
> Zuckerberg: People just submitted it.
>
> Zuckerberg: I don't know why.
>
> Zuckerberg: They "trust me"
>
> Zuckerberg: Dumb fucks.

Clearly, Mark Zuckerberg thinks the people who use the Facebook products are suckers, and he shows that he has no intentions of engaging in good faith or protecting the user data.

    A. For example, Facebook collected the content of Plaintiffs' messages without

---

[3] https://www.esquire.conn/uk/latest-news/al9490586/mark-zuckerbergcalled-people-who-handed-over-their-data-dumb-f/

his consent. The Plaintiff only found this out after looking at their current Terms of Service

which he is not bound by as he never consented nor received notification of. See Douglas v Talk,

Rodman v Safeway Inc., and Harris v Blockbuster.

America. It is important to note that much of the information sent on Facebook is information

that would be protected by HIPPA, FERPA, and many other privacy acts.

B. Here is a list of items Facebook tracked without the Plaintiffs consent (Please

note this list only includes items that the Plaintiff is aware of:

i. Information about his personal devices including (Hardware, Software

Versions, Battery Level, Signal Strength, Storage, App, File names, etc.

ii. Device ID's and Identifiers

iii. Bluetooth, Wi-Fi, and other information

iv. Transactions (Both on Facebook products and off) (They track the

third-party transactions of the Plaintiff)

v. Plaintiffs communications with 3rd parties

vi. Information from third parties (Important to note that Facebook may

get information from advertisers, app developers, and publishers even when someone has not

consented to that information being released to Facebook)

C. Facebook exposed millions of people s data including the Plaintiffs

information when it allowed for the release of information without consent to Cambridge

Analytica. This information included public profile access, page likes, date of birth, current city,

newsfeed, timeline, and messages. It was a harvesting scheme to create a profile on subjects from

which the data was stolen. It also put people in danger by giving someone their locations. Not

only did Facebook not protect users from this scheme when it had a failure to warn but it was

negligent by attempting to cover up the scheme. (Important to note that the 9th Circuit Court of Appeals held in Jane Doe No. 14 v Internet Brands, Inc that immunity for claims of negligence does not apply.) They also attempted to mislead the public and journalists about how bad the scheme was.

D. The Defendant allows individuals to track you using personally identifiable information and then use that information to display ads in front of you. See Exhibit N. They do not give you the ability to turn this off nor do they give you the ability to remove this information that was uploaded to their systems without your consent.

18. It's also important to note that when the plaintiff originally bought his Oculus Go device, he did so with the premise that you did not need to have a Facebook account and while he used his Facebook account to login at the time there was a way to set up an account completely separate from Facebook. They took this ability away thereby insuring that the Plaintiff could not use the device he paid for.

19. The Plaintiff has approached the Defendant to attempt to resolve these situations. The Defendant chose to mislead the plaintiff by saying they would respond with more information and work to seek a resolution and then began ignoring and blowing off the Plaintiff. Evidence will be introduced in court do support this claim.

A. In accordance with the Statement of Rights and Responsibilities, the Plaintiff attempted to contact Facebook to resolve this dispute directly. The terms regarding the Plaintiffs contract with the Defendant states If you have questions or complaints regarding our Data Use Policy or practices, please contact us by mail at 1601 Willow Road, Menlo Park, CA 94025 if you reside in the U.S. or Canada, or at Facebook Ireland Ltd., Hanover Reach, 5-7 Hanover Quay, Dublin 2 Ireland if you live outside the U.S. or Canada. Anyone may also contact us

through this help page28. He also attempted to contact them via the form in the agreement which is broken. See Exhibit J.

20. At this time, the Plaintiff seeks to advise the court of a grand jury subpoena issued by the Southern District of New York in response to a criminal investigation where the Plaintiff is a witness. (See Exhibit L, please note the Plaintiff has blurred out identifying information of the investigated parties but is happy to submit to the court and the Defendant under seal to protect the government s investigation) The dada of that Facebook holds is required in order for the Plaintiff to continue cooperating with the government. In addition, the information is vital to any potential defense on the part of the Plaintiff. Facebook says on their website regarding data Parties to litigation may satisfy party and non-party discovery requirements relating to their Facebook accounts by producing and authenticating the content of communications from their accounts and by using Facebook s "Download Your Information" tool, which is accessible through the Settings drop down menu. If a person cannot access their content, Facebook may, to the extent possible, attempt to restore access to deactivated accounts to allow the person to collect and produce their content. However, Facebook cannot restore account content that had been deleted. Facebook preserves account content only in response to a valid government request. Facebook has the ability to give the Plaintiff the data that they already admit belong to the Plaintiff but are refusing to do so. This tool is called Download Your Information.30" Your Information being the keyword.

21. Facebook is in breach of contract and violation of due process. According to rules set by Facebook, due process is required People using Facebook s services and Facebook itself may bring forward content for board review. The board will review and decide on content in accordance with Facebook's content policies and values. A couple of issues with this whole

process. Facebook disabled the account of the Plaintiff without allowing him to appeal in violation of their own public statements to Congress. Facebook admits that the Plaintiff has the right to appeal their decision in multiple forms.

22. This includes disputing the ruling with Facebook (which the Plaintiff did via email since he did not have access to the support panel anymore), and appealing to the Oversight Board (which the Plaintiff was not allowed to do although the policy was already in place when they disabled his account). The bylaws state the board will review cases where people disagree with the outcome of Facebook s decisions and have exhausted the appeals process with Facebook. They further state that all content is eligible for review except

23. The following types of content are not available for the board s review, unless reassessed in the future by Facebook:

> • Content types: content posted through marketplace, fundraisers, Facebook dating, messages, and spam.

> • Decision types: decisions made on reports involving intellectual property or pursuant to legal obligations.

> • Services: content on WhatsApp, Messenger, Instagram Direct, and Oculus.

> • Where the underlying content has already been blocked, following the receipt of a valid report of illegality, and not removed for a Community Standards violation;

> • Where the underlying content is criminally unlawful in a jurisdiction with a connection to the content (such as the jurisdiction of the posting party and/or the reporting party) and where a board decision to allow the content on the platform could lead to criminal liability for Facebook, Facebook employees, the administration, or the board's members; or

• Where the underlying content is unlawful in a jurisdiction with a connection

to the content (such as the jurisdiction of the posting party and/or the reporting

party) and where a board decision to allow the content on the platform could lead

to adverse governmental action against Facebook, Facebook employees, the

administration, or the board's members.

24. Facebook admits that when you create a Facebook group it belongs to you. Again,

this goes back to their statements that it is your group. The allow these groups to be active

even after disabling the Plaintiffs account. See Exhibit M. They take away the ability for the

Plaintiff to control his own groups. They allow others to continue using his groups.

25. Facebook pays third party fact checkers" to check viral misinformation. However,

this is actually not what they do. To start, Facebook hires biased fact checkers to check what is

sometimes conflicting information. For example, by looking up some of the sources you will see

that they favor one side or the other. The Daily Caller s Check Your Fact and the Dispatch favor

conservatives while Science Feedback and USA Today favor liberals.

26. If s important to note that Facebook is liable under the Lachman Act when it competes

against newspapers on its platform. They use an algorithm to determine what stories are

performing well and then they try to prove them wrong and promote their own self stories. It

is important to note that Facebook pays for the fact checking service3435. Not only do they pay

these companies to fact check but they then use techniques designed to shrink the reach of

publishers by making their algorithm not show posts that they disagree with. The Plaintiff has

seen the fact checkers admit were wrong, and it caused the reach of his posts to be cut. This

information will come out in discovery. Nieman Lab reported company's fact checking partners

received between USD$850-$1790 per fact check in July 201937. Facebook is actively competing against publishers by employing these individuals to censor posts using their algorithm. They are actively conspiring and competing with publishers.

27. TX HB 4390 states (b) A person who conducts business in this state and owns or licenses computerized data that includes sensitive personal information shall disclose any breach of system security, after discovering or receiving notification of the breach, to any individual whose sensitive personal information was, or is reasonably believed to have been, acquired by an unauthorized person. The disclosure shall be made without unreasonable delay and in each case not later than the 60th day after the date on which the person determines that the breach, except as provided by Subsection (d) or as necessary to determine the scope of the breach and restore the reasonable integrity of the data system. Facebook failed to protect the privacy of its users when it allowed millions of account data to be stolen. They violated state law by not informing the Plaintiff or those similarly situated within 90 days.

28. TEXAS BUSINESS AND COMMERCE CODE TITLE 2, CHAPTER 17 DECEPTIVE TRADE PRACTICES says, except as provided in Subsection (d) of this section, the term "False, misleading, or deceptive acts or practices" includes, but is not limited to, the following acts: (9) advertising goods or services with intent not to sell them as advertised and (7) representing those goods or services are of a particular standard, quality, or grade, or that goods are of a particular style or model, if they are of another." Facebook acted illegally when they sold the oculus device and then rendering it useless based on the disabling of the users account and access to the device.

29. Facebook represented that Moates was banned under their Qanon policy[4]. Admitting they considered Moates to be a member of the Qanon movement. On a press release on 19 January 2021, they called members banned under this policy "Dangerous Individuals," "militarized social movements," and "violence-inducing conspiracy networks, such as Qanon." These statements are libelous. Furthermore, the boast "we also removed about 3,000 Pages, 9,800 groups, 420 events, 16,200 Facebook profiles, and 25,000 Instagram accounts for violating our policy against QAnon.[5]"

30. Plaintiff DC Chronicle was harmed because of the actions taken on Moates' account. The pages they used for their business model and to share news were disabled. The groups they used for their business model were disabled. Their access to Instagram and Crowdtangle were disabled.

31. Plaintiff DC Chronicle was harmed because of the actions taken on Moates' account. The analytical data on their news postings was stolen by Facebook when they disabled the account.

32. Plaintiff DC Chronicle was harmed because of the actions taken on Moates' account. All communications used by DC Chronicle were stolen by Facebook when they disabled the account.

**V. CAUSES OF ACTION AND ADDITIONAL FACTS**

<u>**CAUSES OF ACTION AGINST PLAINTIFF FACEBOOK**</u>

**A. DEFMATION OF CHARACTER – LIBEL (Texas CPR, Title 4, Chapter 73)**

1. All previous allegations are incorporate herein by reference.

2. Mr. Moates is a private individual who does not hold public office nor is a public figure for any purpose.

---

[4] https://storage.courtlistener.com/recap/gov.uscourts.txed.202288/gov.uscourts.txed.202288.28.0.pdf
[5] https://about.fb.com/news/2020/08/addressing-movements-and-organizations-tied-to-violence/

3. The foregoing statements made and published by the Defendant were statements made of fact that were false, misleading, or lacked context.

4. The statements made by Defendant directly and indirectly referred to the Plaintiff.

5. The statements made by the Defendant were libelous per se because they have injured Mr. Moates reputation and exposed him to public hatred, contempt, ridicule, and financial injury.

6. The statements made by the Defendant were libelous per se because they injured Mr. Moates in his home, profession, and various occupations.

7. In the alternative, the foregoing statements made and published by the Defendant were libelous through innuendo and implication. The Defendant engaged in the omission of facts and context to frame their narrative. Since the Plaintiff was a former contributor, they had his email on file.

8. Defendant are strictly liable for damages caused by the libel.

9. Alternatively, Defendant knew the foregoing defamatory statements were false or reckless with regard to the accuracy of the statements.

10. Alternatively, Defendant knew or should have known the defamatory statements were false. In addition, they did not do their due diligence.

11. Mr. Moates is entitled to recover nominal damages, general damages, special damages, and exemplary damages.

**B. Breach of Contract – Material Misrepresentation of Fact, Material Breach (Texas Statutory and Common Law) Count One**

1. A legally binding contract was formed between Moates and the Defendant.

2. The offer was accepted by Moates.

3. This contract did not apply to DC Chronicle and to date DC Chronicle has not signed an agreement with the Defendant.

4. The contract is Statement of Rights and Responsibilities from 2014. Moates has not been notified or agreed to any new agreements. According to precedent set by the Supreme Court of the United States, no new terms can apply because Moates has not been notified nor accepted any subsequent agreements. See Douglas v Talk America Inc., Harris v Blockbuster, Inc, and Rodman v Safeway.

5. The Plaintiffs paid for services including but not limited to use of user data for advertising and to build a following by the Defendant, and monetary exchange.

6. Defendant breached their contract by not providing the platforms and disabling the user accounts without cause. By charging the Plaintiff for services not rendered. By enforcing a contract, the Plaintiff did not agree too.

7. The Plaintiffs were damaged monetarily, emotionally, and suffered a loss of important data, reach, and communications.

**C. Breach of Contract – Count Two**

1. The Defendant breached multiple contracts when they disabled all subsequent accounts including Instagram, Oculus, Crowdtangle, and Whatsapp.

2. The Defendant disabled multiple accounts in violation of the Statement of Rights and Responsibilities. The Statement of Rights and Responsibilities does not have any prevision for the deactivation of Instagram, Oculus, Whatsapp, and Crowdtangle accounts. Furthermore, they deactivated the Facebook account without cause. The contract states "If you violate the letter or spirit of this Statement, or otherwise create risk or possible legal exposure for us, we can stop providing all or part of Facebook to you." The Defendant did no such thing. Simply having a

non-violent page titled Qanon is not legal exposure because any claims brought by the government for simply titling a page Qanon would be protected by the First Amendment.

**D. Breach of Contract – Count Three**

1. The Defendant breached a contract by making the false representation that "you own all the content and information you post on Facebook." If that is the case why is Facebook holding the Plaintiffs data hostage and not releasing what they admit belongs to the Plaintiffs[6].

**E. Breach of Contract – Count Four**

1. The Defendants breached a contract by promising to "provide you with seven days' notice and an opportunity to comment on changes to this statement." That did not happen.

**F. Breach of Contract – Count Five**

1. Facebook agreed to "You may also delete your account or disable your application at any time." Again, this is not true. They do not give you the ability to delete your account if they disable it.

**G. Texas Deceptive Trade Practices Act – Count One**

1. The Plaintiffs were a consumer of the Defendant.

2. The Defendant advertised goods or services with intent not to sell them as advertised. This included selling ads for the pages, selling the Oculus and then rendering it useless, and promising services not provided. This also includes accepting payment of the Plaintiffs data but then not providing the payment of service to them. The Defendant made and continue to make false claims while trying to sell their products including but not limited to stating that they are "your pages," "your groups," and "you can download your data at any time." The Defendant charged the Plaintiff thousands of dollars in the weeks leading up to his disabled account and they

---

[6] https://storage.courtlistener.com/recap/gov.uscourts.txed.202288/gov.uscourts.txed.202288.28.2.pdf

represented he would build a following this way. This was a lie intended to mislead him into their scam of taking money.

3. The Defendant promoted a pyramid promotional scheme, as defined by Section 17.461. The statute says, "A person commits an offense if the person contrives, prepares, establishes, operates, **advertises**, sells, or **promotes a pyramid promotional scheme**." Facebook approved advertising and continues[7] to advertise and promote Advocare. The FTC determined that Advocare was a pyramid scheme and Advocare admitted and settled[8].

4. The Defendant knew at the time that the Plaintiff was advertising that they planned to suspend his account, but they did not notify him. Instead, they continued to bill him for a following they knew they were going to take away. The failure to disclose information concerning goods or services known at the time of the transaction and was used to induce the consumer into a transaction who otherwise would not have entered had the information been disclosed. It is clear the Plaintiffs would not have paid for a following they did not expect to keep. This was done with malice.

5. The Defendants mislead individuals by willingly changing the goals of advertisers without telling them or notifying them. They admit to "we may broaden the targeting criteria you specify.[9]"

**H. Texas Deceptive Trade Practices Act – Count Two BUSINESS AND COMMERCE CODE TITLE 2 CHAPTER 17.46 AND 17.50,**

---

[7] https://www.facebook.com/ads/library/?active_status=all&ad_type=all&country=US&view_all_page_id=258046150625&sort_data[direction]=desc&sort_data[mode]=relevancy_monthly_grouped&search_type=page&media_type=all

[8] https://www.ftc.gov/news-events/press-releases/2019/10/multi-level-marketer-advocare-will-pay-150-million-settle-ftc

[9] https://storage.courtlistener.com/recap/gov.uscourts.txed.202288/gov.uscourts.txed.202288.28.2.pdf

1. Defendant Facebook makes a statement in their Statement of Rights and Responsibility that says, "you own all of the content and information you post on Facebook."

2. Defendant Facebook has taken this data they claim Plaintiff Moates owns.

3. They are in violation of the law that states "disparaging the goods, services, or business of another by false or misleading representation of facts. They claim he owns content that is on their servers, yet they restrict his access to that content.

4. Furthermore, in an email from the Office of the Vice President for Global Business, they stated that he could "request data" that he owns. The also said "they'd be happy to assist."

5. Both statements were intentionally false, both statements were made to get Plaintiff Moates to act, by signing the Statement of Rights and Responsibilities or to fill out said non-existent form." Both caused significant emotional distress and interfered with business operations.

**I. Texas Deceptive Trade Practices Act – Count Three (Oculus Go) BUSINESS AND COMMERCE CODE TITLE 2 CHAPTER 17.46 AND 17.50**

1. Prior to the sale of the Oculus Go to Moates, Facebook/Oculus never stated that a Facebook account was needed. Nor could Mr. Moates have expected to need a Facebook account. In fact, they advertised using an Oculus account to access the device.

2. Facebook decided after that they were going to require that you use a Facebook account[10].

3. At no time was the Facebook account requirement an issue when the Oculus Go device was purchased.

4. The law states "DECEPTIVE TRADE PRACTICES UNLAWFUL.  (a)  False, misleading, or deceptive acts or practices in the conduct of any trade or commerce are hereby declared

---

[10] https://www.oculus.com/blog/a-single-way-to-log-into-oculus-and-unlock-social-features/

unlawful" and "disparaging the goods, services, or business of another by false or misleading representation of facts" is one of the unlawful acts.

5. By requiring the Facebook account after the sale and saying, "If you choose not to merge your accounts at that time, you can continue using your device, but full functionality will require a Facebook account," Facebook is disparaging the product. By saying you only needed and Oculus account to use the device at the time of sale and then changing it after the fact, Facebook made "false and misleading representation of facts."

6. Furthermore, by requiring the use of Facebook (the platform,) they are coercing you into a new contract to use a device you already purchased. They state that in order to have full functionality of your device, you must use Facebook and also say "when you log into Oculus using your Facebook account, Facebook will use information related to your use of VR and other Facebook products." Therefor I argue that this is you must agree to our contract or we are going to make your device limited.

**J. Texas Deceptive Trade Practices Act – Count Three (Oculus Quest) BUSINESS AND COMMERCE CODE TITLE 2 CHAPTER 17.46 AND 17.50**

1. Prior to the sale of the Oculus Quest 2 to Moates, Facebook nor any 3rd Party, relayed to Moates that he would need a Facebook account to use his Oculus Quest 2.

2. When Moates began to use his device, he realized that under the Terms, Facebook/Oculus stated that a Facebook account was needed.

3. So essentially, the device was sold and then Facebook required you to enter a contract that requires you to use Facebook to have a functional device. By selling, then forcing a contract to use the device, Facebook engaged in coercion of contract. They also violated the law which states they cannot "disparage [ing] the goods, services."

- 23 -

4. At the time of the sale, Mr. Moates had an active Facebook account and there was no reason to suspect Facebook was going to disable it.

**K. Texas Deceptive Trade Practices Act – Count Four Breach of Expressed Warranty (Oculus Quest and Go) BUSINESS AND COMMERCE CODE TITLE 2 CHAPTER 17.46, 17.50, 2.313, AND 2.314 – 2.315, AND TEXAS OCCUPATIONS CODE CH 1304**

1. Facebook offers a "Limited Consumer Warranty[11]" with the sale of the Oculus devices. It states, "This Warranty gives you specific legal rights, and you may also have other rights, which vary from state to state and country to country."

2. It also waives any forum selection clause stating, "This Warranty is in addition to, and does not affect any rights you have under the laws in your jurisdiction concerning the sale of consumer goods."

3. It says, "under normal and intended use, function substantially in accordance with our technical specifications or accompanying product documentation (the "Warranted Functionality") during the Warranty Period." And "If and to the extent the Product needs Facebook Technologies software or services to achieve the Warranted Functionality, we will make and keep software and services available during the Warranty Period. We may update, modify or limit such software and services in our sole discretion so long as we continue to maintain (or exceed) the Warranted Functionality."

4. Facebook has failed to do just that. They in fact took steps to make both devices inaccessible. They disabled the account, they misrepresented the functionality, they have not complied with the warranty after being given notice.

---

[11] https://scontent-dfw5-2.xx.fbcdn.net/v/t39.2365-6/49630950_615501395581577_8065528336517955584_n.pdf?_nc_cat=107&ccb=1-5&_nc_sid=ad8a9d&_nc_ohc=sRgKAe5htMQAX-3LJkh&_nc_ht=scontent-dfw5-2.xx&oh=b58e54abeb48f1e49f79ac54754d6415&oe=6125CCB0

5. Furthermore, the Oculus terms of service state that you must follow the Facebook Terms of Service… but it does not state which version of the terms. As Moates understands it, the Terms for Facebook when Moates signed up for Facebook apply because Moates has never received notice of a change of terms. See Douglas v Talk America, Harris v Blockbuster, and Rodman v Safeway. Furthermore, the link in the Oculus terms that states this is "facebook.com/terms/" the exact same URL as when Moates agreed to the Terms in 2014. See Pricer Declaration which states these are the "Terms" for your relationship with Facebook.

**L. Texas Deceptive Trade Practices Act – Count Four Negligence (Oculus Quest)**

1. When Facebook sold the device to Moates, they had a duty to make sure that the device and all components worked properly. Facebook had a duty to protect its users from unnecessary harm. The lack of Facebook to protect Moates cause Mr. Moates to have significant skin irritation, breakouts, and red skin around the base of the cover.

2. Facebook should have foreseen the issue because the device is used by directly touching the skin and using the eyes.

3. Furthermore, Mr. Moates attempted to resolve the issue, but he did not have access to the "Go to my device" section because Facebook disabled his account[12].

**M. Texas Deceptive Trade Practices Act – Count Five Breach of Express Warranty (Oculus Quest) BUSINESS AND COMMERCE CODE TITLE 2 CHAPTER 17.46, 17.50, 2.313, AND 2.314 – 2.315, AND TEXAS OCCUPATIONS CODE CH 1304**

1. When Facebook sold the device to Moates, they had a duty to make sure that the device and all components worked properly. Facebook had a duty to protect its users from unnecessary

---

[12] https://www.oculus.com/quest-2/removable-facial-interface-alert/

harm. The lack of Facebook to protect Moates cause Mr. Moates to have significant skin irritation, breakouts, and dark red skin around the base of the cover.

2. Furthermore, Mr. Moates attempted to resolve the issue, but he did not have access to the "Go to my device" section because Facebook disabled his account[13]. Facebook by disabling his account removed Moates' ability to file a warranty claim.

3. The warranty states "This Warranty covers defects and malfunctions in the new Facebook Technologies product(s) it accompanies (the "Product")."

**N. Product Liability – Design Defect (Oculus Quest) CPRC TITLE 4 CHAPTER 82**

1. The Quest 2 was defectively designed and unreasonably dangerous. According to the Consumer Product Safety Commission, "the foam interface," "attached to the Oculus Quest 2 headset," can cause facial problems including "including rashes, swelling, burning, itching, hives, and bumps."

2. The device again caused significant skin irritation, breakouts, and red skin around the base of the cover.

3. Many safer alternatives existed including the replacement product Silicon Facebook now sends to those who don't have their Facebook account disabled.

**O. Product Liability – Manufacturing Defect (Oculus Quest) CPRC TITLE 4 CHAPTER 82**

1. The Quest 2 was defectively designed.

2. The device again caused significant skin irritation, breakouts, and red skin around the base of the cover.

**Product Liability (Quest) Breach of Implied Warranty of Merchantability**

---

[13] https://www.oculus.com/quest-2/removable-facial-interface-alert/

1. Facebook sold the Product to Moates.

2. It was unfit for ordinary purposes.

3. The Plaintiff blocked access to file a claim by disabling his access to the Go To My Device section of Oculus Facebook. When the Plaintiff reached out to the company via chat they continued to refer him back to the Go to My Device portal.

4. The product defect caused Mr. Moates to have significant skin irritation, breakouts, and dark red skin around the base of the cover.

**P. Product Liability (Quest) Fraud By Non-Disclosure**

1. Facebook attempted to hide how dangerous the recall was. They claimed, "very small percentage of users who have experienced skin irritation.[14]" When what they should have said is approximately 4 million devices have significant health risk that can cause "facial skin irritation and reactions including rashes, swelling, burning, itching, hives, and bumps.[15]"

2. These facts were material and not disclosed. Facebook had a duty to keep consumers safe and instead of making accurate statements they downplayed the seriousness of health risk so they could profit and have to spend less on replacements.

3. Facebook knew that the plaintiff was ignorant of the facts, and the plaintiff did not have an equal opportunity to discover the facts. He did not have access to the information because Facebook keeps the information private.

4. Facebook intended to downplay it and cause others to refrain from acting by failing to disclose the facts and by misrepresenting the facts. What they call "skin irritation" is actually "burning, hives," etc

---

[14] https://www.oculus.com/quest-2/removable-facial-interface-alert/
[15] https://www.cpsc.gov/Recalls/2021/Facebook-Technologies-Recalls-Removable-Foam-Facial-Interfaces-for-Oculus-Quest-2-Virtual-Reality-Headsets-Due-to-Skin-Irritation-Hazard-Recall-Alert

1

2

**R. Aiding and Encouraging Suicide (PENAL § 22.08. Aiding Suicide)**

1.  Multiple Facebook users had told Plaintiff Moates to kill himself. Each time Moates reported

3

these messages to Facebook and each time after Facebook staff reviewed the comments, they

4

5

said that it was not against their terms and that no action would be taken. Thereby promoting the

6

message sent by the users.

7

**S. Data/Cyber Security – (Tex. Bus. & Com. Code § 521.052(a))**

8

1. Facebook failed to take appropriate actions to protect the data of its users and as a result, the

9

Plaintiffs data was exposed to unauthorized users during the Cambridge Analytica scandal.

10

11

2. Facebook failed to notify the public regarding the breach and attempted to cover up how bad it

12

was in violation of the law, Sec 521.053[16]. Facebook accepted responsibility for the mistake,

13

thereby making them liable[17].

14

3. In September 2018, Facebook again failed to take appropriate actions to protect the data of its

15

users and as a result, the Plaintiffs data was exposed to unauthorized users in which they could

16

17

see all the Plaintiffs private content. This was right after the Cambridge Analytica scandal.

18

4. Again, Facebook failed to notify the effected users.

19

5. In March 2019, Facebook was exposed for storing millions of user's passwords in plain-text

20

files. Any of the thousands of Facebook employees had access to these passwords. This was

21

extremely reckless[18].

22

23

6. It was subsequently exposed that Facebook did the same thing for millions of Instagram

24

users[19].

25

26

[16] https://www.bbc.com/news/technology-56815478

27

[17] https://www.politico.com/story/2018/04/04/facebook-cambridge-analytica-data-users-502064

[18] https://krebsonsecurity.com/2019/03/facebook-stored-hundreds-of-millions-of-user-passwords-in-plain-text-for-years/

28

[19] https://techcrunch.com/2019/04/18/instagram-password-leak-millions/

7. Again, in both instances they did not notify affected users.

8. In two separate instances in April and September of 2019, Facebook information was exposed placing user information on a sever giving people access to users phone numbers, names, gender, and locations.

9. Again, in both instances they did not notify affected users[20].

10. In December of 2019, Facebook exposed 300 million users by giving hackers access to their API which allowed them to scrape phone numbers, names, and user ID's which were posted on the dark web[21]. Subsequent information about a second server came out in March 2020.

11. Again, in both instances they did not notify affected users.

12. Facebook failed in multiple instances to "implement and maintain reasonable procedures, including taking any appropriate corrective action, to protect from unlawful use or disclosure any sensitive personal information collected or maintained by the business in the regular course of business" and to "A person who conducts business in this state and owns or licenses computerized data that includes sensitive personal information shall disclose any breach of system security, after discovering or receiving notification of the breach, to any individual whose sensitive personal information was, or is reasonably believed to have been, acquired by an unauthorized person."

13. As alleged above, 2nd Defendants made information accessible to Facebook through the Plaintiffs cell phone including tracking internet browsing data, biometric data, health data, location data, financial data, phone usage data, search history, and identifiers.

**T. Biometric Data – (Tex. Bus. & Com. Code § 503.001)**

---

[20] https://www.technologyreview.com/2019/09/05/133154/facebook-has-leaked-419-million-phone-numbers/

[21] https://newyork.cbslocal.com/2019/12/20/facebook-dark-web-data-breach/

1. At no time has Facebook provide informed consent required for the collection of biometric identifiers as required by law.

2. Facebook ran a program called "Tag Suggestions' which works by scanning photographs uploaded by a user and then identifies faces appearing in those photographs. Tag Suggestions uses proprietary facial recognition software to extract from user-uploaded photographs the unique biometric identifiers (i.e., graphical representations of facial features, also known as facial geometry) associated with people's faces. Facebook did not disclose its biometrics data collection to its users, nor does it even ask users to acknowledge, let alone consent to, these practices

3. From 2015 forward, Instagram collects and stores biometric data of more than 100 million users, without their knowledge or consent. Facebook then uses the data to "bolster its facial recognition abilities across all of its products, including the Facebook application, and shares this information among various entities. Facebook does all of this without providing any of the required notices or disclosures required by Texas law.[22]"

4. At no time did the Plaintiff provide consent to AT&T to transmit said data to Facebook.

**U. Right to Adequate Assurance of Performance (Tex. Bus. & Com. Code § 2.06)**

1. Texas law requires "A contract for sale imposes an obligation on each party that the other's expectation of receiving due performance will not be impaired." Defendant Facebook violated the law by impairing the Plaintiff (Moates) access to use the software/device through his Oculus Quest 2 and Oculus Go.

---

[22] https://www.thedailybeast.com/how-facebook-fights-to-stop-laws-on-facial-recognition

2. When Facebook disabled the accounts of Moates Facebook, Instagram, Crowdtangle, WhatsApp and Messenger, it violated the law by impairing the product to which Moates and DC Chronicle had a reasonable expectation of receiving.

**V. Fraud – Count One (Penal Code Title 37 Chapter 32)**

1. As the courts are aware, there are four elements to an allegation of fraud: (1) that a material representation was made; (2) that the representation was false; (3) when the statement was made, the speaker knew it was false or made it recklessly without any knowledge of the truth and as a positive assertion; (4) the speaker made the representation with the intent that the other party should act on it; (5) the party acted in reliance on the representation; and (6) the party suffered injury.

2. Jenny Pricer, a Facebook Case Manager in eDiscovery/Litigation Legal Department made a "declaration" under "penalty of perjury" that "Plaintiff Michael Moates created a Facebook account on July 13, 2014. Attached hereto as Exhibit A is a true and correct copy of the November 15, 2013, Terms of Service that was in effect in July 2014, as maintained in Facebook's records." For this courts notice, the declaration and exhibit are marked Exhibit S in this filing.

3. When Plaintiff Moates signed up for Facebook in "July 2014" he agreed to a Statement of Rights and Responsibilities and no subsequent agreements.

4. Mrs. Pricer made a material representation made under "penalty of perjury" to the court and to the Plaintiff. (He was served).

5. The Exhibit shows multiple hyperlinks in blue and underlined. But this was not the case when Plaintiff Moates signed up. The hyperlinks similarly as they appear today were black[23]. Also,

---

[23] https://www.facebook.com/legal/terms/update

they were also not underlined[24]. Plaintiff Moates had no way of knowing they were hyperlinks at the time and by representing the that they were blue and underlined, they made a factual misrepresentation.

6. Had Moates known at the time that these were hyperlinks, he would have reviewed them. Facebook intentionally did not make it know that these were separate agreements. This was done with malice.

7. Moates acted on the belief that the Statement of Rights and Responsibilities served as the contract between Moates and Defendant Facebook. Facebook acted with the intent to disguise the other agreements to get users to agree.

8. Moates relied on the fact that these "terms of service that governs our relationship with users and others who interact with Facebook. By using or accessing Facebook, you agree to this Statement" and that statement alone.

9. Plaintiff Moates has now suffered many different injuries, including monetary, the loss of accounts and data, litigation, litigation determinations, etc. This was intentional by the Defendant Facebook Inc.

10. The alteration of the document after executed by the Plaintiff with the intent "to alter, make, complete, execute, or authenticate any writing so that it purports: (i)  to be the act of another who did not authorize that act;" is the issue at hand here.

**Q. Fraud – Count Two (Penal Code Title 37 Chapter 32), Penal Code 32.46**

1. As stated above, "Jenny Pricer, a Facebook Case Manager in eDiscovery/Litigation Legal Department made a "declaration" under "penalty of perjury" that "Plaintiff Michael Moates created a Facebook account on July 13, 2014. Attached hereto as Exhibit A is a true and correct

---

[24] https://web.archive.org/web/20141014030338/Facebook.com/terms

copy of the November 15, 2013, Terms of Service that was in effect in July 2014, as maintained in Facebook's records." For this courts notice, the declaration and exhibit are marked Exhibit S in this filing."

2. When Plaintiff Moates signed up for Facebook in "July 2014" he agreed to a Statement of Rights and Responsibilities and no subsequent agreements.

3. Mrs. Pricer made a material representation made under "penalty of perjury" to the court and to the Plaintiff. (He was served).

4. These misrepresentations cause the Plaintiff to dismiss his claims in federal court and pursue only state claims.

5. The Exhibit shows multiple hyperlinks in blue and underlined. But this was not the case when Plaintiff Moates signed up.

6. By taking the declaration "under penalty of perjury," Moates made a calculated decision to proceed with state claims in state court only.  This was done with malice to get the court to rule one way and to get Moates to change his opinion of the facts.

7. Now, Plaintiff Moates has suffered injury by relying on these statements. Thus, now he would have to spend numerous hours on refiling with the federal court and start the process over.

**R. Fraud – Count Three (Penal Code 32.31)**

1. After disabling the Plaintiff Moates' account, Defendant Facebook attempted to charge both Moates and DC Chronicle (both entities)(through Moates) after having the right revoked in writing to their attorneys.

2. Please note the attorneys asked Moates not to communicate with Facebook only through them.

3. These charges were for services that they had not provided.

4. These charges were after the Plaintiffs requested in writing on 1 December 2020. They continued with malice. See Exhibit V.

5. These damages cause harm to the Plaintiffs relationship with his bank.

6. They also caused numerous stress and anxiety that because they had now cut his income and were attempting to continue to charge him, he may not have funds to live.

**S. Fraud – Count Four (Penal Code 32.32)**

1. During the purchase of advertising, Facebook represented to Plaintiffs that they could run ads "Create a promotion to help **more people find and like your page**." See Exhibit T.

2. The statement was false as they did not provide the likes. Furthermore, Facebook took away likes and followers without cause. Likes are according to Facebook are "support for a Page and be able to see updates from it in News Feed.[25]" Finally, they did not share the content, or they severely limited the reach of the content in newsfeed. Thereby making misrepresentations about the advertising, reach, following, and likes.

3. Facebook made the misrepresentation with the idea to profit and knowingly knew the algorithm may not show content[26]. This was done with malice.

4. The Plaintiffs suffered injury.

**U. Fraud – Count Four (Penal Code 32.32)**

1. 1. During the purchase of advertising, Facebook represented to Plaintiffs that they could run ads "Create a promotion to help **more people find and like your page**." See Exhibit T.

2. The statement was false as they did not provide the likes. Furthermore, Facebook took away likes and followers without cause. Likes are according to Facebook are "support for a Page and

---

[25] https://www.facebook.com/help/216630288356463
[26] https://about.fb.com/news/2019/02/inside-feed-facebook-26-friends-algorithm-myth/

be able to see updates from it in News Feed.[27]" Finally, they did not share the content, or they severely limited the reach of the content in newsfeed. Thereby making misrepresentations about the advertising, reach, following, and likes.

3. Facebook made the misrepresentation with the idea to profit and knowingly knew the algorithm may not show content[28]. In addition, at no time told the Plaintiff his content would be diminished in reach based on their perception of what news is. In fact, in their agreement with Moates they state they will "enhance the effectiveness" of your ads.

4. When you purchase something you own it. The likes/followers were purchased. Facebook has now stolen the followers/likes from the Defendants.

5. That factor that the Plaintiffs were selling the following/reach to the Plaintiff was a key decision to purchase it. They continued selling to him knowing they planned to disable his accounts. They did this to profit. This was done with malice.

6. This was a direct damage to the Plaintiffs.

**V. Violation of the Texas Constitution Article 1.8**

1. The Texas Constitution states, "very person shall be at liberty to speak, write or publish his opinions on any subject, being responsible for the abuse of that privilege; and no law shall ever be passed curtailing the liberty of speech or of the press."

2. When Facebook disable the account of the Mr. Moates, they engaged in censorship. Furthermore, Facebook is a state actor and are not protected as a private entity. For example, Facebook entering a contract partnership with the Federal Government for the intention of providing services that are subject to various free speech laws[2930]. Furthermore, Facebook

---

[27] https://www.facebook.com/help/216630288356463
[28] https://about.fb.com/news/2019/02/inside-feed-facebook-26-friends-algorithm-myth/
[29] https://www.archives.gov/files/social-media/terms-of-service/tos-facebook.pdf
[30] https://www.epic.org/foia/gov2.0/GSA_Facebook_Amendment.pdf

provides pages to various state and federal legislatures, courts, and the executive branches. They help the government run said pages and by doing so, they are acting in partnership and on behalf of the government. For example, Facebook acted on behalf of the government by creating accounts and transferring followers to Biden administration[31][32]. Another example, would be when Facebook acted on behalf of the National Archives by archiving previous administration pages.

3. When they disabled the account of Plaintiff Moates, they blocked his ability to communicate with government officials and they did so as a state actor.

**\*Nothing in this section is requesting claims on the federal lever, simply sharing facts for the Texas Constitutional claim\***

**W. Data Theft - Violation of Penal Code Title 7 Chapter 33.02 Breach of Computer Security Count 1**

1. Facebook violated the law which states "A person commits an offense if the person knowingly accesses a computer, computer network, or computer system without the effective consent of the owner."

2. Facebook accessed information related to health and fitness, financial, browsing history, phone usage, purchases, location, contacts, search history, and other data without the consent of the Plaintiff.

3. Furthermore, Facebook used this information to profit thereby violating the law. "When benefits are obtained, a victim is defrauded or harmed, or property is altered, damaged, or deleted in violation of this section, whether or not in a single incident, the conduct may be

---

[31] https://www.axios.com/facebook-instagram-transfer-accounts-followers-biden-administration-629a4c33-22fc-43aa-96e3-60ef3d37ab62.html

[32] https://www.thedenverchannel.com/news/national-politics/twitter-facebook-will-transfer-white-house-accounts-to-biden-on-inauguration-day

considered as one offense and the value of the benefits obtained and of the losses incurred because of the fraud, harm, or alteration, damage, or deletion of property may be aggregated in determining the grade of the offense."

**X. Data Theft – Violation of Penal Code Title 7 Chapter 31.03 Theft Count 2**

1. The law states 'A person commits an offense if he unlawfully appropriates property with intent to deprive the owner of property."

2. In its agreement with Moates in 2014, Facebook maintained that "You own all of the content and information you post on Facebook" and by restricting access to the content Facebook has stolen said data (content)

3. Plaintiff Moates has suffered numerous damages including loss of access to school information, loss of access to business information, loss of access to messages, personal photos, and many other losses.

**CAUSES OF ACTION FOR AT&T**

**A. Fraud – Violation of Penal Code Title 7 Chapter 32.46**

1. In November of 2020, Plaintiff Moates bought a phone from AT&T due to a promotion they were having where if you turn in an old phone that meets the requirements, they will credit you each month for the life of the contract. The amount of the cost of the new iPhone 12 mini was the same as the trade in value. The purpose of the offer was that AT&T would make money by extending the service contract.

2. The law states, "A person commits an offense if, with intent to defraud or harm any person, he, by deception: (1) causes another to sign or execute any document affecting property or service or the pecuniary interest of any person"

3. AT&T failed to hold up their end of the contract. They did not credit and continued to charge the Moates until July of 2021 when he noticed. This was unfortunately not the first time.[33]

4. AT&T accepted responsibility in an email to Moates dated 17 July 2021 saying they "sorry this happened."

**B. Fraud – Violation of Penal Code Title 7 Chapter 32.32**

1. In November of 2020, Plaintiff Moates bought a phone from AT&T due to a promotion they were having where if you turn in an old phone that meets the requirements, they will credit you each month for the life of the contract. The amount of the cost of the new iPhone 12 mini was the same as the trade in value. They intended to obtain property under fraudulent circumstances.

2. The law states, "A person commits an offense if, with intent to defraud or harm any person, he, by deception: (1) causes another to sign or execute any document affecting property or service or the pecuniary interest of any person"

3. AT&T failed to hold up their end of the contract. They did not credit and continued to charge the Moates until July of 2021 when he noticed.

4. AT&T accepted responsibility in an email to Moates dated 17 July 2021 saying they "sorry this happened."

## CAUSES OF ACTION FOR BOTH DEFENDANTS

**A. Civil Conspiracy – Count One**

1. All previous allegations are incorporate herein by reference.

2. Facebook and AT&T engaged in unlawful sharing of confidential information about the Plaintiff without consent[34].

---

[33] https://www.fiercewireless.com/operators/at-t-to-pay-1-5m-to-settle-d-c-lawsuit-for-overcharging-mobile-service

[34] https://www.theverge.com/2018/7/2/17526716/facebook-cambridge-analytica-apple-microsoft-data-sharing

**B. Civil Conspiracy – Count Two**

1. All previous allegations are incorporate herein by reference.

2. Facebook shared private information with AT&T without consent for the purposes of advertising.

3. Facebook engages in targeting of individuals by different categories. So, when AT&T for example creates an ad that only targets someone with anxiety, Facebook only targets people who are likely to have anxiety thereby suggesting to AT&T they have anxiety.

4. Furthermore, by saying that someone has something that they may not have, Facebook in engaging in libel per quod.

**C. Civil Conspiracy – Count Three**

1. Defendant Facebook tracked Plaintiff Moates via web browsing history and location.

2. Defendants together than used that information to serve ads. For example, Moates goes to an AT&T store and then three days later AT&T is targeting him with ads based on Facebooks location history or browser history.

3. AT&T sold that location data to 3rd Parties[35].

**D. Civil Conspiracy – Count Four**

1. Defendant Facebook created Pixels which tracked Moates without consent on 3rd party websites[36].

2. AT&T installed pixels on their website and used that information to track Moates without consent. See Exhibit U.

---

[35] https://www.washingtonpost.com/technology/2019/01/10/phone-companies-are-selling-your-location-data-now-some-lawmakers-want-federal-investigation/
[36] https://www.facebook.com/business/learn/facebook-ads-pixel

**E. Data Theft - Violation of Penal Code Title 7 Chapter 33.02 Breach of Computer Security**

**Count 1**

1. Facebook and AT&T violated the law which states "A person commits an offense if the person knowingly accesses a computer, computer network, or computer system without the effective consent of the owner."

2. Both AT&T and Facebook profited from the pixel arrangement.

3. They both accessed data they did not have consent to.

4. Facebook tracked user phone records[37] that AT&T had a duty to protect.

## IV. INJUCTIVE RELIEF

1. Plaintiffs request the court enter a permanent injunction requiring the Defendant to:

    a. Reactivate the accounts;

    b. Provide the Plaintiffs with the data from the accounts;

    c. Reactivate the software on the Oculus devices;

## XI. DAMAGES AND PRAYER

WHEREFORE PREMISES CONSIDERED, Plaintiff Michael Moates asks the court to issue a citation for each Defendants to appear and answer, and that Plaintiff be awarded a judgement against Defendants for the following:

    a) Nominal damages;

    b) General damages;

    c) Actual damages;

    d) Special damages;

    e) Exemplary damages;

---

[37] https://arstechnica.com/information-technology/2018/03/facebook-scraped-call-text-message-data-for-years-from-android-phones/

f) Pre and post judgement interest;

g) compensatory damages;

h) injunctive relief stated above.

Respectfully Submitted,


/s/ Michael S. Moates

Michael Moates, Pro Se

Michaelsmoates@gmail.com

817-999-7534

2700 Colorado Boulevard #1526

Denton, TX 76210


**CERTIFICATE OF SERVICE**

The undersigned hereby certifies Facebook approved electronic service in this case via W. Hamilton Jordan, counsel for Facebook. They were notified in advance of this amended pleading.

His email is: wjordan@keker.com

A cc request copy should be sent to Chris Kearney at ckearney@keker.com

As soon as a copy is uploaded by the clerk, they will be sent a copy via email.

Furthermore, Attorneys for AT&T have not yet appeared, but the Plaintiff has requested the court serve this pleading to them via certified mail return receipt.

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 56532987
Status as of 8/23/2021 9:20 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Michael Moates | | michaelsmoates@gmail.com | 8/21/2021 11:09:04 PM | SENT |
| Michael Moates | | michaelsmoates@gmail.com | 8/21/2021 11:09:04 PM | SENT |

# EXHIBIT 6

David Trantham
Denton County District Clerk
By: Elizabeth Jones, Deputy

Cause No. 21-6407-431

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Exhibit A**

FACEBOOK

Total spent by Page on ads about social
issues, elections or politics
May 7, 2018 - Nov 22, 2020
United States

**Michael Moates**

**$9,941**
See spend details

Recently spent by Page on ads about
social issues, elections or politics
7 days • Nov 16 - Nov 22, 2020
United States

Page has been deleted

**$0**

Total spent by Page on ads about social
issues, elections or politics
May 7, 2018 - Nov 22, 2020
United States

**DC Chronicle News**

**$605**
See spend details

Recently spent by Page on ads about
social issues, elections or politics
7 days • Nov 16 - Nov 22, 2020
United States

Page has been deleted

**$0**

50

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Exhibit B**

1

2

🖼.Header

3

4

5

6
Hi Michael,

7
We found that **DC Chronicle News** didn't follow our Community

8
Standards. It's against our standards to mislead people or Facebook by things like:

9

10
- Misrepresenting your Page's identity or purpose

11
- Using multiple Facebook accounts or sharing accounts between multiple people

12
- Creating new accounts or taking other actions to avoid restrictions on posting, commenting or sharing too much

13
- Making it difficult to know your content's origin or making your content seem more popular than it is

14

15
We may unpublish, restrict or reduce the distribution of your Page if it

16
goes against these or any of our other Community Standards again. These standards are in place to help keep Facebook safe for everyone.

17
View Community Standards

18

19
Thanks,
The Facebook Team

20

21

22

23
This message was sent to michael.moates@thenarrativetimes.org

24
🖼.Header

25

26
Facebook Inc. Attention: Community Support, 1 Facebook Way, Menlo Park, CA 94025

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Exhibit C**

1

2

Facebook <case++aazqbxwp2fiwm4@support.facebook.com>                    Thu, Oct 8, 3:44 AM   ☆   ↰   ⋮
to Michael, me ▾

3

Hi Michael,

4

This is Hannah with Facebook Concierge Support. I am writing in regards to your concern about email notifications you are getting from our
Facebook Team.

5

We would like to thank you for sending us the information we recently requested. We were able to investigate and seeing that we the Page
https://www.facebook.com/dcchroniclenews/ is in good standing.

6

I understand that this may have cause confusion on your part and we would like to apologized. Furthermore, please have this reported as a bug by
following this link: https://www.facebook.com/help/1126628984024935

7

You may also review our Community Standards to learn more about our policies: https://www.facebook.com/communitystandards/

8

I hope that I was still able to answer your questions and addressed your concerns correctly. If you ever need further support, please do not hesitate
to reach out to us and we will get back to you soonest possible. You may initiate a new chat via https://www.facebook.com/business/help.

9

I am really glad that we could at least get some clarity on this matter. Please help us improve by taking a few minutes to complete a survey about
your experience with me. We always want to hear from our advertisers about how we can improve the platform. The best way of doing that is by
filling out our feedback form: https://www.facebook.com/help/contact/268228883256323. We suggest that you keep an eye on the issue and keep
testing to see if a platform change / restores proper functionality to you.

10

11

We will proceed to close this ticket now. I hope the above clarifies and I want to thank you for bringing this issue to our attention. To support you
better, Facebook's online support hours are from 08:00 to 20:00 UTC+8 (11:00 to 23:00 UTC+11), Mondays to Saturdays.

12

13

Thank you for contacting Facebook Concierge Support and we wish you all the best for your business!

Best regards,

14

Hannah

15

Concierge | Facebook Support - To learn more about growing your business on Facebook, visit: https://fb.me/learn-blueprint

16

...

17

18

19

20

21

22

23

24

25

26

27

28

54

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Exhibit D**

facebook                                                                              Log Out

**Your Account Has Been Disabled**

For more information please visit the Help Center.

Your account was disabled on Oct 20, 2020. If you think your account was disabled by mistake you can submit more information via the Help Center for up to 30 days after your account was disabled. After that, your account will be permanently disabled and you will no longer be able to request a review.

Go To Help Center

English (US)   Español   Français (France)   中文(简体)   العربية   Português (Brasil)   한국어   Italiano   Deutsch   हिन्दी   日本語   ✛

Sign Up     Log In     Messenger   Facebook Lite   Watch     People    Pages    Page Categories    Places    Games    Locations    Marketplace    Facebook Pay
Groups      Jobs       Oculus       Portal          Instagram  Local     Fundraisers   Services    Voting Information Center   About    Create Ad   Create Page   Developers
Careers     Privacy    Cookies      Ad Choices     Terms      Help

Facebook © 2000

56

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Exhibit E**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

𝓘𝓷𝓼𝓽𝓪𝓰𝓻𝓪𝓶

Log Into Another Account

### Thanks for Providing Your Info

We'll review your info and if we can confirm
it, you'll be able to request a review in the
Help Center within approximately 24 hours.

Done

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Exhibit F**

1   **Help**
    To michael m

2   **Michael Moates** <michael.moates@thenarrativetimes.org>                  Tue, Oct 20, 2020 at 9:15 PM
    To: Carolyn Everson <carolyn@fb.com>

3   Carolyn,

    First, let me say thank you for all the help you've given me in the past. Tonight I am in tears and my mother was crying earlier. We've lost all of my high school photos because Facebook disabled my account. It's my understanding that this might be an error given
    some of my colleagues who have had issues and had them restored. Not to mention it had issues with my account last week when I submitted a ticket to media support they said my account was in good standing. Not only have I lost my memories which I hold dear
    to my heart my page with my fans over 199k is also gone. Can you please help me get this fixed?

4   It's my life, my job, and I am desperate for help.

5   My accounts are
    https://www.facebook.com/realmichaelmoates (profile)
    https://www.facebook.com/michaelxmoates (page)
    https://www.instagram.com/michaelxmoates

6   Thanks,

    Michael

7   **Carolyn Everson** <carolyn@fb.com>                                       Wed, Oct 21, 2020 at 6:18 AM
    To: Michael Moates <michael.moates@thenarrativetimes.org>
    Cc: Meghan Oribe <morbe@fb.com>, Conrad Gibson <cfg@fb.com>

8   Hi

    Looking into it as we speak. Meg, my business lead and Conrad will be on this as well

9   So sorry this happened—hoping for some resolution

    C

10

11  **Conrad Gibson** <cfg@fb.com>                                             Wed, Oct 21, 2020 at 6:30 AM
    To: Michael Moates <michael.moates@thenarrativetimes.org>

    Carolyn and Meg to BCC

12  Hi Michael, I'll get started on this right away. Can you please advise the email address that was associated with the disabled Facebook account?

    Cheers,
    Conrad

13  **Conrad Gibson**
    Global Business Group
14  225 Park Avenue South, 10th floor, New York, NY 10003
    Facebook | Mobile +1 561.485.2434 | Email cfg@fb.com

15      On Oct 21, 2020, at 7:18 AM, Carolyn Everson <carolyn@fb.com> wrote:

16

17  **Michael Moates** <michael.moates@thenarrativetimes.org>                  Wed, Oct 21, 2020 at 8:27 AM
    To: Conrad Gibson <cfg@fb.com>

    Michael Moates@thenarrativetimes.org

18  Thank you so much!!

    Sent from my iPhone

19      On Oct 21, 2020, at 6:31 AM, Conrad Gibson <cfg@fb.com> wrote:

            Carolyn and Meg to BCC

20

21  **Conrad Gibson** <cfg@fb.com>                                             Wed, Oct 21, 2020 at 8:30 AM
    To: Michael Moates <michael.moates@thenarrativetimes.org>

    Thanks, Michael! I'll be in touch once I have an update from the account team.

22

23  Conrad Gibson

    Global Business Group

    225 Park Avenue South, 10th floor, New York, NY 10003
24  Facebook | Mobile +1 561.485.2434 | Email cfg@fb.com

25  FACEBOOK

26

27

28

1

**Michael Moates** <michael.moates@thenarrativetimes.org>
To: Conrad Gibson <cfg@fb.com>

Wed, Oct 21, 2020 at 9:01 AM

2

Okay. Much appreciated. Do you have an expected time frame? I'm sorry. I really hope it's not something I did. :(

Sent from my iPhone

3

On Oct 21, 2020, at 8:47 AM, Conrad Gibson <cfg@fb.com> wrote:

4

Thanks, Michael! I'll be in touch once I have an update from the account team.

5

Conrad Gibson

6

Global Business Group

225 Park Avenue South, 13th Floor, New York, NY 10003

7

Facebook | Mobile +1 601.483.2034 | Email cfg@fb.com

8

<image001.gif>

9

**Michael Moates** <michael.moates@thenarrativetimes.org>
To: Carolyn Everson <carolyn@fb.com>
Cc: Meghan Orbe <morbe@fb.com>, Conrad Gibson <cfg@fb.com>

Wed, Oct 21, 2020 at 3:01 PM

10

Conrad,

11

Quick question. While we sort this out will all of my data be preserved? Also, do you have an idea on timing?

12

Thanks,

Michael

13

Sent from my iPhone

14

On Oct 21, 2020, at 6:18 AM, Carolyn Everson <carolyn@fb.com> wrote:

15

16

**Conrad Gibson** <cfg@fb.com>
To: Michael Moates <michael.moates@thenarrativetimes.org>

Wed, Oct 21, 2020 at 4:47 PM

17

Carolyn and Meg to BCC

18

Hi Michael! No updates just yet, but I can assure you the team is working on this and I'll revert back as soon as I have additional information.

19

Cheers,
Conrad

20

Conrad Gibson

21

Global Business Group

225 Park Avenue South, 13th Floor, New York, NY 10003

22

Facebook | Mobile +1 601.483.2034 | Email cfg@fb.com

23

F A C E B O O K

24

**From:** Michael Moates <michael.moates@thenarrativetimes.org>
**Date:** Wednesday, October 21, 2020 at 4:01 PM
**To:** Carolyn Everson <carolyn@fb.com>
**Cc:** Meghan Orbe <morbe@fb.com>, Conrad Gibson <cfg@fb.com>
**Subject:** Re: Help

25

26

27

28

61

1

Michael Moates <michael.moates@thenarrativetimes.org>
To: Conrad Gibson <cfg@fb.com>, Carolyn Everson <carolyn@fb.com>

Fri, Oct 23, 2020 at 5:37 AM

2

Conrad,

I know the team is still working on my account however, I wanted to share a few pieces of information with you.

3

First, I was having issues with my account the week before it was shut down and I submitted a ticket to the media portal asking for assistance to make sure I was in compliance and was told by Facebook's support team that my pages were in "good standing." The support number for your reference is 685631522349360.

Secondly, I spent nearly $10,000 in ads on FB since May of this year. I paid Facebook $1500 the day before my account was disabled and was unable to use the money I paid/invested in ads.

4

Thirdly, around 50 college students who work for my 501(c)3 non-profit charity depend on my ability to have access to our FB pages. They are news interns who write for my organization and get published so they can earn college credits. This has been detrimental to them and me. I am not sure what to tell them or my staff at this time. We are going on day four and I am wondering if I should tell them to seek other opportunities.

I really need an update so I can move forward. Please, please help me get this resolved. It's not only personal to my family and I due to my personal pictures and data but also to my students and organization.

5

Michael

6

Conrad Gibson <cfg@fb.com>
To: Michael Moates <michael.moates@thenarrativetimes.org>
Cc: Meghan Orbe <morbe@fb.com>, Carolyn Everson <carolyn@fb.com>

Fri, Oct 23, 2020 at 11:22 AM

7

Hi Michael,

8

Apologies for the delay as I worked with our team on your request. I heard back this morning and it seems that your accounts were disabled permanently and, due to policy guidelines, they are unable to share why the accounts were deactivated. I am so sorry this happened to you. I asked for more information, but they were unable to share with me. I wish I could give you a better explanation, but unfortunately we have these rules in place to protect a user's privacy. I know that you had a lot of photos saved to your accounts that you wanted to access. They provided me with the following information on how to request data from a closed account:

9

10

"He can learn about what kinds of data are available to him, and how to access it, via the following links. If he is still having issues accessing his data, he can also contact us through these links and we'd be happy to assist further.

11

https://www.facebook.com/help/contact/180237685520953
https://help.instagram.com/contact/505535973176363_'

12

Also attached is a screenshot showing the steps he can take to request data for the accounts using the links above."

13

Again, I am so sorry this happened to your accounts. If there is anything else please let me know.

14

Cheers,
Conrad

15

16

Conrad Gibson

Executive Assistant to Carolyn Everson | Global Business Group

17

18

Screen_Shot_2020-10-23_at_12.23.54_PM[3].png
152K

19

20

Michael Moates <michael.moates@thenarrativetimes.org>
To: Conrad Gibson <cfg@fb.com>
Cc: Meghan Orbe <morbe@fb.com>, Carolyn Everson <carolyn@fb.com>

Fri, Oct 23, 2020 at 12:01 PM

21

Conrad,

I have a couple of questions. First, when I click on the links you sent to get my data it says page not found. This doesn't work. Any suggestions on that front?

22

I have to tell you and I mean no disrespect but I don't believe I have done anything wrong. I believe I am being targeted. I haven't done anything questionable. I need to know what the legal service process is for Facebook.

Thanks.

23

Michael

24

Conrad Gibson <cfg@fb.com>
To: Michael Moates <michael.moates@thenarrativetimes.org>

Fri, Oct 23, 2020 at 2:02 PM

25

Hi Michael,

26

I am checking on a new link as well as your second question. I'll circle back with an update ASAP.

27

28

62

| | |
|---|---|
| 1 | Conrad Gibson <cfg@fb.com>      Sat, Oct 24, 2020 at 9:38 AM |
| | To: Michael Moates <michael.moates@thenarrativetimes.org> |
| 2 | Cc: Meghan Orbe <morbe@fb.com>, Carolyn Everson <carolyn@fb.com>, Conrad Gibson <cfg@fb.com> |
| 3 | Hi Michael, |
| | Apologies, these links below are active (the original link had a space on the end that was directing you to the error page): |
| 4 | |
| 5 | • FB Link: https://www.facebook.com/help/contact/180237685820953 |
| | • IG Link: https://help.instagram.com/contact/505535973176353 |
| 6 | |
| | Regarding an appeal, information should have been emailed to the email address associated with the accounts with instructions to appeal this decision. You can also find that information here as well __Help Center resources__. Apologies again, but I was not |
| 7 | given any specific information as to why the account was disabled as they do not share this information to protect user privacy. |
| 8 | Cheers, |
| | Conrad |
| 9 | |
| | Conrad Gibson |
| 10 | Executive Assistant to Carolyn Everson, Global Business Group |
| | 225 Park Avenue South 16th Floor, New York, NY 10003 |
| 11 | Facebook | Mobile +1 901.409.9234 | Email cfg@fb.com |
| 12 | |
| 13 | [ A  F |  H   ] |
| 14 | **From:** Michael Moates <michael.moates@thenarrativetimes.org> |
| | **Date:** Friday, October 23, 2020 at 1:02 PM |
| 15 | **To:** Conrad Gibson <cfg@fb.com> |
| 16 | |
| 17 | Michael Moates <michael.moates@thenarrativetimes.org>      Sat, Oct 24, 2020 at 10:36 AM |
| | To: Conrad Gibson <cfg@fb.com> |
| 18 | Cc: Meghan Orbe@fb.com, Carolyn Everson <carolyn@fb.com> |
| | Conrad, |
| 19 | I'm not trying to be difficult but I didn't receive any email about an appeal :( |
| | Sent from my iPhone |
| 20 | |
| | Conrad Gibson <cfg@fb.com>      Sat, Oct 24, 2020 at 11:44 AM |
| 21 | To: Michael Moates <michael.moates@thenarrativetimes.org> |
| | Cc: Meghan Orbe <morbe@fb.com>, Carolyn Everson <carolyn@fb.com> |
| 22 | Sorry about that, Michael. The information in the help center will have the same information that would have been in the email. You can find it here: __Help Center resources__. |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

63

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Exhibit G**

**Accessing and Downloading Your Facebook Information #980943342389228**

1 message

**Facebook** <case++aazqfi4tl3pxd@support.facebook.com>
Reply-To: Facebook <case++aazqfi4tl3pxd@support.facebook.com>
To: Michael.moates@thenarrativetimes.org

Mon, Oct 26, 2020 at 7:54 AM

Hi,

We received your request to learn more about your Facebook information. The Facebook account associated with the email address you provided to us has been disabled for violation of our Terms of Service:
https://www.facebook.com/legal/terms/?ref=CR

Please note, our team is unable to help with login or account access questions.

To learn more about why your profile may have been disabled, please visit the Help Center:
https://www.facebook.com/help/103873106370583/?ref=CR

If you think your profile may have been disabled by mistake, you can request a review of this decision.

When logging into your account by entering your email address and password, you will be redirected to a page that informs you that your account has been disabled. On-screen instructions can take you through a few steps to request a review.

If your account hasn't been disabled and you're able to log in, you can access your Facebook information using our self-service tools.

You can access specific types of your Facebook information, such as photos, posts, reactions and comments, using the Access Your Information tool:
https://www.facebook.com/your_information/?ref=CR

You can also download a copy of your Facebook information using the Download Your Information tool:
https://www.facebook.com/dyi/?ref=CR

For more information on how to download your information and what's in your downloaded file, please visit the Help Center:
https://www.facebook.com/help/212802592074644/?ref=CR

If you still have questions about getting a copy of your Facebook information, please reply to this email and we'll do our best to help you

Thanks,

Privacy Operations
Facebook

>On Sat Oct 24, 2020 14:12:08, Michael Moates wrote:
>My username is real michaelsmoates
>Page is michaelsmoates
>Sent from my iPhone
>> On Oct 24, 2020, at 4:05 PM, Facebook <case++aazqfi4tl3pxd@support.facebook.com> wrote:
>>
>> Hi,
>>
>> You've mentioned that you are looking for help with your Facebook account.
>> However, it's not clear to us which account you are looking for help with
>>
>> Please see the following article for details on how to find your account:
>> https://www.google.com/url?q=https://www.facebook.com/help/277898572230446&source=gmail-imap&ust=1604178312000000&usg=AOvVaw3I9n8bCIVutz9Y7gfU,8'L
>>
>> If you could then reply back to us with "username" we will then be able to further assist you with your issue
>>
>> Thank you,
>> Privacy Operations
>> Facebook
>>
>>> On Sat Oct 24, 2020 08:26:58, Michael Moates wrote
>>> I can't access my account for the download.
>>>> On Sat, Oct 24, 2020 at 10:09 AM Facebook <
>>>> case++aazqfi4tl3pxd@support.facebook.com> wrote:
>>>> Hi,
>>>>
>>>> Thanks for contacting us about accessing your personal data. Please note
>>>> we provide a number of self-service tools that allow you to access and
>>>> download specific information we have about you
>>>>
>>>> - Login issues
>>>>
>>>> If you can't access your Facebook account, please follow the instructions
>>>> you see when you try to log in. Find more information about what you can do
>>>> in the Help Center https://www.google.com/url?q=https://www.facebook.com/help/283100488694834?ref%3Dcr&source=gmail-imap&ust=1604178312000000&usg=AOvVaw%P7GA93KTrTsVNxLUcSv
>>>>
>>>> Our team can't assist with issues related to accessing your account
>>>>
>>>> - Disable account support
>>>>
>>>> If you can't access your account because it has been disabled by Facebook
>>>> and you believe it has been disabled by mistake, you can request a review
>>>> of this decision.
>>>>
>>>> When logging into your account by entering your email address and
>>>> password, you will be redirected to a page that informs you that your
>>>> account has been disabled. On-screen instructions can take you through a
>>>> few steps to request a review.
>>>>
>>>> - Deactivated account
>>>>
>>>> If your account is currently deactivated, you'll need to first reactivate
>>>> it in order to access your Facebook account information. You can do this by
>>>> logging back in with your account email and password.
>>>>
>>>> Get help with reactivating your Facebook account
>>>> https://www.google.com/url?q=https://www.facebook.com/help/212666185422169?ref%3Dcr&source=gmail-imap&ust=1604178312000000&usg=AOvVaw2z06yYXFSMUJS N4PghK
>>>>
>>>> Once you've logged into your account, you can use our self-service tools
>>>> to access and download your information.
>>>>
>>>> You can access specific types of your Facebook information such as photos,
>>>> posts, reactions and comments using the Access Your Information tool.
>>>>
>>>> https://www.google.com/url?q=https://www.facebook.com/your_information/?ref%3Dcr&source=gmail-imap&ust=1604178312000000&usg=AOvVaw10NwPJDOVCpDX8n50-G23
>>>>
>>>> You can also download a copy of the information you have provided to
>>>> Facebook using the Download Your Information tool:





>>>>
>>>> https://www.google.com/url?q=https://www.facebook.com/)/?ref%3Dcr&source=gmail=imap&ust=1604178312000000&usg=AOVVaw0KFpa-3raRYQ2U0esWETXM (https://www.google.com/url?q=https://www.facebook.com/dyl&source=gmail=imap&ust=1604178312000000&usg=AOVVaaIBphtHmrDJIURqrXKQ4P
>>>>
>>>> You can download your information in an HTML format that is easy to view,
>>>> or in a JSON format, which will allow you to transfer your information to
>>>> another service.
>>>>
>>>> For more information on how to download your information and what's in
>>>> your downloaded file, please visit the Help Center:
>>>>
>>>> https://www.google.com/url?q=https://www.facebook.com/help/212860590074641/?ref%3Dcr&source=gmail=imap&ust=1604178312000000&usg=AOVVaw2eiX4Qr5Pxd2Ve1xy-XPytk
>>>>
>>>> Downloading your information is a password-protected process that only you
>>>> will have access to. Once you've created a file, it will be available for
>>>> download for a few days. Your downloaded file may contain sensitive
>>>> information. You should keep it secure and take precautions when storing,
>>>> sending or uploading it to any other services.
>>>>
>>>> You can also access information about the interests we use to target ads
>>>> to you in Ads Preferences (https://www.facebook.com/ads/preferences&source=gmail=imap&ust=1604178312000000&usg=AOVVaw5H5EsvUDqXurvO9IXfwrcE), and
>>>> you can manage or disconnect the information that businesses and
>>>> organizations share with Facebook about your interactions on their apps and
>>>> websites by using the off-Facebook activity tool (
>>>> https://www.google.com/url?q=https://www.facebook.com/off_facebook_activity&source=gmail=imap&ust=1604178312000000&usg=AOVVaw3oajXw0p8cIRkXnUusUx2i),
>>>>
>>>> You can manage the content and information you share when you use Facebook
>>>> through the Activity Log tool.
>>>>
>>>> https://www.google.com/url?q=https://www.facebook.com/help/437435672945092&source=gmail=imap&ust=1604178312000003&usg=AOVVaaOeJoETZrRwirrKJ63-pzC9.
>>>>
>>>> To learn more about the categories of your Facebook information available
>>>> to you, please visit the Help Center:
>>>>
>>>> https://www.google.com/url?q=https://www.facebook.com/help/930396170305762/?ref%3Dcr&source=gmail=imap&ust=1604178312000006&usg=AOVVaw1O3T4vxnUyZ8grE-S4yA72
>>>>
>>>> Finally, we also encourage you to review our Data Policy, which provides a
>>>> description of the information we collect and how it is used and shared.
>>>> https://www.google.com/url?q=https://www.facebook.com/policy/?ref%3Dcr&source=gmail=imap&ust=1604178312000006&usg=AOVVaw3Bj1i_rGd-_T0-SO7ejoB1
>>>>
>>>> If you have another question or concern, please visit Privacy Basics (
>>>> https://www.google.com/url?q=https://www.facebook.com/about/basics&source=gmail=imap&ust=1604178312000000&usg=AOVVbaq7OV7ejRdckvgCv3NzthF65g) or the Help Center (
>>>> https://www.google.com/url?q=https://www.facebook.com/help&source=gmail=imap&ust=1604178312000000&usg=AOVVaa3eAeqfk8KV8AJ687Ea6DCDV) for additional information.
>>>>
>>>> If you have more questions about accessing and downloading your
>>>> information, please reply to this message.
>>>>
>>>> Thanks,
>>>> The Facebook Team
>>>> --
>>>> Michael Moates
>>> A 1201 Cleveland St #1024, Denton, TX 76201
>>> M 817-999-7534  <817-999-7534>E michaelmoates@gmail.com>
>>> W  https://www.google.com/url?q=https://www.michaelmoates.com&source=gmail=imap&ust=1604178312000000&usg=AOVVaw1xLeIxrCIaskE-u2SVYfUZB  <https://www.google.com/url?q=https://www.michaelmoates.com/&source=gmail=imap&ust=1604178312000000&usg=AOVVaw1zX5VVFZgoEcun3SVKTvs6G>
>>> <https://www.google.com/url?q=http://www.facebook.com/visit/michael/moates&source=gmail=imap&ust=1604178312000006&usg=AOVVaw234iXPe8z5Get8zLdvSmdsx>
>>> <https://www.google.com/url?q=http://www.instagram.com/michaelmoates/&source=gmail=imap&ust=1604178312000003&usg=AOVVaw3KrVBhA7CsPvz3iDqUVb5>
>>> <https://www.google.com/url?q=http://www.facebook.com/michaelsmoates/&source=gmail=imap&ust=1604178312000003&usg=AOVVaw3KreoQHRAFo2-SlgvRcRU>
>>> <https://www.google.com/url?q=http://www.imdb.com/name/nm9910101&source=gmail=imap&ust=1604178312000000&usg=AOVVaw2T4SGXwiJc6OE146VXPu9>
>>> <https://www.google.com/url?q=http://www.youtube.com/channel/UO0rHxohPR7pgUHu5VYZSRO&source=gmail=imap&ust=1604178312000000&usg=AOVVaw8zPLni5Tho3sWrySWyV>
>>> <https://www.google.com/url?q=http://www.linkedin.com/in/michaelsmoates/&source=gmail=imap&ust=1604178312000003&usg=AOVVaw3BCu-cSBRgPtPhY5FFALl>
>>> <https://www.google.com/url?q=http://www.tiktgram.com/michaelsmoates&source=gmail=imap&ust=1604178312000006&usg=AOVVaw0M3VHxyDR3AY36RUr3cK4s/>
>>> IMPORTANT: The contents of this email and any attachments are confidential.
>>> They are intended for the named recipient(s) only. If you have received
>>> this email by mistake, please notify the sender immediately and do not
>>> disclose the contents to anyone or make copies thereof.
>>>
>>
>

1

2     **Exhibit I**

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



**Your Facebook Ads Receipt (Account ID: 1970006869971643)**

Facebook Ads Team <adverise-noreply@support.facebook.com>
Reply-To: noreply <noreply@facebookmail.com>
To: Michael Moates <michael.moates@thenarrativetimes.org>

Receipt for DCC (Account ID: 1970006869971643)

**Summary**

**$1,404.85 USD**
Oct 1, 2020, 12:00 AM - Oct 9, 2020, 11:59 PM
Facebook Ads
You made this manual payment.
Visa*7979
KDGB8X2CK2

| | | |
|---|---|---|
| Misc Freedom - .10 | 13,331 | $1,026.85 |
| Conservative Engagement - .10 | 1,064 | $98.54 |
| DJT, GOP, Moderate - .10 | 3,284 | $280.06 |
| | | $1,404.85 |
| | | $1,404.85 |

Transaction ID: r365553970/251662451543)

Thanks,
The Facebook Ads Team

Manage Your Ads    See Full Receipt

Facebook Ads Team <adverise-noreply@support.facebook.com>
Reply-To: noreply <noreply@facebookmail.com>
To: Michael Moates <michael.moates@thenarrativetimes.org>

Receipt for DCC (Account ID: 1970006869971643)

**Summary**

**$73.22 USD**
Oct 9, 2020, 7:30 AM - Oct 10, 2020, 1:00 PM
Facebook Ads
You made this manual payment.
Visa*7979
G03B8X2CK2

| | | |
|---|---|---|
| Misc Freedom - .10 | 609 | $55.46 |
| DJT, GOP, Moderate - .10 | 129 | $11.77 |
| Conservative Engagement - .10 | 65 | $5.99 |
| | | $73.22 |
| | | $73.22 |

70

M Gmail

**Your Facebook Ads Receipt (Account ID: 1970006859971643)**

Facebook Ads Team <advertise-noreply@support.facebook.com>
Reply-To: noreply <noreply@facebookmail.com>
To: Michael Moates <michael.moates@thenarrativetimes.org>

Sun, Oct 18, 2020 at 11:38 PM

[f]  Receipt for DCC (Account ID: 1970006869971643)

**Summary**

**$1,421.00 USD**

Oct 9, 2020, 12:00 AM – Oct 18, 2020, 11:38 PM

Facebook Ads

Visa*7979

You made this manual payment.

P6SL7XJCK2

| | AMOUNT | TOTAL |
|---|---|---|
| Misc Freedom - .10 | 11,600 | $1,048.42 |
| DJT, GOP, Moderate - .10 | 2,531 | $231.96 |
| Conservative Engagement - .10 | 1,543 | $140.62 |
| | | $1,421.00 |
| TOTAL | | $1,421.00 |

Transaction ID: 336314789596625584545078

Thanks,
The Facebook Ads Team

Manage Your Ads        See Full Receipt

71

1

2 **Exhibit J**

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

facebook

**This page isn't available**

The link you followed may be broken, or the page may have been removed.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Exhibit L**

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York, 10007*

August 31, 2020

Michael Moates

Re:     Grand Jury Subpoena:

    Please be advised that the accompanying grand jury subpoena has been issued in connection with an official criminal investigation of a suspected felony being conducted by a federal grand jury.   The Government hereby requests that you voluntarily refrain from disclosing the existence of the subpoena to any third party.  While you are under no obligation to comply with our request, we are requesting you not to make any disclosure in order to preserve the confidentiality of the investigation and because disclosure of the existence of this investigation might interfere with and impede the investigation.

    If you intend to disclose the existence of this Grand Jury Subpoena request to a third party, please let me know before making any such disclosure.

    Thank you for your cooperation in this matter.

                                            Very truly yours,

                                            AUDREY STRAUSS
                                            Acting United States Attorney

                            By:     *Robert B. Sobelman*
                                            Robert B. Sobelman
                                            Assistant United States Attorney
                                            (212) 637-2616

77

1

2      Grand Jury Subpoena

3                        United States District Court
4                        SOUTHERN DISTRICT OF NEW YORK

            TO:     Michael Moates
5

6

7          GREETINGS:

8          WE COMMAND YOU that all and singular business and excuses being laid aside, you appear and attend before
           the GRAND JURY of the people of the United States for the Southern District of New York, at the United States
9          Courthouse, 40 Foley Square, Room 220, in the Borough of Manhattan, City of New York, New York, in the
           Southern District of New York, at the following date, time and place:
10

11         Appearance Date:        September 17, 2020            Appearance Time:   10:00 a.m.

12         to testify and give evidence in regard to an alleged violation of :

           18 U.S.C. §§ 1341, 1343, 1349, 1956, 1957
13

14         and not to depart the Grand Jury without leave thereof, or of the United States Attorney, and that you
           bring with you and produce at the above time and place the following:
15
           **Please see attached rider**.
16

17
           Failure to attend and produce any items hereby demanded will constitute contempt of court and will
18         subject you to civil sanctions and criminal penalties, in addition to other penalties of the Law.

19         DATED:    New York, New York
                     August 31, 2020
20
                  *Audrey Strauss /RBS*
21         AUDREY STRAUSS
           *Acting United States Attorney for the*
22         *Southern District of New York*
                  *Robert B. Sobelman*
23         Robert B. Sobelman
           Assistant United States Attorney
24         One St. Andrew's Plaza
           New York, New York 10007
25         Telephone:    212-637-2616
           Email: robert.sobelman@usdoj.gov
26                                                                           rev. 02.01.12

27

28

                                            78

**RIDER**

(Grand Jury Subpoena to Michael Moates, dated August 31, 2020)

Ref. No. 2019R01097

**Advice of Rights**

1. You may refuse to answer any question if a truthful answer to the question would tend to incriminate you.

2. Anything that you do say may be used against you by the grand jury or in a subsequent legal proceeding.

3. If you have a lawyer, the grand jury will permit you a reasonable opportunity to step outside the grand jury room to consult with your lawyer if you so desire.

4. If you would like a lawyer but do not have funds to retain one, you may make an application to the United States Magistrate Judge who will decide whether to appoint a lawyer to represent you.

**Instructions and Definitions:**

1. This subpoena calls for the production of categories of documents, records, correspondence, and other written and electronic material, as specified below, in your possession, custody or control. This subpoena covers all responsive documents wherever they may be found, including on computers, email accounts, iCloud accounts, servers, cellphones, and other personal electronic devices, whether in the United States or any foreign jurisdiction.

2. "Documents" refers to any and all documents and records, in whatever form kept, including, but not limited to, writings, emails, text messages, messages sent through "apps" or social media accounts, drawings, graphs, charts, calendar entries, photographs, audio or visual recordings, images, and other data or data compilations, and includes materials on both paper and electronic form.

3.

4.

5. This subpoena does not call for the production of any documents protected by a valid claim of privilege, although any responsive document over which privilege is being asserted must be preserved. Any documents withheld on grounds of privilege must be specifically identified on a privilege log with descriptions sufficient to identify their dates, authors, recipients, and general subject matter.

79

**Materials to be Produced:**

1. 

** Please provide records in electronic format if possible. **

In lieu of an appearance you may comply with this subpoena by providing the requested information, along with a business records certification pursuant to Fed. R. Evid. 803(6) to Postal Inspector Troy A. Pittenger, United States Postal Inspection Service, tapittenger@uspis.gov, 212-330-2459

**IMPORTANT: REQUEST FOR NON-DISCLOSURE**
**Due to the ongoing nature of the investigation, it is requested that you do not disclose any information relating to this grand jury subpoena to any third party.**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Exhibit M**

81

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

facebook

**Donald J. Trump Administration News**

About   Discussion

New Activity



**About**
SHARE NEWS REGARDING POTUS, VPOTUS, THE FIRST OR SECOND FAMILIES, WHITE HOUSE EVENTS OR NEWS, OR ANYTHING REGARDING THE EXECUTIVE BRANCH.

Public
Anyone can see who's in the group and what they post.

Visible
Anyone can find this group

Washington D.C.

General Group

82

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Exhibit N**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Advertisers Who Uploaded a Contact List With Your Information

AdjustPro Solutions

Adult Swim

Aetna Better Health

Appleseed's

Audi Omaha

B/R Gridiron

Bakers

Baxter Auto

Baylor St. Luke's Medical Group

Ben & Jerry's

Biiotta Kitchens

Bleacher Report

Carnation Breakfast Essentials

Cartoon Network

CenterPoint Energy

City Market

CNN

CNN Business

CNN Heroes

CNN Sport

84

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Exhibit P**

1

**Michael Moates** <michael.moates@thenarrativetimes.org>      Tue, Dec 1, 6:09 PM   ☆   ↰   ⋮
to Paven ▾

2

Counselor,

3   I just wanted to give you an update. Today the court issued an order requiring the Clerk of the Court to serve Facebook. So the waiver is not required. I am also going to ask your
client to stop all automatic attempts at chargin me until the deposition of this case. Please let me know if you have any questions or need documentation.

4   Thanks!

5   ...

6   **6:39** ↗

7   ◂ Search

8   ‹   **Credit Builder Transactions**

9

10

11   **Available to Spend**                    **$2.62**

12

13   **Friday, December 4th**

14   [$]   **Facebk U4 Luayjck2**              **-$4.11**

15        2:14 AM

16

17

18

19

20

21

22

23

24

25

26

27

28

89

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Chime <alerts@account.chime.com>                                        Sat, Dec 5, 2:15 AM
to me

chime

# Your Credit Card Was Declined

Hi Michael,

Your Chime Credit Builder Visa® Credit Card was declined for $223.36
at Facebk Yzyz9 Yeck2.

Transfer funds to your Credit Builder secured account to increase your
spending power.

**Move Money**

Sincerely,
The Chime Team

chime

©2020 Chime. All rights reserved.
PO Box 417, San Francisco, CA 94104

Please do not reply to this email. The account isn't monitored, and we don't want to miss hearing
from you.

The **Chime** Credit Builder Secured Account is held by Stride Bank, N.A., Member FDIC. The **Chime**
Credit Builder Visa® Credit Card is issued by Stride Bank, N.A., pursuant to a license from Visa
U.S.A. Inc. and may be used everywhere Visa credit cards are accepted.

This email was sent to you because you have a Chime account.

90

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Your card was declined 🌐  Inbox ×

Chime <alerts@account.chime.com>
to me ▾                                                                   Wed, Dec 9, 2:15 AM

chime

# Your Credit Card Was Declined

Hi Michael,

Your Chime Credit Builder Visa® Credit Card was declined for $173.19
at Facebk J3 Fztx2 Dk2.

Transfer funds to your Credit Builder secured account to increase your
spending power.

**Move Money**

Sincerely,
The Chime Team

chime

©2020 Chime. All rights reserved.
PO Box 417 San Francisco, CA 94104

Please do not reply to this email. This account isn't monitored, and we won't respond to your personal
replies.

The Chime Credit Builder Secured Account is held by Stride Bank, N.A., Member FDIC. The Chime
Credit Builder Visa® Credit Card is issued by Stride Bank, N.A., pursuant to a license from Visa
U.S.A. Inc. and may be used everywhere Visa credit cards are accepted.

For email cap on your accounts, you log in. Chime............

91

1

2

**Exhibit Q**

3

4

M Gmail

Michael Moates <michael.moates@thenarrativetimes.org>

**Account Disabled**

5 messages

5

Michael Moates <michael.moates@thenarrativetimes.org>                                      Tue, Oct 20, 2020 at 10:54 AM
To: ldolan@fb.com

6

Lisa.

7

My FB account has been disabled and I have been given no reason why. I am literally in tears. I don't know what I did. Please help me. I was verified. I spent lots of money on ads and never had any issues. Someone was impersonating me last night and I reported them. Then today I'm locked out.

My Instagram has no issues. I am pretty sure this is a bug.

8

Please help me.

Michael

9

Liza-Bart Dolan <ldolan@fb.com>                                                            Wed, Oct 21, 2020 at 8:39 AM
To: Michael Moates <michael.moates@thenarrativetimes.org>

10

11

We will remove any Facebook Pages, Groups and Instagram accounts representing QAnon, even if they contain no violent content. This is an update from the initial policy in August that removed Pages, Groups and Instagram accounts associated with QAnon when they discussed potential violence while imposing a series of restrictions to limit the reach of other Pages, Groups and Instagram accounts associated with the movement. Pages, Groups and Instagram accounts that represent an identified Militarized Social Movement are already prohibited. And we will continue to disable the profiles of admins who manage Pages and Groups removed for violating this policy, as we began doing in August.

12

You can read more about this policy here: https://about.fb.com/news/2020/08/addressing-movements-and-organizations-tied-to-violence/

13

14

Liza-Bart Dolan

Politics & Government Outreach

15

**e:** ldolan@fb.com

16

17

18

19

20

21

22

23

24

25

26

27

28

92

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Exhibit R**

1
2
3 st in Multiple Languages        Ability to write posts in multiple languages is turned off

**Delete Page?**

If you delete your Page, you will still be able to restore it within 14 days. After
that, you will be asked to confirm that you want to permanently delete it.

Are you sure you want to begin the process of deleting this page?

**Delete Page**   Cancel

rge Pages        Merge duplicate Pages

move Page        Deleting your Page means that nobody will be able to se

**EXHIBIT S**

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

MICHAEL MOATES,

                    Plaintiff,

    v.

FACEBOOK, INC.,

                    Defendant.

Case No. 4:20-CV-00896-ALM-KPJ

**<u>DECLARATION OF JENNY PRICER</u>**

1641646

I, Jenny Pricer, of full age, hereby declare as follows:

1.      For the above-captioned matter, I submit this declaration in support of Defendant Facebook, Inc.'s Motion to Dismiss and Motion to Transfer.  I have personal knowledge of the facts set forth herein unless otherwise noted, and if called to testify as a witness thereto, I could do so competently under oath.

2.      I am an eDiscovery/Litigation Case Manager in the Legal Department at Facebook.  My duties and responsibilities in this role include managing litigation matters involving Facebook, Inc.  As part of my current role, I am regularly involved in assisting to collect evidence about aspects of services across the company's platforms, and have become familiar with the way in which the services have been delivered over time.

3.      Facebook is headquartered in Menlo Park, San Mateo County, California.

4.      Individuals using Facebook services can create and share a variety of content with others.  They can create personal profiles to share their opinions, ideas, photos, videos, and other activities.  They can also create pages that feature entities, brands, businesses, or causes, and they may run advertisements on the Facebook platform.

5.      I understand that as part of the user-registration process in 2014 and through the present, any person who registers for, uses, and continues to use a Facebook account is required to acknowledge that they have read and agreed to Facebook's terms.  These terms are made available via a bright-blue, underlined hyperlink and are available online on Facebook's website.  These terms have variously been referred to as Facebook's "Terms of Use," "Statement of Rights and Responsibilities," and "Terms of Service," through time.

6.      The Terms require a user to acknowledge that, by continuing to use Facebook's services, the user assents to modifications to those terms posted on the Facebook website.

1

1641646

I, Jenny Pricer, of full age, hereby declare as follows:

1.      For the above-captioned matter, I submit this declaration in support of Defendant Facebook, Inc.'s Motion to Dismiss and Motion to Transfer.  I have personal knowledge of the facts set forth herein unless otherwise noted, and if called to testify as a witness thereto, I could do so competently under oath.

2.      I am an eDiscovery/Litigation Case Manager in the Legal Department at Facebook.  My duties and responsibilities in this role include managing litigation matters involving Facebook, Inc.  As part of my current role, I am regularly involved in assisting to collect evidence about aspects of services across the company's platforms, and have become familiar with the way in which the services have been delivered over time.

3.      Facebook is headquartered in Menlo Park, San Mateo County, California.

4.      Individuals using Facebook services can create and share a variety of content with others.  They can create personal profiles to share their opinions, ideas, photos, videos, and other activities.  They can also create pages that feature entities, brands, businesses, or causes, and they may run advertisements on the Facebook platform.

5.      I understand that as part of the user-registration process in 2014 and through the present, any person who registers for, uses, and continues to use a Facebook account is required to acknowledge that they have read and agreed to Facebook's terms.  These terms are made available via a bright-blue, underlined hyperlink and are available online on Facebook's website. These terms have variously been referred to as Facebook's "Terms of Use," "Statement of Rights and Responsibilities," and "Terms of Service," through time.

6.      The Terms require a user to acknowledge that, by continuing to use Facebook's services, the user assents to modifications to those terms posted on the Facebook website.

<div align="center">1</div>

7.      Each version of the Terms of Service from 2014 until the present reserved Facebook's right to remove user content or revoke users' access to Facebook at Facebook's sole discretion.

8.      Each version of the Terms of Service from 2014 until the present contained a forum-selection clause specifying any claim arising out of or relating to Facebook's Terms of Service will be resolved exclusively in the U.S. District Court for the Northern District of California or a state court located in San Mateo County, California.

9.      Each version of the Terms of Service from 2014 until the present specified that any claim arising out of or relating to Facebook's Terms of Service will be governed by California law, without regard to conflict of law provisions.

10.     Plaintiff Michael Moates created a Facebook account on July 13, 2014.  Attached hereto as **Exhibit A** is a true and correct copy of the November 15, 2013 Terms of Service that was in effect in July 2014, as maintained in Facebook's records.

11.     Plaintiff Michael Moates created another Facebook account on February 6, 2017. Attached hereto as **Exhibit B** is a true and correct copy of the January 30, 2015 Terms of Service that was in effect in February 2017, as maintained in Facebook's records.

//

//

//

//

//

2

1641646

12.     Attached hereto as **Exhibit C** is a true and correct copy of the October 1, 2020

Terms of Service that was in effect as of October 20, 2020, the date Plaintiff alleges that

Facebook disabled his accounts.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 3rd

day in February 2021 in Menlo Park, California.


Dated:  February 3, 2021

By:     */s/ Jenny Pricer* _____
        Jenny Pricer

3

1641646

PART TWO OF EXHIBIT S IS A FILING IN COURT THAT
CAN BE VIEWED HERE

https://storage.courtlistener.com/recap/gov.uscourts.txed.202288/gov.uscourts.txed.202288.28.2.pdf

**EXHIBIT T**

# Create Ad

## Goal
What results would you like from this ad?

**Get more website visitors**
Show your ad to people who are likely to click on a URL in it.

**Get more messages on WhatsApp**
Show your ad to people who are likely to send you a message on WhatsApp.

**Get more calls**
Show your ad to people who are likely to call your business.

**Get more messages on Messenger**
Show your ad to people who are likely to send you a message on Facebook.

**Get more page likes**
Create a promotion to help more people find and like your Page.

**Promote your business locally**
Connect with people who are located near your business.

**Get more leads**
Use a form to collect contact information from potential customers.

See Less ⌃

# EXHIBIT V



**Facebook Pixel Helper**
Learn More

One pixel found on www.att.com



Facebook Pixel
Pixel ID: 128900881029137 click to copy

Troubleshoot Pixel
View Analytics

 PageView

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 56532987
Status as of 8/23/2021 9:20 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Michael Moates | | michaelsmoates@gmail.com | 8/21/2021 11:09:04 PM | SENT |
| Michael Moates | | michaelsmoates@gmail.com | 8/21/2021 11:09:04 PM | SENT |

# EXHIBIT 7

<div align="center">

**CAUSE NO. 21-6407-431**

</div>

| | | |
|---|---|---|
| **MR. MICHAEL MOATES,** | § | **IN THE DISTRICT COURT** |
| | § | |
| **DC CHRONICAL LIMITED** | § | |
| | § | |
|    **Plaintiffs,** | § | |
| | § | **431ˢᵗ JUDICIAL DISTRICT** |
| **VS.** | § | |
| | § | |
| **FACEBOOK INC,** | § | |
| | § | |
| **AT&T INC.** | § | **DENTON COUNTY, TEXAS** |
| | | |
|    **Defendants.** | | |

<div align="center">

**AT&T INC'S**
**VERIFIED DENIAL AND ORIGINAL ANSWER**

</div>

Defendant **AT&T INC. ("AT&T")**, an improper party to this lawsuit, files this Verified

Denial and Original Answer, respectfully showing the Court as follows:

<div align="center">

**I.**

**VERIFIED DENIAL AND PLEA IN ABATEMENT**

</div>

Pursuant to Rule 93 of the Texas Rules of Civil Procedure, AT&T asserts that there is a

defect of parties and Plaintiffs sued the wrong defendant.  AT&T is not a proper party.  It was

not involved in the action complained of in the Plaintiffs' petition and engaged in none of the

alleged acts, omissions, or conduct of which Plaintiffs complain.  Accordingly, pursuant Texas

Rule of Civil Procedure 85, Defendant AT&T also files this Plea in Abatement and asks that this

cause be abated.

## II.

## <u>GENERAL DENIAL</u>

Subject to and without waiving the above, and in accordance with Texas Rule of Civil Procedure 92, Defendant generally denies all allegations in Plaintiffs' operative petition and any supplements and amendments thereto. Defendant demands strict proof thereof by a preponderance of the evidence pursuant to Texas Rule of Civil Procedure 92.

## III.

## <u>RESERVATION OF RIGHTS</u>

Subject to and without waiving the above, Defendant reserves the right to amend and supplement this answer, including without limitation to assert additional and specific denials and defenses as discovery and investigation proceeds.

## VI.

## <u>PRAYER</u>

WHEREFORE, PREMISES CONSIDERED, Defendant **AT&T INC.** prays that:

1.      The Court sustain its Verified Denial and/or grant its Plea in Abatement;

2.      Plaintiffs take nothing by their claims;

3.      All costs of court be taxed against Plaintiffs; and

4.      Defendant be awarded such other and further relief to which it is justly entitled.

Respectfully submitted,

_/s/ Amber W. Booker_
Amber Webb Booker
Texas State Bar No. 24075249

AT&T SERVICES, INC.
One AT&T Plaza, Suite 3110
208 South Akard Street
Dallas, Texas 75202-4208
Telephone:  (214) 757-3528
Telecopier:  (214) 746-2211
amber.booker@att.com

**ATTORNEY FOR DEFENDANT
AT&T INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served upon all counsel of record pursuant to the Texas Rules of Civil Procedure on this 24th day of August, 2021:

Mr. Michael Moates                          _Via e-Service:_
2700 Colorado Boulevard #1526               _Michaelsmoates@gmail.com_
Denton, TX 76210
Tel: 817-999-7534

_Pro Per_

_/s/ Amber W. Booker_
Amber Webb Booker

# VERIFICATION OF PAULA M. PHILLIPS

STATE OF NEW JERSEY          §
                             §
COUNTY OF SOMERSET           §

 BEFORE ME, the undersigned authority, personally appeared Paula M. Phillips, who, being by me duly sworn, deposed as follows:

1. My name is Paula M. Phillips.  I am over eighteen years of age, have never been convicted of a felony or crime involving moral turpitude, suffer from no legal disability, and am in all other ways fully capable of making this affidavit.  The facts stated herein are within my personal knowledge and are true and correct.

2. I am a Legal Administrator for AT&T Services, Inc. and am authorized to make this affidavit on behalf of AT&T Inc.  I have served in this position since 1991 and have been with the AT&T family of companies since February 1984.  In my role as a Legal Administrator, I am familiar with the corporate structure of **AT&T INC.**

3. I have reviewed the Verified Special Denial and Plea in Abatement of the foregoing document, and all of the factual statements and assertions contained therein are within my personal knowledge and are true and correct.

FURTHER AFFIANT SAYETH NOT.

 SUBSCRIBED AND SWORN TO BEFORE ME, on this ~~XXX~~ 24th day of August, 2021 to certify which witness my hand and official seal.

Notary Public in and for
The State of New Jersey

My commission expires
on _____



THERESA A. PISCIOTTI
NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES 4/26/2024

STATE OF NEW JERSEY
NOTARY PUBLIC

# EXHIBIT 8





# Franchise Tax Account Status

As of : 09/02/2021 16:11:42

**This page is valid for most business transactions but is not sufficient for filings with the Secretary of State**

| DC CHRONICLE LIMITED | |
|---|---|
| **Texas Taxpayer Number** | 32069122086 |
| **Mailing Address** | 3 GREENWAY PLZ STE 1320 HOUSTON, TX 77046-0305 |
| **❓ Right to Transact Business in Texas** | FRANCHISE TAX INVOLUNTARILY ENDED <u>Request tax clearance to reinstate entity</u> |
| **State of Formation** | TX |
| **Effective SOS Registration Date** | 12/06/2018 |
| **Texas SOS File Number** | 0803181232 |
| **Registered Agent Name** | LEGALCORP SOLUTIONS, LLC |
| **Registered Office Street Address** | 3 GREENWAY PLAZA, SUITE 1320 HOUSTON, TX 77046 |