IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| MICHAEL MOATES, DC CHRONICLE, and DC CHRONICLE LIMITED,<br><br>    Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC. AND AT&T INC.,<br><br>    Defendants. | Case No. 4:21-cv-00694 |

### CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on September 7, 2021 a copy of the documents listed below were served on Plaintiffs Michael Moates, DC Chronicle, DC Chronicle Limited by serving Plaintiffs, via email to Michael Moates, *pro se*, at Michaelsmoates@gmail.com.

1. Defendant Facebook, Inc.'s Notice of Removal with all attachments [Docket No. 1 filed September 7, 2021];

2. Defendant Facebook, Inc.'s Federal Rule of Civil Procedure 7.1 Disclosure and Certification of Interested Parties [Docket No. 2 filed September 7, 2021];

3. Declaration of Jenny Pricer in Support of Defendant Facebook, Inc.'s Notice of Removal [Docket No. 3 filed September 7, 2021];

4. Declaration of W. Hamilton Jordan in Support of Defendant Facebook, Inc.'s Notice of Removal [Docket No. 4 filed September 7, 2021]; and

5. Defendant Facebook, Inc.'s Corrected Civil Cover Sheet [Docket No. 5 filed September 7, 2021].

Dated:  September 7, 2021

Respectfully submitted,

By: */s/ Allison Jacobsen*
Allison Jacobsen
Texas Bar No. 00783549
HUNTON ANDREWS KURTH LLP
1445 Ross Avenue, Suite 3700
Dallas, TX 75202
Telephone:  214.979.3000
Facsimile:  214.880.0011
ajacobsen@huntonak.com

Attorney for Defendant FACEBOOK, INC.