Case 4:20-cv-00896-ALM-KPJ   Document 20-2   Filed 12/28/20   Page 1 of 2 PageID #: 166

FILED: 8/23/2021 8:01 AM
David Trantham
Denton County District Clerk
By: Elizabeth Jones, Deputy

Cause No. 21-6407-431

1

2

3                                **Exhibit A**

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



49

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FACEBOOK

Michael Moates

Page has been deleted

Total spent by Page on ads about social
issues, elections or politics
May 7, 2018 - Nov 22, 2020
United States

**$9,941**
See spend details

**Recently spent by Page on ads about
social issues, elections or politics**
7 days · Nov 16 - Nov 22, 2020
United States

**$0**

Total spent by Page on ads about social
issues, elections or politics
May 7  2018 - Nov 22, 2020
United States

DC Chronicle News

Page has been deleted

**$605**
See spend details

**Recently spent by Page on ads about
social issues, elections or politics**
7 days · Nov 16 - Nov 22, 2020
United States

**$0**

50

