**Exhibit B**



1
2                                               Header
3
4
5
6   Hi Michael,

7   We found that **DC Chronicle News** didn't follow our Community
    Standards. It's against our standards to mislead people or Facebook by
8   things like:
9
       - Misrepresenting your Page's identity or purpose
10     - Using multiple Facebook accounts or sharing accounts between
11       multiple people
       - Creating new accounts or taking other actions to avoid
12       restrictions on posting, commenting or sharing too much
13     - Making it difficult to know your content's origin or making your
         content seem more popular than it is
14
    We may unpublish, restrict or reduce the distribution of your Page if it
15  goes against these or any of our other Community Standards again.
16  These standards are in place to help keep Facebook safe for everyone.

17  View Community Standards
18
    Thanks,
19  The Facebook Team
20
21
22
                        michael.moates@thenarrativetimes.org
23
24                              Header
25       Facebook.     Attention Community Support, 1 Facebook Way, Menlo Park, CA 94025
26
27
28
                                        52

