1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Exhibit C**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Facebook** <case++aazqbxwp2fiwm4@support.facebook.com>  Thu, Oct 8, 3:44 AM
to Michael, me

Hi Michael,

This is Hannah with Facebook Concierge Support. I am writing in regards to your concern about email notifications you are getting from our Facebook Team.

We would like to thank you for sending us the information we recently requested. We were able to investigate and seeing that we the Page https://www.facebook.com/dcchroniclenews/ is in good standing.

I understand that this may have cause confusion on your part and we would like to apologized. Furthermore, please have this reported as a bug by following this link: https://www.facebook.com/help/1126628984024935

You may also review our Community Standards to learn more about our policies: https://www.facebook.com/communitystandards/

I hope that I was still able to answer your questions and addressed your concerns correctly. If you ever need further support, please do not hesitate to reach out to us and we will get back to you soonest possible. You may initiate a new chat via https://www.facebook.com/business/help.

I am really glad that we could at least get some clarity on this matter. Please help us improve by taking a few minutes to complete a survey about your experience with me. We always want to hear from our advertisers about how we can improve the platform. The best way of doing that is by filling out our feedback form: https://www.facebook.com/help/contact/268228883256323. We suggest that you keep an eye on the issue and keep testing to see if a platform change / restores proper functionality to you.

We will proceed to close this ticket now. I hope the above clarifies and I want to thank you for bringing this issue to our attention. To support you better, Facebook's online support hours are from 08:00 to 20:00 UTC+8 (11:00 to 23:00 UTC+11), Mondays to Saturdays.

Thank you for contacting Facebook Concierge Support and we wish you all the best for your business!

Best regards,

Hannah
Concierge | Facebook Support - To learn more about growing your business on Facebook, visit: https://fb.me/learn-blueprint

...

54

