1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Exhibit D**

55

**facebook**    Log Out

### Your Account Has Been Disabled

For more information please visit the Help Center.

Your account was disabled on Oct 20, 2020. If you think your account was disabled by mistake you can submit more information via the Help Center for up to 30 days after your account was disabled. After that, your account will be permanently disabled and you will no longer be able to request a review.

Go To Help Center

English (US)  Español  Français (France)  中文(简体)  العربية  Português (Brasil)  한국어  Italiano  Deutsch  हिन्दी  日本語  ✛

Sign Up   Log In   Messenger   Facebook Lite   Watch   People   Pages   Page Categories   Places   Games   Locations   Marketplace   Facebook Pay
Groups   Jobs   Oculus   Portal   Instagram   Local   Fundraisers   Services   Voting Information Center   About   Create Ad   Create Page   Developers
Careers   Privacy   Cookies   Ad Choices   Terms   Help

Facebook © 2020

