1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Exhibit E**

57



1  Instagram                                                                    Log Into Another Account
2
3
4
5
6
7
8
9
10
11
12                          Thanks for Providing Your Info
13                      We'll review your info and if we can confirm
                        it, you'll be able to request a review in the
14                      Help Center within approximately 24 hours.

15                                      Done
16
17
18
19
20
21
22
23
24
25
26
27
28

