1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Exhibit F**



Case 4:20-cv-00896-ALM-KPJ   Document 20-7   Filed 12/28/20   Page 2 of 5 PageID #: 177

1  **Help**

2  Michael Moates <michael.moates@thenarrativetimes.org>  Tue, Oct 20, 2020 at 9:15 PM
   To: Carolyn Everson <carolyn@fb.com>

3  Carolyn,

   First, let me say thank you for all the help you've given me in the past. Tonight I am in tears and my mother was crying earlier. We've lost all of my high school photos because Facebook disabled my account. It's my understanding that this might be an error given some of my colleagues who have had issues and had them restored. Not to mention I had issues with my account last week when I submitted a ticket to media support they said my account was in good standing. Not only have I lost my memories which I hold dear to my heart my page with my fans over 195k is also gone. Can you please help me get this fixed?

4  It's my life, my job, and I am desperate for help.

   My accounts are
5  https://www.facebook.com/realmichaelmoates (profile)
   https://www.facebook.com/michaelsmoates (page)
   https://www.instagram.com/michaelsmoates

6  Thanks,
   Michael

7  Carolyn Everson <carolyn@fb.com>  Wed, Oct 21, 2020 at 6:18 AM
   To: Michael Moates <michael.moates@thenarrativetimes.org>
   Cc: Meghan Orbe <morbe@fb.com>, Conrad Gibson <cfg@fb.com>

8  Hi

   Looking into it as we speak. Meg, my business lead and Conrad will be on this as well.

9  So sorry this happened—hoping for some resolution.

10

   Conrad Gibson <cfg@fb.com>  Wed, Oct 21, 2020 at 6:30 AM
   To: Michael Moates <michael.moates@thenarrativetimes.org>
11
   Carolyn and Meg to BCC

   Hi Michael, I'll get started on this right away. Can you please advise the email address that was associated with the disabled Facebook account?
12
   Cheers,
   Conrad

13 Conrad Gibson
   Global Business Group
   225 Park Avenue South, 10th floor, New York, NY 10003
14 Facebook | Mobile +1 901.485.2634 | Email cfg@fb.com

   On Oct 21, 2020, at 7:18 AM, Carolyn Everson <carolyn@fb.com> wrote:
15

16  Michael Moates <michael.moates@thenarrativetimes.org>  Wed, Oct 21, 2020 at 8:27 AM
    To: Conrad Gibson <cfg@fb.com>

17  Michael.Moates@thenarrativetimes.org

    Thank you so much!
18  Sent from my iPhone

    On Oct 21, 2020, at 6:31 AM, Conrad Gibson <cfg@fb.com> wrote:
19
    Carolyn and Meg to BCC

20  Conrad Gibson <cfg@fb.com>  Wed, Oct 21, 2020 at 8:30 AM
    To: Michael Moates <michael.moates@thenarrativetimes.org>
21
    Thanks, Michael! I'll be in touch once I have an update from the account team.

22  Conrad Gibson

23  Global Business Group

    225 Park Avenue South, 10th floor, New York, NY 10003
24  Facebook | Mobile +1 901.485.2634 | Email cfg@fb.com

25

26

27

28

60



1  Michael Moates <michael.moates@thenarrativetimes.org>   Wed, Oct 21, 2020 at 9:01 AM
   To: Conrad Gibson <cfg@fb.com>

2  Okay. Much appreciated. Do you have an expected time frame? I'm sorry. I really hope it's not something I did. :(

   Sent from my iPhone

3  On Oct 21, 2020, at 8:47 AM, Conrad Gibson <cfg@fb.com> wrote:

4  Thanks, Michael! I'll be in touch once I have an update from the account team.

5  Conrad Gibson

6  Global Business Group

   225 Park Avenue South, 13th Floor, New York, NY 10003

7  Facebook | Mobile +1 901.461.2034 | Email: cfg@fb.com

8  <image001.gif>

9  Michael Moates <michael.moates@thenarrativetimes.org>   Wed, Oct 21, 2020 at 3:01 PM
   To: Carolyn Everson <carolyn@fb.com>
10 Cc: Meghan Orbe <morbe@fb.com>, Conrad Gibson <cfg@fb.com>

   Conrad,
11 Quick question. While we sort this out will all of my data be preserved? Also, do you have an idea on timing?

   Thanks,
12 Michael

   Sent from my iPhone
13
   On Oct 21, 2020, at 6:18 AM, Carolyn Everson <carolyn@fb.com> wrote:
14

15 Conrad Gibson <cfg@fb.com>   Wed, Oct 21, 2020 at 4:47 PM
   To: Michael Moates <michael.moates@thenarrativetimes.org>
16
   Carolyn and Meg to BCC
17
   Hi Michael! No updates just yet, but I can assure you the team is working on this and I'll revert back as soon as I have additional information.
18
   Cheers,
19 Conrad

20 Conrad Gibson

   Global Business Group
21 225 Park Avenue South, 13th Floor, New York, NY 10003

   Facebook | Mobile +1 901.461.2034 | Email: cfg@fb.com
22

23 FACEBOOK

24 From: Michael Moates <michael.moates@thenarrativetimes.org>
   Date: Wednesday, October 21, 2020 at 4:01 PM
   To: Carolyn Everson <carolyn@fb.com>
25 Cc: Meghan Orbe <morbe@fb.com>, Conrad Gibson <cfg@fb.com>
   Subject: Re: Help

26

27

28

61



1  Michael Moates <michael.moates@thenarrativetimes.org>   Fri, Oct 23, 2020 at 5:37 AM
   To: Conrad Gibson <cfg@fb.com>, Carolyn Everson <carolyn@fb.com>

   Conrad,

2  I know the team is still working on my account however, I wanted to share a few pieces of information with you.

   First, I was having issues with my account the week before it was shut down and I submitted a ticket to the media portal asking for assistance to make sure I was in compliance and was told by Facebook's support team that my pages were in "good standing." The
3  support number for your reference is 6856315223493360.

   Secondly, I have put nearly $10,000 in ads on FB since May of this year. I paid Facebook $1500 the day before my account was disabled and was unable to use the money I paid/invested in ads.

4  Thirdly, around 50 college students who work for my 501(c)3 non-profit charity depend on my ability to have access to our FB pages. They are news interns who write for my organization and get published so they can earn college credits. This has been
   detrimental to them and me. I am not sure what to tell them or my staff at this time. We are going on day four and I am wondering if I should tell them to seek other opportunities.

   I really need an update so I can move forward. Please, please help me get this resolved. It's not only personal to my family and I due to my personal pictures and data but also to my students and organization.
5
   Michael

6  Conrad Gibson <cfg@fb.com>   Fri, Oct 23, 2020 at 11:22 AM
   To: Michael Moates <michael.moates@thenarrativetimes.org>
   Cc: Meghan Orbe <morbe@fb.com>, Carolyn Everson <carolyn@fb.com>
7
   Hi Michael,

8  Apologies for the delay as I worked with our team on your request. I heard back this morning and it seems that your accounts were disabled permanently and, due to policy guidelines, they are unable to share why the accounts were deactivated. I am so sorry this
   happened to you. I asked for more information, but they were unable to share with me. I wish I could give you a better explanation, but unfortunately we have these rules in place to protect a user's privacy. I know that you had a lot of photos saved to your accounts
9  that you wanted to access. They provided me with the following information on how to request data from a closed account:

10 "He can learn about what kinds of data are available to him, and how to access it, via the following links. If he is still having issues accessing his data, he can also contact us through these links and we'd be happy to assist further.

   https://www.facebook.com/help/contact/180237885620953
11 https://help.instagram.com/contact/505535973176393 '

12 Also attached is a screenshot showing the steps he can take to request data for the accounts using the links above."

13 Again, I am so sorry this happened to your accounts. If there is anything else please let me know.

14 Cheers,
   Conrad
15
   Conrad Gibson
16 Executive Assistant to Carolyn Everson - Global Business Group

17

18         Screen_Shot_2020-10-23_at_12.23.54_PM[3].png
           152K
19

20 Michael Moates <michael.moates@thenarrativetimes.org>   Fri, Oct 23, 2020 at 12:01 PM
   To: Conrad Gibson <cfg@fb.com>
   Cc: Meghan Orbe <morbe@fb.com>, Carolyn Everson <carolyn@fb.com>
21 Conrad,

   I have a couple of questions. First , when I click on the links you sent to get my data it says page not found. This doesn't work. Any suggestions on that front?

22 I have to tell you and I mean no disrespect but I don't believe I have done anything wrong. I believe I am being targeted. I haven't done anything questionable. I need to know what the legal service process is for Facebook.

   Thanks,
23 Michael

24 Conrad Gibson <cfg@fb.com>   Fri, Oct 23, 2020 at 2:02 PM
   To: Michael Moates <michael.moates@thenarrativetimes.org>

25 Hi Michael,

26 I am checking on a new link as well as your second question. I'll circle back with an update ASAP.

27

28

                                              62



| | | |
|---|---|---|
| 1 | Conrad Gibson <cfg@fb.com><br>To: Michael Moates <michael.moates@thenarrativetimes.org><br>Cc: Meghan Orbe <morbe@fb.com>, Carolyn Everson <carolyn@fb.com>, Conrad Gibson <cfg@fb.com> | Sat, Oct 24, 2020 at 9:38 AM |

Hi Michael,

Apologies, these links below are active (the original link had a space on the end that was directing you to the error page):

- FB Link: https://www.facebook.com/help/contact/180237685820953
- IG Link: https://help.instagram.com/contact/505535973176353

Regarding an appeal, information should have been emailed to the email address associated with the accounts with instructions to appeal this decision. You can also find that information here as well: __Help Center resources__. Apologies again, but I was not given any specific information as to why the account was disabled as they do not share this information to protect user privacy.

Cheers,

Conrad

Conrad Gibson

Executive Assistant to Carolyn Everson | Global Business Group

225 Park Avenue South, 10th Floor, New York, NY 10003

Facebook | Mobile +1.951.485.2631 | Email: cfg@fb.com

From: Michael Moates <michael.moates@thenarrativetimes.org>
Date: Friday, October 23, 2020 at 1:02 PM
To: Conrad Gibson <cfg@fb.com>

| | | |
|---|---|---|
| 17 | Michael Moates <michael.moates@thenarrativetimes.org><br>To: Conrad Gibson <cfg@fb.com><br>Cc: Meghan Orbe <morbe@fb.com>, Carolyn Everson <carolyn@fb.com> | Sat, Oct 24, 2020 at 10:36 AM |

Conrad,

I'm not trying to be difficult but I didn't receive any email about an appeal. :(

Sent from my iPhone

| | | |
|---|---|---|
| 20 | Conrad Gibson <cfg@fb.com><br>To: Michael Moates <michael.moates@thenarrativetimes.org><br>Cc: Meghan Orbe <morbe@fb.com>, Carolyn Everson <carolyn@fb.com> | Sat, Oct 24, 2020 at 11:44 AM |

Sorry about that, Michael. The information in the help center will have the same information that would have been in the email. You can find it here: __Help Center resources__.

63

