1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Exhibit G**



1  **Accessing and Downloading Your Facebook Information #980943342389228**

Mon, Oct 26, 2020 at 7:54 AM

2  Facebook <case++aazqf14lt3pxd@support.facebook.com>
Reply-To: Facebook <case++aazqf14lt3pxd@support.facebook.com>
To: MichaelMoates@thenarrativetimes.org

3  Hi,

We received your request to learn more about your Facebook information. The Facebook account associated with the email address you provided to us has been disabled for violation of our Terms of Service:
https://www.facebook.com/legal/terms/?ref=CR

4  Please note, our team is unable to help with login or account access questions.

To learn more about why your profile may have been disabled, please visit the Help Center.
https://www.facebook.com/help/103873106370583/?ref=CR

5  If you think your profile may have been disabled by mistake, you can request a review of this decision.

When logging into your account by entering your email address and password, you will be redirected to a page that informs you that your account has been disabled. On-screen instructions can take you through a few steps to request a review.

6  If your account hasn't been disabled and you're able to log in, you can access your Facebook information using our self-service tools.

You can access specific types of your Facebook information, such as photos, posts, reactions and comments, using the Access Your Information tool:
https://www.facebook.com/your_information/?ref=CR

7  You can also download a copy of your Facebook information using the Download Your Information tool:
https://www.facebook.com/dyi/?ref=CR

8  For more information on how to download your information and what's in your downloaded file, please visit the Help Center:
https://www.facebook.com/help/212802592074644/?ref=CR

If you still have questions about getting a copy of your Facebook information, please reply to this email and we'll do our best to help you.

9  Thanks,

Privacy Operations
Facebook

10

>On Sat Oct 24, 2020 14:12:08, Michael Moates wrote:
>My username is real michaelsmoates
11  >Page is michaelsmoates
>Sent from my iPhone
>> On Oct 24, 2020, at 4:05 PM, Facebook <case++aazqf14lt3pxd@support.facebook.com> wrote:
12  >>
>> Hi,
>>
>> You've mentioned that you are looking for help with your Facebook account.
13  >> However, it's not clear to us which account you are looking for help with
>>
>> Please see the following article for details on how to find your account:
>> https://www.google.com/url?q=https://www.facebook.com/help/277538572230448&source=gmail...
>>
14  >> If you could then reply back to us with "username" we will then be able to further assist you with your issue
>>
>> Thank you,
>> Privacy Operations
15  >> Facebook
>>>
>>> On Sat Oct 24, 2020 08:26:58, Michael Moates wrote
>>> I can't access my account for the download.
>>>> On Sat, Oct 24, 2020 at 10:09 AM Facebook <
16  >>>> case++aazqf14lt3pxd@support.facebook.com> wrote:
>>>> Hi,
>>>>
>>>> Thanks for contacting us about accessing your personal data. Please note
17  >>>> we provide a number of self-service tools that allow you to access and
>>>> download specific information we have about you
>>>>
>>>> - Login issues
>>>>
18  >>>> If you can't access your Facebook account, please follow the instructions
>>>> you see when you try to log in. Find more information about what you can do
>>>> in the Help Center https://www.google.com/url?q=https://www.facebook.com/help/263100488592834...
>>>>
19  >>>> Our team can't assist with issues related to accessing your account
>>>>
>>>> - Disable account support
>>>>
20  >>>> If you can't access your account because it has been disabled by Facebook
>>>> and you believe it has been disabled by mistake, you can request a review
>>>> of this decision.
>>>>
21  >>>> When logging into your account by entering your email address and
>>>> password, you will be redirected to a page that informs you that your
>>>> account has been disabled. On-screen instructions can take you through a
>>>> few steps to request a review.
>>>>
22  >>>> - Deactivated account
>>>>
>>>> If your account is currently deactivated, you'll need to first reactivate
>>>> it in order to access your Facebook account information. You can do this by
23  >>>> logging back in with your account email and password
>>>>
>>>> Get help with reactivating your Facebook account
>>>> https://www.google.com/url?q=https://www.facebook.com/help/212661854221697...
24  >>>>
>>>> Once you've logged into your account, you can use our self-service tools
>>>> to access and download your information.
>>>>
25  >>>> You can access specific types of your Facebook information such as photos,
>>>> posts, reactions and comments using the Access Your Information tool.
>>>>
>>>> https://www.google.com/url?q=https://www.facebook.com/your_information/?ref...
>>>>
26  >>>> You can also download a copy of the information you have provided to
>>>> Facebook using the Download Your Information tool.

27

28

65



1  >>>>
   >>>> https://www.google.com/url?q=https://www.facebook.com/dyi/?ref%3Dcr&source=gmail-imap&ust=1604178312000000&usg=AOvVaw0K4ps-3/aRYO2UOzoWETXM (https://www.google.com/url?q=https://www.facebook.com/dyi&source=gmail-imap&ust=1604178312000000&usg=AOvVaw2BjplalimrDJtJRqr3X9q4P
   >>>>
2  >>>> You can download your information in an HTML format that is easy to view,
   >>>> or in a JSON format, which will allow you to transfer your information to
   >>>> another service.
   >>>>
3  >>>> For more information on how to download your information and what's in
   >>>> your downloaded file, please visit the Help Center:
   >>>>
4  >>>> https://www.google.com/url?q=https://www.facebook.com/help/212802592074644/?ref%3Dcr&source=gmail-imap&ust=1604178312000000&usg=AOvVaw2wX4Qr5PxdQYe1Ly-XPytk
   >>>>
   >>>> Downloading your information is a password-protected process that only you
   >>>> will have access to. Once you've created a file, it will be available for
5  >>>> download for a few days. Your downloaded file may contain sensitive
   >>>> information. You should keep it secure and take precautions when storing,
   >>>> sending or uploading it to any other services.
   >>>>
6  >>>> You can also access information about the interests we use to target ads
   >>>> to you in Ads Preferences (https://www.google.com/url?q=https://www.facebook.com/ads/preferences&source=gmail-imap&ust=1604178312000000&usg=AOvVaw5H5EsoUDqXtcruO8VAu/ccE), and
   >>>> you can manage or disconnect the information that businesses and
7  >>>> organizations share with Facebook about your interactions on their apps and
   >>>> websites by using the off-Facebook activity tool (
   >>>> https://www.google.com/url?q=https://www.facebook.com/off_facebook_activity&source=gmail-imap&ust=1604178312000000&usg=AOvVaw3oajXw0p0clkkXmUcw.Ux2I).
   >>>>
8  >>>> You can manage the content and information you share when you use Facebook
   >>>> through the Activity Log tool:
   >>>>
9  >>>> https://www.google.com/url?q=https://www.facebook.com/help/437430672945092&source=gmail-imap&ust=1604178312000000&usg=AOvVawCeUoETZcRwirrKJ33-pzC9.
   >>>>
   >>>> To learn more about the categories of your Facebook information available
   >>>> to you, please visit the Help Center:
10 >>>>
   >>>> https://www.google.com/url?q=https://www.facebook.com/help/930396167085762?ref%3Dcr&source=gmail-imap&ust=1604178312000000&usg=AOvVaw3Q9TdvnUyZDpIE-Sdjk72
   >>>>
   >>>> Finally, we also encourage you to review our Data Policy, which provides a
11 >>>> description of the information we collect and how it is used and shared:
   >>>> https://www.google.com/url?q=https://www.facebook.com/policy.php?ref%3Dcr&source=gmail-imap&ust=1604178312000000&usg=AOvVaw3Bjla_rGz-_TO-SCj7opBT
   >>>>
12 >>>> If you have another question or concern, please visit Privacy Basics (
   >>>> https://www.google.com/url?q=https://www.facebook.com/about/basics&source=gmail-imap&ust=1604178312000000&usg=AOvVaw2?OV7qRdckvgCv3X2NF65g) or the Help Center (
   >>>> https://www.google.com/url?q=https://www.facebook.com/help&source=gmail-imap&ust=1604178312000000&usg=AOvVaw3eAeq/b8KV9AJ887EaUDGV/) for additional information.
   >>>>
13 >>>> If you have more questions about accessing and downloading your
   >>>> information, please reply to this message.
   >>>>
   >>>> Thanks,
14 >>>> The Facebook Team
   >>>>
   >>>> --
15 >>> Michael Moates
   >>> Journalist
   >>> A 1201 Cleveland St #1024, Denton, TX 76201
   >>> M 817-999-7534  <817-999-7534>E michaelsmoates@gmail.com
16 >>> <michaelsmoates@gmail.com>
   >>> W https://www.google.com/url?q=https://www.michaelmoates.com&source=gmail-imap&ust=1604178312000000&usg=AOvVaw1xLeAvcClwkEu2SYYNJZB <https://www.google.com/url?q=https://www.michaelmoates.com&source=gmail-imap&ust=1604178312000000&usg=AOvVaw1zX5VfFZgoEcxn35VK7vs6G>
17 >>> <https://www.google.com/url?q=http://www.facebook.com/realmichaelmoates&source=gmail-imap&ust=1604178312000000&usg=AOvVaw234JXPe8obGelBzLdvSm6n>
   >>> <https://www.google.com/url?q=http://www.instagram.com/michaelsmoates&source=gmail-imap&ust=1604178312000000&usg=AOvVaw3WBAf7dwPirtjACtvpyVb5>
   >>> <https://www.google.com/url?q=http://www.facebook.com/michaelsmoates&source=gmail-imap&ust=1604178312000000&usg=AOvVaw0KoesOHRAFo2-Sigv9dRU>
   >>> <https://www.google.com/url?q=http://www.imdb.com/name/nm7941013/&source=gmail-imap&ust=1604178312000000&usg=AOvVaw2T4SGhIrJc6OE146YAPcl>
18 >>> <https://www.google.com/url?q=http://www.youtube.com/channel/UCQkNItnhPr7ggUHvRV1ZSRQ&source=gmail-imap&ust=1604178312000000&usg=AOvVaw2cPLmF5TixBziKh1pSV-yV>
   >>> <https://www.google.com/url?q=http://www.linkedin.com/in/michaelsmoates/&source=gmail-imap&ust=1604178312000000&usg=AOvVaw3BCL-oSB7gPP7rY5IF9AUx>
   >>> <https://www.google.com/url?q=https://instagram.com/michaelsmoates&source=gmail-imap&ust=1604178312000000&usg=AOvVaw0WHxyOR3AhJdRU3sK4gJ>
   >>> IMPORTANT: The contents of this email and any attachments are confidential.
19 >>> They are intended for the named recipient(s) only. If you have received
   >>> this email by mistake, please notify the sender immediately and do not
   >>> disclose the contents to anyone or make copies thereof.
20 >>>
   >>
   >

