**Exhibit I**



Case 4:20-cv-00896-ALM-KPJ   Document 20-10   Filed 12/28/20   Page 2 of 3 PageID #: 187

**Your Facebook Ads Receipt (Account ID: 1970006869971643)**

Facebook Ads Team <advertise-noreply@support.facebook.com>
Reply-To: noreply <noreply@facebookmail.com>
To: Michael Moates <michael.moates@thenarrativetimes.org>

Sat, Oct 10, 2020 at 2:09 PM

Receipt for DCC (Account ID: 1970006869971643)

**Summary**

**$1,404.85 USD**

Oct 1, 2020, 12:00 AM - Oct 9, 2020, 11:59 PM
Facebook Ads
Visa *7879
KD3B8X2CK2

You made this manual payment.

| | | |
|---|---|---|
| Misc Freedom - .10 | 13,331 | $1,026.25 |
| Conservative Engagement - .10 | 1,064 | $98.54 |
| DJT, GOP, Moderate - .10 | 3,284 | $280.06 |
| | | $1,404.85 |
| | | $1,404.85 |

Transaction ID: 336569397721589-515446

Thanks,
The Facebook Ads Team

Manage Your Ads    See Full Receipt

---

Facebook Ads Team <advertise-noreply@support.facebook.com>
Reply-To: noreply <noreply@facebookmail.com>
To: Michael Moates <michael.moates@thenarrativetimes.org>

Sat, Oct 10, 2020 at 2:09 PM

Receipt for DCC (Account ID: 1970006869971643)

**Summary**

**$73.22 USD**

Oct 9, 2020, 7:00 AM - Oct 10, 2020, 1:00 PM
Facebook Ads
Visa *7879
OD3B8X2CK2

You made this manual payment.

| | | |
|---|---|---|
| Misc Freedom - .10 | 609 | $55.46 |
| DJT, GOP, Moderate - .10 | 129 | $11.77 |
| Conservative Engagement - .10 | 65 | $5.99 |
| | | $73.22 |
| | | $73.22 |



# Gmail

**Your Facebook Ads Receipt (Account ID: 1970006869971643)**

Facebook Ads Team <advertise-noreply@support.facebook.com>
Reply-To: noreply <noreply@facebookmail.com>
To: Michael Moates <michael.moates@thenarrativetimes.org>

Sun, Oct 18, 2020 at 11:38 PM

Receipt for DCC (Account ID: 1970006869971643)

**Summary**

**$1,421.00 USD**

Date Range
Oct 9, 2020, 12:00 AM – Oct 18, 2020, 11:38 PM

Product
Facebook Ads

You made this manual payment.

Payment Method
Visa*7979

Reference Number
P65L7XJCK2

| Campaign | Impressions | Amount |
|---|---|---|
| Misc Freedom - .10 | 11,500 | $1,048.42 |
| DJT, GOP, Moderate - .10 | 2,531 | $231.96 |
| Conservative Engagement - .10 | 1,543 | $140.62 |
| | | $1,421.00 |
| | | $1,421.00 |

Transaction ID: 3363147850406285-6454678

Thanks,
The Facebook Ads Team

Manage Your Ads    See Full Receipt

