1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Exhibit J**



**facebook**

This page isn't available
The link you followed may be broken, or the page may have been removed.

