1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Exhibit N**

| # | |
|---|---|
| 1 | Advertisers Who Uploaded a Contact List With Your Information |
| 2 | AdjustPro Solutions |
| 3 | Adult Swim |
| | Aetna Better Health |
| 4 | Appleseed's |
| | Audi Omaha |
| 5 | B/R Gridiron |
| | Bakers |
| 6 | Baxter Auto |
| 7 | Baylor St. Luke's Medical Group |
| | Ben & Jerry's |
| 8 | Bilotta Kitchens |
| | Bleacher Report |
| 9 | Carnation Breakfast Essentials |
| 10 | Cartoon Network |
| | CenterPoint Energy |
| 11 | City Market |
| | CNN |
| 12 | CNN Business |
| | CNN Heroes |
| 13 | CNN Sport |

