# Exhibit Q

**M Gmail**  Michael Moates <michael.moates@thenarrativetimes.org>

**Account Disabled**
5 messages

**Michael Moates** <michael.moates@thenarrativetimes.org>  Tue, Oct 20, 2020 at 10:54 AM
To: ldolan@fb.com

Lisa,

My FB account has been disabled and I have been given no reason why. I am literally in tears. I don't know what I did. Please help me. I was verified. I spent lots of money on ads and never had any issues. Someone was impersonating me last night and I reported them. Then today I'm locked out.

My Instagram has no issues. I am pretty sure this is a bug.

Please help me.

M

**Liza-Bart Dolan** <ldolan@fb.com>  Wed, Oct 21, 2020 at 8:39 AM
To: Michael Moates <michael.moates@thenarrativetimes.org>

We will remove any Facebook Pages, Groups and Instagram accounts representing QAnon, even if they contain no violent content. This is an update from the initial policy in August that removed Pages, Groups and Instagram accounts associated with QAnon when they discussed potential violence while imposing a series of restrictions to limit the reach of other Pages, Groups and Instagram accounts associated with the movement. Pages, Groups and Instagram accounts that represent an identified Militarized Social Movement are already prohibited. And we will continue to disable the profiles of admins who manage Pages and Groups removed for violating this policy, as we began doing in August.

You can read more about this policy here: https://about.fb.com/news/2020/08/addressing-movements-and-organizations-tied-to-violence/

Liza-Bart Dolan
Politics & Government Outreach
e: ldolan@fb.com



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

