1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Exhibit R**

|    |                                                                                                                                                                                                                       |
|----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 1  |                                                                                                                                                                                                                       |
| 2  |                                                                                                                                                                                                                       |
| 3  | st in Multiple Languages                                                                                                                                                                                              |
| 4  | **Delete Page?**                                                                                                                                                                                                      |
| 5  |                                                                                                                                                                                                                       |
| 6  | If you delete your Page, you will still be able to restore it within 14 days. After that, you will be asked to confirm that you want to permanently delete it.                                                       |
| 7  |                                                                                                                                                                                                                       |
| 8  | Are you sure you want to begin the process of deleting this page?                                                                                                                                                     |
| 9  |                                                                                                                                                                                                                       |
| 10 | **Delete Page**   Cancel                                                                                                                                                                                              |
| 11 |                                                                                                                                                                                                                       |
| 12 | rge Pages                                                                                                                                                                                                             |
| 13 | move Page           Deleting your Page means that nobody will be able to se                                                                                                                                          |

