EXHIBIT T

# Create Ad

## Goal
What results would you like from this ad?

- **Get more website visitors** ●
  Show your ad to people who are likely to click on a URL in it.

- **Get more messages on WhatsApp** ○
  Show your ad to people who are likely to send you a message on WhatsApp.

- **Get more calls** ○
  Show your ad to people who are likely to call your business.

- **Get more messages on Messenger** ○
  Show your ad to people who are likely to send you a message on Facebook.

- **Get more page likes** ○
  Create a promotion to help more people find and like your Page.

- **Promote your business locally** ○
  Connect with people who are located near your business.

- **Get more leads** ○
  Use a form to collect contact information from potential customers.

See Less ∧

