# EXHIBIT V



Facebook Pixel Helper
Learn More

One pixel found on www.att.com



Facebook Pixel
Pixel ID: 128900881029137 click to copy

Troubleshoot Pixel
View Analytics

▶ ● PageView



## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 56532987
Status as of 8/23/2021 9:20 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| Michael Moates | | michaelsmoates@gmail.com | 8/21/2021 11:09:04 PM | SENT |
| Michael Moates | | michaelsmoates@gmail.com | 8/21/2021 11:09:04 PM | SENT |

CERTIFIED A TRUE AND CORRECT COPY OF THE RECORD ON FILE IN MY OFFICE
DAVID TRANTHAM
DENTON COUNTY DISTRICT CLERK
Date: 9/8/21
By: _____ Deputy Clerk