FILED: 8/24/2021 10:44 AM
David Trantham
Denton County District Clerk
By: Velia Duong, Deputy

CAUSE NO. 21-6407-431

| | | |
|---|---|---|
| MR. MICHAEL MOATES, | § § § | IN THE DISTRICT COURT |
| DC CHRONICAL LIMITED | § § | |
| Plaintiffs, | § § | |
| | § | 431st JUDICIAL DISTRICT |
| VS. | § § | |
| FACEBOOK INC, | § § | |
| AT&T INC. | § | DENTON COUNTY, TEXAS |
| Defendants. | | |

## AT&T INC'S
## VERIFIED DENIAL AND ORIGINAL ANSWER

Defendant **AT&T INC. ("AT&T")**, an improper party to this lawsuit, files this Verified Denial and Original Answer, respectfully showing the Court as follows:

### I.

### VERIFIED DENIAL AND PLEA IN ABATEMENT

Pursuant to Rule 93 of the Texas Rules of Civil Procedure, AT&T asserts that there is a defect of parties and Plaintiffs sued the wrong defendant. AT&T is not a proper party. It was not involved in the action complained of in the Plaintiffs' petition and engaged in none of the alleged acts, omissions, or conduct of which Plaintiffs complain. Accordingly, pursuant Texas Rule of Civil Procedure 85, Defendant AT&T also files this Plea in Abatement and asks that this cause be abated.



AT&T INC.'S VERIFIED DENIAL AND ORIGINAL ANSWER

Page 1

Exhibit 11

## II.

## GENERAL DENIAL

Subject to and without waiving the above, and in accordance with Texas Rule of Civil Procedure 92, Defendant generally denies all allegations in Plaintiffs' operative petition and any supplements and amendments thereto. Defendant demands strict proof thereof by a preponderance of the evidence pursuant to Texas Rule of Civil Procedure 92.

## III.

## RESERVATION OF RIGHTS

Subject to and without waiving the above, Defendant reserves the right to amend and supplement this answer, including without limitation to assert additional and specific denials and defenses as discovery and investigation proceeds.

## VI.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendant **AT&T INC.** prays that:

1. The Court sustain its Verified Denial and/or grant its Plea in Abatement;
2. Plaintiffs take nothing by their claims;
3. All costs of court be taxed against Plaintiffs; and
4. Defendant be awarded such other and further relief to which it is justly entitled.



Respectfully submitted,

*/s/ Amber W. Booker*
Amber Webb Booker
Texas State Bar No. 24075249

AT&T SERVICES, INC.
One AT&T Plaza, Suite 3110
208 South Akard Street
Dallas, Texas 75202-4208
Telephone: (214) 757-3528
Telecopier: (214) 746-2211
amber.booker@att.com

**ATTORNEY FOR DEFENDANT
AT&T INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served upon all counsel of record pursuant to the Texas Rules of Civil Procedure on this 24th day of August, 2021:

Mr. Michael Moates
2700 Colorado Boulevard #1526
Denton, TX 76210
Tel: 817-999-7534

*Via e-Service:*
*Michaelsmoates@gmail.com*

*Pro Per*

*/s/ Amber W. Booker*
Amber Webb Booker



## VERIFICATION OF PAULA M. PHILLIPS

STATE OF NEW JERSEY §
§
COUNTY OF SOMERSET §

BEFORE ME, the undersigned authority, personally appeared Paula M. Phillips, who, being by me duly sworn, deposed as follows:

1. My name is Paula M. Phillips. I am over eighteen years of age, have never been convicted of a felony or crime involving moral turpitude, suffer from no legal disability, and am in all other ways fully capable of making this affidavit. The facts stated herein are within my personal knowledge and are true and correct.

2. I am a Legal Administrator for AT&T Services, Inc. and am authorized to make this affidavit on behalf of AT&T Inc. I have served in this position since 1991 and have been with the AT&T family of companies since February 1984. In my role as a Legal Administrator, I am familiar with the corporate structure of **AT&T INC.**

3. I have reviewed the Verified Special Denial and Plea in Abatement of the foregoing document, and all of the factual statements and assertions contained therein are within my personal knowledge and are true and correct.

FURTHER AFFIANT SAYETH NOT.

SUBSCRIBED AND SWORN TO BEFORE ME, on this ~~XXX~~ 24th day of August, 2021 to certify which witness my hand and official seal.

Notary Public in and for
The State of New Jersey

My commission expires on _____


THERESA A. PISCIOTTI
NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES 4/26/2024



**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Maritza Salinas on behalf of Amber Booker
Bar No. 24075249
ms795s@att.com
Envelope ID: 56586815
Status as of 8/24/2021 11:42 AM CST

Associated Case Party: MichaelSMoates

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Michael Moates | | michaelsmoates@gmail.com | 8/24/2021 10:44:40 AM | SENT |

Associated Case Party: Facebook, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| W. Hamiliton Jordan | | wjordan@keker.com | 8/24/2021 10:44:40 AM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Michael Moates | | michaelsmoates@gmail.com | 8/24/2021 10:44:40 AM | SENT |
| Michael Moates | | michaelsmoates@gmail.com | 8/24/2021 10:44:40 AM | SENT |

Associated Case Party: AT&T INC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Amber Booker | | amber.booker@att.com | 8/24/2021 10:44:40 AM | SENT |
| Maritza Salinas | | ms795s@att.com | 8/24/2021 10:44:40 AM | SENT |
| Michele MacIver | | michele.maciver@att.com | 8/24/2021 10:44:40 AM | SENT |

CERTIFIED A TRUE AND CORRECT COPY OF THE RECORD ON FILE IN MY OFFICE
DAVID TRANTHAM
DENTON COUNTY DISTRICT CLERK
Date 9/8/21
By: Deputy Clerk