IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| MICHAEL MOATES, DC CHRONICLE, and DC CHRONICLE LIMITED,<br><br>  Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC. AND AT&T INC.,<br><br><br>  Defendants. | Case No. 4:21-cv-00694 |

## MOTION FOR ENTRY OF STIPULATION
## REGARDING DEADLINES RELATED TO REMOVAL AND REMAND

Plaintiffs Michael Moates, DC Chronicle and DC Chronicle Limited ("Plaintiffs"), and Defendant Facebook, Inc. ("Defendant"), by and through their undersigned counsel, request the Court to enter the stipulation attached as Exhibit A.

Dated:  September 9, 2021    Respectfully submitted,

By: /s/ *Allison Jacobsen*
Allison Jacobsen
Texas Bar No. 00783549
HUNTON ANDREWS KURTH LLP
1445 Ross Avenue, Suite 3700
Dallas, TX 75202
Telephone:  214.979.3000
Facsimile:  214.880.0011
ajacobsen@huntonak.com

Attorney for Defendant FACEBOOK, INC.

By:  /s/ *Michael Moates*
Michael Moates, *pro se*
2700 Colorado Blvd., No. 1526
Denton, TX 76201
*Pro se Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of September, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of the same to all counsel of record.  I further certify that I have served Plaintiffs via e-mail at michaelsmoates@gmail.com.

By:  /s/ *Allison Jacobsen*