IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| MICHAEL MOATES, DC CHRONICLE, and DC CHRONICLE LIMITED,<br><br>  Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC. AND AT&T INC.,<br><br>  Defendants. | Case No. 4:21-cv-00694 |

## MOTION FOR ENTRY OF STIPULATION
## REGARDING DEADLINES RELATED TO REMOVAL AND REMAND

Plaintiffs Michael Moates, DC Chronicle and DC Chronicle Limited ("Plaintiffs"), and Defendant Facebook, Inc. ("Defendant"), by and through their undersigned counsel, request the Court to enter the stipulation agreed to by the parties and submitted as a proposed order.

Dated:  September 16, 2021

Respectfully submitted,

By: /s/ *Allison Jacobsen*
Allison Jacobsen
Texas Bar No. 00783549
HUNTON ANDREWS KURTH LLP
1445 Ross Avenue, Suite 3700
Dallas, TX 75202
Telephone:  214.979.3000
Facsimile:  214.880.0011
ajacobsen@huntonak.com

Attorney for Defendant FACEBOOK, INC.

By:  /s/ *Michael Moates*
Michael Moates, *pro se*
2700 Colorado Blvd., No. 1526
Denton, TX 76201
*Pro se Plaintiff*

**CERTIFICATE OF CONFERENCE**

I, Allison F. Jacobsen, hereby certify that I spoke today with Amber W. Booker, counsel for AT&T in this matter.  AT&T agrees to the Motion and related stipulation.  Ms. Booker confirmed that AT&T expects to file a Motion to Dismiss in state court in the unlikely event this case is remanded based on the lack of any timely or relevant contact with Mr. Moates. *See* Dkt. 9 (AT&T Inc.'s Verified Denial and Original Answer) (pleading that "Plaintiffs sued the wrong defendant," that AT&T "was not involved in the action complained of in the Plaintiffs' petition," and that AT&T "is not a proper party"); Dkt. No. 1 (Facebook's Notice of Removal) at ¶¶ 23–28 (arguing that AT&T was improperly joined).

Plaintiffs also previously confirmed that they agree to the Motion and related stipulation.

Allison F. Jacobsen

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of September, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of the same to all counsel of record.  I further certify that I have served AT&T and Plaintiffs via email.

By: /s/ *Allison Jacobsen*