IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MICHAEL MOATES, DC CHRONICLE, and DC CHRONICLE LIMITED, <br><br> Plaintiffs, <br><br> v. <br><br> FACEBOOK, INC., and AT&T, INC., <br><br> Defendants. | § § § § § § § § § § § | Civil Action No.: 4:21-cv-694-ALM-KPJ |

### ORDER

Pending before the Court is the parties' Motion for Entry of Stipulation Regarding Deadlines Related to Removal and Remand (the "Motion") (Dkt. 11), wherein Plaintiffs Michael Moates, DC Chronicle, and DC Chronicle Limited (together, "Plaintiffs") and Defendant Facebook, Inc., request the Court enter an order setting certain deadlines stipulated to by the parties. *See* Dkt. 11. Although Defendant AT&T, Inc., has not joined the Motion, Plaintiffs and Defendant Facebook, Inc., represent that AT&T, Inc., agrees to the Motion and the stipulations contained therein. Dkt. 11 at 2. Having considered the Motion, the Court finds that it should be **GRANTED.**

**IT IS HEREBY ORDERED** that Plaintiffs shall have until October 7, 2021, to file a motion to remand. If such motion is timely filed, Defendant Facebook, Inc., shall file a response, if any, no later than October 28, 2021, and Plaintiffs shall file a reply, if any, no later than November 11, 2021.

**IT IS FURTHER ORDERED** that all deadlines in this matter, including deadlines to file responsive pleadings with the Court, are tolled until October 7, 2021. However, if Plaintiff files a motion to remand on or before October 7, 2021, all deadlines in this matter, including deadlines to

file responsive pleadings with the Court, shall be tolled until entry of the Court's order on Plaintiffs' motion to remand. Upon the Court's resolution of Plaintiff's motion to remand, Facebook, Inc., shall have a minimum of twenty-one (21) days to file an answer or otherwise respond to Plaintiff's Complaint (whether in this Court or state court).

**So ORDERED and SIGNED this 21st day of September, 2021.**

KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE