**U.S. DISTRICT COURT**

**EASTERN DISTRICT OF TEXAS**

4:21-cv-694

| | |
|---|---|
| Mr. Michael Moates; | Case No.: 4:20-cv-00896 |
| DC Chronicle; | |
| DC Chronicle Limited | **MOTION FOR LEAVE TO FILE** |
| Plaintiffs | **AMENDED COMPLAINT** |
| v. | |
| Facebook Inc.; | FILED |
| AT&T | OCT 27 2021 |
| Defendants | Clerk, U.S. District Court Eastern District of Texas |

Plaintiff Michael Moates herby requests this court grant an order allowing for the Plaintiff Michael Moates to file an amended complaint for the following reasons:

1. Party AT&T is being dismissed.

2. Plaintiff DC Chronicle and DC Chronicle Limited are going to pursue separate action in small claims court.

3. Plaintiff DC Chronicle and DC Chronicle Limited cannot be represented pro se, as this court, previously acknowledged[1].

4. This case has been removed to federal court and as such the pleading will be approached in accordance with the Federal Rules of Civil Procedure and Federal Rules of Evidence.

---

[1] Moates v Facebook - Case 4:20-cv-00896-ALM-KPJ – DK. 12

- 1 -

5. New evidence that is vital to this case has come to light since the petition was filed.

Request order prior to Ruling on Transfer motion

*[signature]*

Michael Moates

2700 Colorado Boulevard #1526

Denton, TX 76210

(817)999-7534

michael.moates@thenarrativetimes.org

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with this document via email pursuant to Local Rule CV-5.

*[signature]*

Michael Moates

2700 Colorado Boulevard #1526

Denton, TX 76210

(817)999-7534

michael.moates@thenarrativetimes.org