IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MICHAEL MOATES, DC CHRONICLE, DC CHRONICLE LIMITED | § § § § | |
| Plaintiffs, | § § | Civil Action No. 4:21-cv-694-ALM-KPJ |
| v. | § § | |
| FACEBOOK INC., | § § § | |
| Defendant. | § | |

**PROPOSED ORDER GRANTING FACEBOOK, INC.'S MOTION TO TRANSFER**

Pending before the Court is Defendant Facebook Inc.'s ("Facebook") Motion to Transfer Pursuant to 28 U.S.C. § 1404(a) (the "Motion") (Dkt. 20), wherein Facebook requests this action be transferred to the Northern District of California pursuant to its forum selection clauses. On _____ 2021, Plaintiff Michael Moates ("Plaintiff") filed a response (Dkt. ____), to which Facebook filed a reply (Dkt. ___). This Court has previously considered similar claims by these Plaintiffs and issued a Report and Recommendation in *Michael Moates v. Facebook, Inc.*, Civ. Action No. 4:20-cv-896-ALM-KPG (at Dkt. 42) to grant Facebook's Motion to Transfer. Having considered the arguments and applicable authorities in this substantially similar matter, the Court determines that the Motion (Dkt. _____) is **GRANTED**.

113154.0000007 EMF_US 87160359v1