# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF TEXAS

# SHERMAN DIVISION

| | |
|---|---|
| MICHAEL MOATES, DC CHRONICLE, and DC CHRONICLE LIMITED,<br><br>    Plaintiffs,<br><br>  v.<br><br>FACEBOOK, INC. and AT&T INC.,<br><br>    Defendants. | Case No. 4:21-cv-00694 |

**FACEBOOK, INC.'S REPLY IN SUPPORT OF MOTION TO TRANSFER**

1769044

Plaintiffs Michael Moates, DC Chronicle, and DC Chronicle Limited have failed to file any opposition to the Motion to Transfer Venue filed by Facebook, Inc. (herein "Facebook"). *See* Dkt. 20 (Facebook's Motion); Dkt. 17 at 2 (ordering that "Plaintiffs shall file a response, if any," to Facebook's Motion to Transfer "no later than November 12, 2021.").

For the reasons set forth in Facebook's opening brief (Dkt. 20), this Court should grant Facebook's Motion, which is now unopposed, and transfer this case to the Northern District of California.

Dated:  November 16, 2021              Respectfully submitted,

By: _____
Allison Jacobsen
Texas Bar No. 00783549
HUNTON ANDREWS KURTH LLP
1445 Ross Avenue, Suite 3700
Dallas, TX 75202
Telephone:  214.979.3000
Facsimile:  214.880.0011
ajacobsen@huntonak.com
*Attorney for Defendant FACEBOOK, INC.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of November, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of the same to all counsel of record.  I further certify that I have served AT&T, Inc. and Plaintiffs via email.

By: _____
Allison Jacobsen

1769044