# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

MICHAEL MOATES, DC §
CHRONICLE, and DC CHRONICLE §
LIMITED, §
§
     **Plaintiffs,** §       **Civil Action No.: 4:21-cv694-ALM-KPJ**
§
**v.** §
§
**FACEBOOK, INC., and AT&T INC.** §
§
     **Defendants.** §

### <u>ORDER</u>



TATES DISTRICT COURT
RN DISTRICT OF TEXAS
ed States Courthouse
7940 Preston Road
Plano, Texas 75024

OFFICIAL BUSINESS

7020 2450 0001 8814 5713



$ 007.33⁰
02 1P
0000917701   OCT 20 2021
   CODE 75024

RECEIVED

NOV 22 2021

Clerk, U.S. District Court
Eastern District of Texas

11/22

Michael  Moates
2700 Colorado Boulevard, No. 1526
Denton, TX 76210

NIXIE     750  DE 1      0011/16/21

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

SC: 75024236099   *2034-01088-20-44