# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| MICHAEL MOATES, <br> DC CHRONICLE, and <br> DC CHRONICLE LIMITED, <br><br> Plaintiffs, <br><br> v. <br><br> FACEBOOK, INC., and <br> AT&T INC., <br><br> Defendants. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | Civil Action No.: 4:21-cv-694-ALM-KPJ |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On December 20, 2021, the Magistrate Judge entered proposed findings of fact and recommendations (the "Report") (Dkt. #24) that Plaintiffs' Michael Moates, DC Chronicle, and DC Chronicle Limited's Motion for Leave to File Amended Complaint (the "Motion") (Dkt. 18) be granted. *See* Dkt. #24.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

Accordingly, it is hereby **ORDERED, ADJUDGED, AND DECREED** that Plaintiffs DC Chronicle and DC Chronicle Limited's claims in this action are **DISMISSED WITHOUT PREJUDICE**. Each party shall bear its own costs.

It is further **ORDERED, ADJUDGED, AND DECREED** that Plaintiff Michael Moates's claims against Defendant AT&T Inc. are **DISMISSED WITHOUT PREJUDICE.**

**SIGNED this 8th day of March, 2022.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE