# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| MICHAEL MOATES, <br> DC CHRONICLE, and <br> DC CHRONICLE LIMITED <br><br> **Plaintiffs,** <br><br> v. <br><br> FACEBOOK, INC. and <br> AT&T INC., <br><br> **Defendants.** | § <br> § <br> § <br> § <br> § Civil Action No. 4:21-cv-694-ALM-KPJ <br> § <br> § <br> § <br> § <br> § <br> § |

### MEMORANDUM ADOPTING REPORT AND
### RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On June 13, 2022, the Magistrate Judge entered proposed findings of fact and recommendations (the "Report") (Dkt. #27) that Plaintiff Michael Moates's Motion to Transfer Venue and Consolidate and in the Alternative Motion for Hearing on the Matter ("Plaintiff's Motion") (Dkt. #15) be denied, Defendant Facebook, Inc.'s ("Facebook") Motion to Transfer Pursuant to 28 U.S.C. § 1404(a) ("Facebook's Motion") (Dkt. #20) be granted, and this action be transferred to the Northern District of California. *See* Dkt. #27.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. Accordingly, Plaintiff's Motion (Dkt. #15) is **DENIED,** and Facebook's Motion (Dkt. #20) is **GRANTED**.

**IT IS THEREFORE ORDERED** that this action be **TRANSFERRED** to the Northern District of California.

**SIGNED this 12th day of July, 2022.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE